UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN DEFENSE OF ANIMALS**,<br>131 Camino Alto<br>Mill Valley, California 94941,<br><br>    Plaintiff,<br><br>v.<br><br>**THE UNITED STATES DEPARTMENT OF AGRICULTURE**,<br>1400 Independence Avenue, S.W.<br>Washington, D.C. 20250<br><br>    Defendant. | )<br>)<br>)<br>)   **CASE NUMBER 1:02CV00557**<br>)<br>)   **JUDGE: Richard W. Roberts**<br>)<br>)   **DECK TYPE: FOIA/Privacy Act**<br>)<br>)   **DATE STAMP: 03/22/2002**<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, <u>as amended</u> ("FOIA"), to obtain access to records in the possession of the United States Department of Agriculture ("USDA") concerning that agency's investigations of Huntingdon Life Sciences – a corporation performing biomedical research on animals for the pharmaceutical, cosmetic, and other industries – for violations of the Animal Welfare Act, 7 U.S.C. §2141 *et seq.* According to the USDA's own publicly released information, on April 1, 1998, the company was charged with numerous violations of the statute, including the failure to anesthetize animals before performing painful tests on them. Two weeks later, on April 14, 1998, the USDA announced that it had settled the case when the company agreed to contribute $20,000 to a non-profit research organization and to pay the U.S. Treasury $10,000. Accordingly, all of the investigations were officially closed.

## Jurisdiction

2.  This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B).

## Parties

3.  Plaintiff In Defense of Animals ("IDA") is a non-profit organization dedicated to reducing the pain and suffering of animals, including those used in biomedical research. It is the requester of the information at issue in this case.

4.  Defendant U.S. Department of Agriculture is the federal agency in possession of the information that was requested by Plaintiff.

## Facts Giving Rise To Plaintiffs' Claims For Relief

5.  The Animal Welfare Act ("AWA"), 7 U.S.C. §2141 et seq., governs the treatment of animals used in biomedical research and gives the USDA authority to enforce the provisions of the statute and the agency's regulations that implement those provisions.

6.  On April 1, 1998, the USDA announced that it had charged Huntingdon Life Sciences with numerous violations of the AWA.

7.  On April 14, 1998, the USDA announced that the agency and the company had entered into a consent agreement that settled the case, in which Huntingdon could continue to deny that it had committed any violations of the AWA, as long as it donated $20,000 to a USDA-approved organization that promotes the development and use of alternatives to animals in testing, paid $10,000 to the U.S. Treasury, and committed $20,000 to improving its own facilities.

8.  On November 20, 2000, IDA sent a request under the FOIA to the USDA requesting access to "all materials" related to USDA 1996-1998 "inspections and investigations" concerning Huntingdon Life Sciences, Inc.

9. By letter dated April 13, 2001, the USDA provided IDA with some of the requested information, failed to provide Plaintiff with the vast majority of the requested records, and informed Plaintiff that it would be receiving an additional substantive response to its request.

10. To date, IDA has still not received a final response to its November 20, 2000 request, although the statutory deadline for responding to such requests long ago expired.

11. Plaintiff has a statutory right of access to the information it has requested, and there is no legal basis for defendant's refusal to disclose that information.

**WHEREFORE**, Plaintiff prays that this Court:

(1) declare that defendant's refusal to disclose the records requested by Plaintiff is unlawful;

(2) order defendant to make the requested records available to Plaintiff;

(3) award Plaintiff its costs and reasonable attorneys' fees in this action; and

(4) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
Katherine A. Meyer
(D.C. Bar No. 244301)

_____
Kimberly D. Ockene
(D.C. Bar No. 461191)

Meyer & Glitzenstein
1601 Connecticut Ave., N.W.
Suite 700
Washington, D.C. 20009
(202) 588-5206