## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN DEFENSE OF ANIMALS,                    )
                                          )
                    Plaintiff             )
                                          )
                                          )
          v.                              )
                                          )          Civil Action No.      02 - 0557 (RWR)
                                          )
THE UNITED STATES DEPARTMENT              )
OF AGRICULTURE                            )
                                          )
                    Defendant             )
                                          )
          and                             )
                                          )
LIFE SCIENCES RESEARCH, INC.              )
211 East Lombard Street                   )
Baltimore, Maryland 21202-6102            )
                                          )
          Intervenor/Applicants           )

### ORDER

Upon consideration of Intervenor/applicant Life Sciences Research, Inc.'s Consent

Motion for Leave to Intervene and the accompanying Memorandum of Points and Authorities in

Support Thereof, and of the entire record herein, and it appearing to the Court that granting the

motion would be just and proper, it is by the Court this _18th_ day of ___June___ 2002,

ORDERED that Intervenor/applicant Life Sciences Research, Inc.'s Consent Motion for

Leave to Intervene be, and it hereby is, granted; and it is further

ORDERED that Intervenor/applicant Life Sciences Research, Inc.'s answer is deemed

filed as of the date of this order.

_____
UNITED STATES DISTRICT JUDGE