UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS,          )<br>                                 )<br>       Plaintiff                 )<br>                                 )<br>                                 )<br>  v.                             )<br>                                 )      Civil Action No.    02 - 0557 (RWR)<br>                                 )<br>THE UNITED STATES DEPARTMENT     )<br>OF AGRICULTURE                   )<br>                                 )<br>       Defendant                 )<br>                                 )<br>  and                            )<br>                                 )<br>LIFE SCIENCES RESEARCH, INC.     )<br>                                 )<br>                                 )<br>       Intervenor/Defendant     )<br>                                 ) | |

## INTERVENOR LIFE SCIENCE RESEARCH, INC.'S MOTION FOR SUMMARY JUDGMENT

Intervenor-Defendant Life Sciences Research, Inc. ("Life Sciences"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves this Court for summary judgment on the grounds that no genuine issue of material fact exists and that it is entitled to judgment as a matter of law. In support of this motion Life Sciences joins in the Motion for Summary Judgment filed on December 12, 2002 by the United States Department of Agriculture ("USDA Summary Judgment Motion") and adopts and incorporates by reference the reasons set forth in the USDA Summary Judgment Motion and in the supporting papers filed therewith.

WHEREFORE, Intervenor-Defendant Life Sciences Research, Inc. respectfully requests that this Court enter and order granting summary judgment in this matter.

DATE: December 20, 2002

Respectfully submitted,
MCLEOD, WATKINSON & MILLER

By: _____
RICHARD T. ROSSIER  D.C. Bar No. 334646
ALEX MENENDEZ  D.C. Bar No. MD023814
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20001
(202) 842-2345