UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS,<br><br>Plaintiff<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>Defendant<br><br>and<br><br>LIFE SCIENCES RESEARCH, INC.<br><br>Intervenor/Defendant | Civil Action No.    02 - 0557 (RWR) |

## MEMORANDUM IN SUPPORT OF INTERVENOR LIFE SCIENCE RESEARCH, INC.'S MOTION FOR SUMMARY JUDGMENT

Intervenor-Defendant Life Sciences Research, Inc. ("Life Sciences"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure respectfully submits this Memorandum in support of its Motion for Summary Judgment and adopts and incorporates by reference the arguments, authority and supporting papers filed in and with the Motion and Memorandum for Summary Judgment filed by the United States Department of Agriculture on December 12, 2002 and the therewith.

DATE: December 20, 2002

Respectfully submitted,
MCLEOD, WATKINSON & MILLER

By: _____
RICHARD T. ROSSIER  D.C. Bar No. 334646
ALEX MENENDEZ  D.C. Bar No. MD023814
One Massachusetts Avenue, N.W.
Suite 800
Washington, D.C. 20001
(202) 842-2345

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS,           )<br>                                  )<br>            Plaintiff              )<br>                                  )<br>                                  )<br>    v.                            )<br>                                  )<br>                                  )<br>THE UNITED STATES DEPARTMENT      )<br>OF AGRICULTURE                    )<br>                                  )<br>            Defendant             )<br>                                  )<br>    and                           )<br>                                  )<br>LIFE SCIENCES RESEARCH, INC.      )<br>                                  )<br>                                  )<br>            Intervenor/Defendant  )<br>                                  ) | Civil Action No.   02 - 0557 (RWR) |

## ORDER

UPON CONSIDERATION OF Intervenor-Defendant Life Sciences Research, Inc's motion for summary judgement, all the papers filed with respect thereto, of the entire record herein, and the arguments of counsel and it appearing to the Court that the granting of Intervenor-Defendant Life Sciences Research, Inc's motion for summary judgement, pursuant Rule 56 of the Federal Rules of Civil Procedure, would be just and proper, it is by the Court this ___ day of _____, 2003,

ORDERED that said motion be, and it hereby is, GRANTED; and it is further

ORDERED that this action be, and it hereby is, DISMISSED; and it is further

ORDERED that Intervenor-Defendant Life Sciences Research Inc. is awarded costs in this matter.

_____
United States District Judge