# Plaintiff's Exhibit B

## (Civ. No. 02-0557 (RWR))



Dr. Goldentyre's Copy of
Complaint Against Huntingdon Life Sciences of East Millstone, N.J.
Filed by People for the Ethical Treatment of Animals
May 16, 1997



May 16, 1997
via Federal Express

W. Ron DeHaven, D.V.M.
Acting Deputy Administrator
Animal Care
U.S. Department of Agriculture
Unit 97, 4700 River Road
Riverdale, MD 20737

Dear Dr. DeHaven:

We are writing to file a formal complaint against Huntingdon Life Sciences (HLS), a USDA registered research facility in East Millstone, N.J. (USDA #22-R-040). From September 18, 1996, to May 11, 1997, our investigator worked in the large animal unit of Huntingdon's laboratory, in the cardiovascular department.

Of immediate concern are the dogs scheduled to be used in a bone-breaking study sponsored by a Japanese pharmaceutical company.

On March 3, 1997, 40 female dogs from Harlan/Ridglan were received at HLS in poor physical and psychological condition, with problems ranging from unsocialized behavior to conjunctivitis and necrotic foot tissue.

Many of these dogs are still frightened and unsocialized. Our investigator witnessed HLS employees dragging these dogs from their cages--so terrified are they that they plant their front legs firmly in the cage, resisting human contact and removal from the cages. Our investigator reports that the dogs in the upper row of cages are even more difficult to remove.

This is of particular concern because after nine weeks of capsule dosing, HLS will break the right forelimb of each dog using an oscillating bone saw. An external coaptation splint will be put on each dog and will be examined each day and changed if necessary.

Given the dogs' unsocialized status, the potential for pain and suffering is great as they are dragged out of their cages each day. We ask that USDA intercede immediately, as the HLS veterinarian has voiced objections to the use of these dogs in this particular study but claims to have no power to stop the study from taking place.

1

W. Ron DeHaven/HLS Complaint

HLS was inspected by USDA's Dr. Mary Geib on March 26, 1997, while our investigator was there. We would first like to address a few of Dr. Geib's findings from her inspection:

## Failure to Exercise Dogs

Dr. Geib appears to have been successful in determining that there is inadequate exercise for dogs at HLS, but the problem is more serious than Dr. Geib was able to discern from her interviews with employees.

Pervasive and accepted at HLS is the practice of cleaning beagle cages while the dogs are in them. It is during the cleaning process that two dogs are supposed to be exercised in a double cage while their "home" cages are cleaned. In reality, employees hose the cages with the beagles in them, sometimes never putting the dogs in the exercise cage at all, other times allowing them less than five minutes of exercise. Our investigator reports that HLS animal care staff often falsified records of how long they were in a particular dog room for cleaning and exercising and that supervisors had a "look-the-other-way" attitude and that some even instructed employees not to take the dogs out of their cages.

## Failure to Provide Primates With Enrichment

Dr. Geib cited HLS for its lack of enrichment devices for the primates, noting one animal with hair loss on all four limbs, most likely due to self-mutilation caused by psychological distress. She noted that only suspended mirrors were present in the cages. However, our investigator often observed primate cages without even the mirrors Dr. Geib saw that day.

## HLS Employees Deliberately Deceived Dr. Geib

Dr. Geib questioned an HLS employee about the presence of an x-ray machine in the surgery suite. After Dr. Geib left, the employee laughingly told other employees, "She doesn't know we ALWAYS keep the x-ray machine in the surgery suite--she thought it was just in here today."

On the day of Dr. Geib's inspection, a dog had just been given an injection of xylazine/acepromazine before being x-rayed. The dog reacted badly to the combination, so the other dogs were given ketamine/acepromazine. One of the technicians told the HLS veterinarian that he did not have dosage calculations for the ketamine/ace mixture, but he did have the calculations for the xylazine/ace mixture. The technician was instructed by the veterinarian to put the ketamine/ace in his pocket, tell the USDA inspector that he was using xylazine/ace, and show her the "calc" he had for that mixture. The veterinarian reportedly told two technicians to remember to use the same color of ink when they were falsifying data.

2

W. Ron DeHaven/HLS Complaint

Dr. Geib inspected the surgical suite, examining the calculation sheet and the drug bottles on the table while the drugs really being used were hidden in the technician's pocket.

♦♦♦

Our investigator worked four days a week at HLS, documenting routine violations of the federal Animal Welfare Act (Act). Below are general observations of how HLS fails to comply with the minimal standards set forth in the Act. Specific allegations are attached chronologically by Act subsection.

### §2.31 Institutional Animal Care and Use Committee (IACUC)

The Act requires that all protocols be reviewed by the IACUC for proposed activities related to the care and use of animals.

In a memo dated November 15, 1996, a study director for Procter & Gamble monkey test 3314, writes: "The protocol has no provision for moribund or found-dead pilot animals."

IACUC approval of this protocol without such provision fails to comply with the Act.

Furthermore, the veterinarian who objects to the use of the Harlan/Ridglan dogs in the bone breaking experiments should know that under §2.31, she can ask the IACUC to "suspend an activity involving animals."

The IACUC also failed to recognize the fact that the number of monkeys used in the Procter & Gamble study was not justified. Similarly, it failed to recognize that the Colgate insect repellent dosing test on 48 beagles used 16 more dogs than is required by the OECD.

On January 23, 1997, our investigator was told by her supervisor that a then-current pig study being conducted for Novo Nordisk, using 12 animals, was not going to be a "money-maker" because the study had already been done before at HLS, but, due to "major flaws including a bad study design," they were re-running it for the sponsor. He told our investigator that the pigs in the original study were improperly anesthetized and kept experiencing apnea during the experiment and that by the time HLS was conducting the second pig study, the drug had already passed through Phase I in humans. The supervisor told our investigator that Novo Nordisk "knew it was a safe drug, and that HLS was only running the study again because the sponsor had already paid for it."

The IACUC is required to ensure that unnecessary studies such as the Novo Nordisk one are not done on animals.

3

W. Ron DeHaven/HLS Complaint

## § 2.32 Personnel qualifications

The Act requires under this section that employees be properly trained and that their qualifications be reviewed by the research facility in the areas of humane methods of animal maintenance and handling; proper pre- and post-surgical care of animals; aseptic surgical methods and procedures; testing methods that minimize animal distress; proper use of sedatives and anesthesia; and methods of reporting deficiencies in animal care.

Our investigator's training for the position of associate technician was haphazard and completely compromised by conflicting and bad instructions given by various co-workers. Even when training classes were held by the veterinarian, confusing and unclear standards were common. Callous, cynical attitudes about the animals used at HLS and the studies being conducted were imparted regularly to the new employee. Unprofessional conduct and ineptness in the handling and treatment of animals on the part of senior technicians and supervisors responsible for instructing our investigator were part and parcel of the training period.

For example, when our investigator questioned a senior technician about injecting tuberculin test material into the eyelid of a sedated monkey while he suspended the animal in mid-air by the neck, he responded: "Nope. Not supposed to do it, never saw it, never did it, can't prove it" (see the enclosed videotape).

An example of HLS' failure to properly oversee the quality of its employees is illustrated by the animal procurement meeting conducted by the HLS veterinarian on April 30, 1997. At this meeting, a senior technician said that the word "procurement" meant to "pick animals up off the street." Instead of being concerned that this employee was transferring his own cynical and inappropriate attitudes to others, the veterinarian's comment was that such "jokes" should not be made because, if PETA had a videorecorder in the room, it would make HLS look bad. Clearly, people in positions of authority at laboratories should care about poor attitudes for the right reasons--i.e., their effect on animals and other employees' attitudes.

In short, the attitudes of those responsible for training new technicians and the poor training methods, had they not been directed at a PETA investigator, would most likely result in a new employee believing, quite accurately, that "anything goes" at HLS as long as you are not caught.

## §2.33 Attending veterinarian and adequate veterinary care

The Act states that each research facility shall have an attending veterinarian who has appropriate authority to ensure the provision of adequate veterinary care; that available and

4

W. Ron DeHaven/HLS Complaint

appropriate personnel and equipment be maintained by the facility to ensure adequate veterinary care; that diseases and injuries be prevented, controlled, and treated appropriately; that daily observations of sick and injured animals be directly and frequently passed on to the veterinarian; that personnel who handle animals be educated in the use of handling, immobilization, anesthesia, analgesia, tranquilization, and euthanasia; and that adequate pre- and post-procedural care be given to animals.

For eight months at HLS, PETA's investigator frequently saw animals in need of veterinary care due to injuries from cages, test substance reactions, surgical procedures, and even from inept blood-drawing on the part of technicians who would stab dogs, pigs, and monkeys sometimes as many as eight times with a syringe. Throughout the training period, our investigator could only pass information on the status of animals in need of veterinary care to senior technicians, who often told her to ignore problems. The investigator was admonished that writing up veterinary requests made more work for everyone.

The HLS veterinarian herself acted unprofessionally and contrary to law when she advised HLS employees to lie to the USDA inspector. She also, on occasion, told employees she was "too busy" to see an animal.

During her employment at HLS, our investigator witnessed violations of §2.33 ranging from the most basic animal care, e.g., dogs whose nails were so long they were curling under, to more egregious violations that led to animal suffering, e.g., monkeys denied post-surgical painkillers after abdominal surgery until our investigator forced the veterinarian to address the issue (Procter & Gamble uterine implants in monkeys conducted on or about May 6), a dog left with a broken leg for one week, and a monkey being "necropsied" while, according to the technician conducting the necropsy, the animal was underanesthesized.

§2.38 Miscellaneous (handling of animals)

This section of the Act requires that handling of animals be done as "expeditiously and carefully as possible in a manner that does not cause trauma, overheating, excessive cooling, behavioral stress, physical harm, or unnecessary discomfort." It also prohibits the use of physical abuse to handle animals.

A January 30, 1997, HLS memo to technicians states: "Please take a moment and look at all the injuries and the visible bruises that occured [sic] from your handling of these primates from the past 3 weeks. Just think how YOU would feel to be put into a cage and physicaly [sic] abused."

Even after the issuance of the above memo, handling methods at HLS that caused trauma, behavioral stress, unnecessary discomfort, and physical injury continued and can be seen on

5

W. Ron DeHaven/HLS Complaint

the videotape we have provided. These include HLS technicians screaming at, threatening, roughly capturing, carrying, throwing, restraining monkeys, and even squirting ECG lotion into a monkey's mouth. Dogs are also shown being roughly handled by HLS personnel during oral gavage dosing using rectal tubing.

§ 3.1 Housing facilities for dogs
§ 3.6 Primary enclosures for dogs
§ 3.8 Exercise for dogs
§ 3.11 Cleaning, sanitization, housekeeping, and pest control

The Act says that "facilities for [dogs] must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, [and] contain the animals securely. ..."

Our investigator reported broken and dangerous exercise cages to her supervisor on more than one occasion with no relief. One dog is thought to have broken his leg in an unsafe cage, and numerous others received cuts and abrasions from, or actually fell out of, the exercise cages.

On several occasions, drains were clogged for more than 24 hours at a time.

An April 22, 1997, memo from H. Joseph Salama to various HLS departments states: "We have a major gas leak in the mechanical room adjacent to the C-D wing foyer. Approximately 14 to 20 different leaks have been detected in the main gas station piping. These leaks have been going on for over 7 years and it is time to repair them."

Certainly a responsible facility would never have allowed gas leaks to go uncorrected for seven years.

Primary enclosures for dogs are supposed to be constructed to ensure that the animals' feet and legs will not be injured. Many dogs in long-term studies at HLS suffer from toe ulcers because their toes spread over the slats, irritating the inner part of the toes. HLS should be ordered to provide resting mats for dogs in all studies, and should have known without being told that dogs in studies such as 95-3278, Colgate-Palmolive, where the animals were caged for one year, need relief from their harsh environment.

Exercise has already been discussed in the above section regarding Dr. Geib's recent inspection and will not be chronologically addressed. HLS, by its failure to ensure that dogs receive "the opportunity for exercise regularly," fails to provide the most important component of their psychological needs. It is a perfect example of how miserably "performance" standards fail to protect animals in laboratories.

6

W. Ron DeHaven/HLS Complaint

Cleaning of dog cages at HLS was often done without removing the animals from their cages. Cages at HLS provide no resting board or mat on which the dogs can sit or lie to escape the cold metal slats, so when cages are sprayed, the animals get wet. Our investigator often noted double-decker cages pulled in front of the door window--an "old trick" to keep people from looking or walking in when cages are being hosed down with cold water while dogs are in them.

Our investigator found that virtually no one at HLS used a sanitizer for spot cleaning the dog cages. It was also well known that cages went far beyond the two-week period for sanitizing as required under §3.11.

§ 3.75 Housing facilities, general, for primates
§ 3.76 Indoor housing facilities
§ 3.80 Primary enclosures for primates
§ 3.81 Environment enhancement to promote psychological well-being for primates
§ 3.84 Cleaning, sanitization, housekeeping, and pest control for primates

The Act states that housing facilities must be designed and constructed so that they are "structurally sound for the species of nonhuman primates housed in them. They must be kept in good repair, and they must protect the animals from injury, [and] contain the animals securely. ..."

The number of incidents of primate escapes, the rough handling and injuries arising from those escapes, and the number of incidents in which monkeys' arms, legs, heads, and entire bodies were trapped in the "false-back" of the cages is unacceptable.

Because the Act says that ambient temperature for primates cannot be allowed to fall below 45 degrees Farenheit for more than four consecutive hours, we urge the USDA to determine if the Act was violated when HLS shut down its H-VAC system to repair gas leaks without providing a backup system. The shutdown started April 24, 1997, and, during that time, no heat or hot water was available for most of the facility.

The floors of the primate cages allow animals' arms and legs to become caught. This has resulted in trauma and injury. Many of the cages have rough edges on the slots through which the primates' arms are drawn, resulting in abrasions and cuts.

The shocking lack of environmental enhancement at HLS has concerned every primatologist and veterinarian who has viewed the tape of primate caging at HLS. For a period of weeks around Christmas 1996, our investigator learned that the reason no fruits or other treats were available to the primates was because everyone was "too lazy" to go to the store. Green potatoes, which could quite possibly cause illness, were offered to the animals as

7

W. Ron DeHaven/HLS Complaint

"treats." Mirrors were often left off cages after washings, and HLS SOPs state that group housing is "incompatible with the mission of this research facility," while not explaining why it would be incompatible.

Sanitization of primate cages seemed to be a joke, as evidenced by the conversation among technicians who told our investigator that the veterinarian was wondering why monkeys were dying and that the technicians believed it was a simple matter of bacteria from unwashed cages.

♦♦♦

What our investigator witnessed and documented at HLS in terms of the treatment of rats used at the facility speaks to the inexcusable failure of the Animal Welfare Act to protect these animals. HLS technicians "practiced" surgery on lightly anesthetized rats; failed to kill rats by breaking their necks despite numerous attempts, ultimately putting them into plastic bags while still alive; failed to provide rats with injured and infacted eyes from botched orbital bleeding, and rats with incision infections from catheter implants, with veterinary care; even hung a sign on a rat's cage saying "Please give me a drink" instead of euthanizing the animal who could no longer drink because of teeth problems.

Recently, the headquarters for HLS, based in Great Britain, was the subject of an investigation by *Countryside Undercover*, a British investigative television program. We have included a videotaped copy of the show that aired in March. Two British HLS employees are facing charges of cruelty to animals as a result of this investigation.

Our investigator is, of course, willing and able to sign an affidavit attesting to the accuracy of her observations at HLS. We stand ready to assist the USDA in any other way possible as it investigates our allegations of Huntingdon Life Sciences' failure to comply with the federal Animal Welfare Act.

Please call me at 757 622-7382, ext. 334, if I may be of assistance.

Sincerely,

Mary Beth Sweetland, Director
Research, Investigations & Rescue Department

8

W. Ron DeHaven/HLS Complaint

cc:                    Dr. Elizabeth Goldentyre, Sector Supervisor
                       USDA, APHIS, AC
                       2568-A Riva Road, Suite 302
                       Annapolis, MD  21401


Attachments:           Alleged   violations   of   the   Animal   Welfare   Act   in
                       chronological order by subsection of the Act

Enclosures:            Videotape entitled "HLS: USDA Complaints"

                       Photographs

9

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.32, Personnel qualifications, at Huntingdon Life Sciences:

➤ 9/18/96 PETA's investigator was told that two minutes of the exercise time for dogs was to be devoted to socializing with the dogs. When the investigator proceeded as she was instructed, the employee teaching her told her to "really spend only one minute petting the dogs," only to return five minutes later to tell her to "really spend only about 15 seconds petting each dog." The investigator was told that she would learn how to "get out of a room in 20 minutes and make it look like 60 minutes on paper."

➤ 9/19/96 PETA's investigator was told to use a disinfectant called Unicide but was then told by her instructor that he didn't want it for the room he was cleaning because he had not used it for two years.

➤ 9/19/96 PETA's investigator was told to hose all dog cages with the animals in them as long as no one other than the cardio staff was looking in the window.

➤ 9/21/96 PETA's investigator watched as a senior technician stuck pig #7, nine times before hitting a vein. This was one of many times she witnessed senior staff unable to draw blood from animals at HLS effectively.

➤ 9/21/96 PETA's investigator was told not to put a veterinary request form in on pig #8 in room 455 even though the pig was suffering from a thrombosis in his neck.

➤ 9/22/96 PETA's investigator was told to initial two forms saying she had given pigs fruit after cleaning rooms 455 and 456 even though she informed her instructor that she did not give them fruit because no one had told her to do so. Her supervisor insisted that she initial the forms regardless.

➤ 9/25/96 PETA's investigator watched as two co-workers stuck a dog's neck eight times to draw blood without success.

➤ 9/26/96 PETA's investigator informed senior technicians about a bloody bowel movement in a dog (study #96-3322) so it could be officially noted in the observation log but was told that "puppies get that all the time and it's nothing to worry about if it's mucous."

➤ 10/3/96 PETA's investigator asked a senior technician about dog #1034 in room 917 whose ear was oozing pus at the ear tag site and was covered with blood, what could be done. She was told that it wasn't "bad enough" to be treated. (photos 3, 4, taken 9/26)

1

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.32, cont.

➤ 10/5/96  PETA's investigator was told by a senior technician that she "didn't feel bad about working on the monkeys because they're so mean and wild."

➤ 10/6/96  PETA's investigator was "trained" to assist with oral gavages on dogs by placing her thumb and forefinger on either side of a dog's esophagus when the dog was being gavaged with dose material from study 3316. The investigator told the senior technician that one of the dogs had a palpable lump in her throat which prohibited the tube from going down. The technician forced the tube down, mimicking the dog's scream afterward.

➤ 10/16/96  PETA's investigator asked a senior technician if she could clean room 920 (study 96-3322) to which he replied, "You can do anything you want--clean them, shoot them, whatever you want."

➤ 10/16/96 PETA's investigator told a senior technician that dog #1264 in study 96-3322 was having trouble walking. The senior technician tossed the dog into the back corner of the cage several times and our investigator noted that she was hobbling each time she came back to the cage door. The senior technician pronounced the dog "fine" and left the room.

➤ 10/23/96  PETA's investigator attended a training session in "recognizing pain in lab animals." The veterinarian started the session by telling the employees that they were there because the IACUC said they had to be there and that she would make it as short as possible. Furthermore, the veterinarian told the employees not to euthanize unless they knew how to do it, telling them that she has "seen a freezer full of cannibalized animals more than once and it's not pretty."

➤ 10/23/96  PETA's investigator was taught how to "ob" the pigs in L-wing, study 3321. The technician training her said: "If the pig is alive it's fine – if it's dead, it's not. That's all there is to obbing pigs." The technician told the PETA investigator that she would find out that the technician does things "the K___ way."

➤ 10/23/96  PETA's investigator asked a senior technician whether both water bowls in the Colgate dogs' cages should be filled. Her question was waved away by the technician who said it "didn't matter," that the second water bowl was added to the protocol after some "bad pretest results."

➤ 10/24/96  PETA's investigator was told different criteria for noting observations for unformed stool. One technician told her to record it only if the stool is more than half unformed, one told her to record it if any of it is unformed, and the third told her to report it only if it is almost all unformed.

2

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.32, cont.

➤ 10/30/96  PETA's investigator was told not to note on study observation records the bright red muzzle of a dog in study 3318.  She was confused by this as she had been told that the dogs' physical conditions after dosing were to be logged.

➤ 10/30/96  PETA's investigator notes that she has observed many dogs eating their own feces and that this was pointed out as a sign of stress in caged animals.  Yet, no employee ever officially put these observations on the study logs and the investigator was told not to bother.

➤ 10/31/96  PETA's investigator was taught again how to "ob" pigs in study 3321 by a senior technician who told her that "the pigs are either up or they're not—that's all that can be wrong with them."  The senior technician marked WNL (within normal limits) for all the pigs even though she did not look at each animal individually.  When the investigator asked if a cut on pig #8's snout should be noted, she was told not to.

➤ 11/2/96  PETA's investigator asked a senior technician about dog #1701F in study 3325 who had just had a bloody bowel movement.  She was told, again, that "It's normal for puppies to have blood in their feces.  It's a form of gastritis."

➤ 11/2/96  PETA's investigator notes:  "Everyone tells me it's best to be as vague as possible when writing anything down.  If it gets too specific, that's when QA and other monitoring agencies start questioning things and it's hard to explain them away if it's specific."

➤ 11/9/96  PETA's investigator informed a senior technician that dog #1304's leg had been cut on a broken portable exercise cage but was told "not to worry about it."

➤ 11/9/96  PETA's investigator informed a senior technician that dog #2568 in study 3274 was limping on her right leg and was told "not to worry about it," that "[dogs] do that sometimes."

➤ 11/13/96  PETA's investigator informed other technicians conducting ECGs on dogs in study 3323, that she had read the SOPs on ECGs which said that the chest wires should not touch the metal cart the dog was on.  She was told that there was no other way to do it because the wires weren't long enough.

➤ 11/14/96  PETA's investigator notes about blood drawings on dogs in study 3323: "They grabbed H, who was cleaning a room next door to help hold.  He had never held dogs for blood before and when he took time to speak softly to the dogs and soothe them, the technicians would roll their eyes at each other and yell at him to get the next dog."

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.32, cont.

➤ 11/20/96  PETA's investigator was told by senior technicians that they pride themselves on being able to divert the quality assurance people away from the task at hand when they are being monitored.

➤ 11/20/96  Several technicians were telling PETA's investigator at lunch that the veterinarian could not figure out why monkeys were dying in the "extra" colony.  One technician said, "Doesn't she know the cages haven't been changed for like a year?  Have you heard of bacteria?"

➤ 12/5/96  PETA's investigator informed her supervisor that the dogs in the "extra" colony, who were to be used for practice surgery, had accidentally been fed by someone and asked if they should therefore not be put under anesthesia.  She was told that they would do the surgery anyway.  During the surgery, the investigator was told by her supervisor that a dog was hooked up to oxygen when he was, in fact, hooked up to isoflurane.  The surgery training session became so chaotic at one point that one technician screamed, "to hell with sterility," while bagging a dog who had stopped breathing, while another technician said, "I can hear the circus music starting."

➤ 12/5/96  An employee who has since left HLS was being trained by a supervisor to put catheters in dogs; the supervisor instructed her to cut into dog's leg to expose the vein, a practice that other technicians said was the supervisor's own invention since he was inept at finding veins in an acceptable way

➤ 12/19/96  PETA's investigator was taught how to give intramuscular injections of ketamine to primates and was told to put the knocked out monkeys on top of the crates holding the conscious primates.  A technician picked up one of the sedated primates and swung him through the air above her saying, "They look so cute when they're out."

➤ 12/21/96  PETA's investigator told a senior technician that the pigs were losing so much weight she could feel ribs on some of them.  She was told "not to worry."

➤ 12/28/96  PETA's investigator, in a conversation with three technicians, heard one complain that people at HLS needed to be more compassionate.  Another technician told the first that she was too compassionate.  The technician who complained about the lack of compassion for the animals has since left HLS.

➤ 1/5/97  PETA's investigator witnessed dog #2550F in the Colgate pesticide study having a seizure.  She was told not to note it on the observation sheet because "the dog was being 'sac'ed' tomorrow anyway."  (videotape)

4

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.32, cont.

► 1/15/97 PETA's investigator was told by an HLS employee that there was something called the "platinum club." If you killed an animal you were in the club and there was a list of those in the club and the animals they had killed. This was told to the investigator after several senior technicians had been joking about how many monkeys might die from "lung shots" in a Procter and Gamble test using nasal-gastric tubes.

► 1/16/97 PETA's investigator remarked to a senior technician about his holding a monkey in the air by the animal's skin while injecting a tuberculin test substance into the eyelid. The technician replied, "Nope, not supposed to. Never saw it, never did it, can't prove it." (videotape)

► 1/22/97 PETA's investigator was told not to move puppies in room 919, study 97-3337, from their cages, into the exercise cage while the home cages were being cleaned, rather, just to hose them out with the puppies inside.

► 1/25/97 PETA's investigator was told that she should not have made a note of the swelling around an incision on monkey #3580F after a sponge implant procedure.

► 1/29/97 PETA's investigator helped with ECGs in room 958, study 3314, and noted that the primates "wince and jump" when the metal alligator clips are pinched onto their delicate skin and again when the clips are removed if the technician does not open the clip completely. A senior technician pulled the clips off the monkeys without releasing them, laughingly telling another technician that he was showing the new employee (PETA's investigator) how she should remove ECG clips.

► 2/6/97 PETA's investigator was trained to catch and hold monkeys for nasal gastric tubing by using the squeeze cage, grabbing hold of any part of the monkey through the cage door until an arm is brought through the cage bars at which time the primate is dragged down the cage door until the bottom of the cage door is under his armpit. She was instructed to pull down hard on this arm while the animal is suspended by his armpit.

► 2/12/97 PETA's investigator was asked to assist in preparing five female dogs for infusion studies. Her supervisor trained her to catheterize the dogs by cutting down into the dog's leg with a large needle to expose the vein so the catheter tip is not damaged. Other HLS employees told the investigator that this was done only because her supervisor was inept at putting in "abo-caths."

5

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.32, cont.

▸ 3/8/97 PETA's investigator asked that senior technicians look at dog #7736F who was salivating excessively after being dosed with Ritalin and they ignore her, telling her "not to worry about it."

▸ 3/12/97 PETA's investigator asked her supervisor and other senior technicians if dogs shouldn't be given analgesics after femoral catheter implants because they were exhibiting signs of pain mentioned in the training session. She was told that the dogs didn't need anything.

▸ 3/30/97 PETA's investigator told a senior technician that she thought a vet request form should be filled out for a rat whose eye had become infected after orbital bleeding. She was told not to.

6

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, Attending veterinarian and adequate veterinary care, at Huntingdon Life Sciences:

▸ 9/18/96  Male "extra" dog in room 454 is extremely thin.

▸ 9/21/96  Room 906 - study 3278, dogs have red ears.  The hair around the edge of each ear is gone and both ears look very sore. (photo 1)

▸ 9/21/96  Male "extra" dog in room 456, #1193 is thin.

▸ 9/22/96  Room 906, dog 2555 still has red, puffy ears; room 904, female dog 2550 has red puffy ears with hair missing around edges; dog 2055 has a very red muzzle and very red toes;  all are in Colgate study and no vet request has been written

▸ 9/22/96  Room 456, study 96-3316, dog #1193 is extremely thin. (photo 2)

▸ 9/26/96  Room 919, study 3318, two employees pointed out an emaciated dog and said it had "that greyhound thing going on."  No vet request;  dog #2180M suffered a dislocation of his leg from test material--still on study despite this injury

▸ 9/26/96  Room 917, dog 1034 - infected ear tag site;  green pus and blood (photos 3 & 4); dog 1062 is emaciated; no vet requests except for 1062 requiring extra food long after dog became emaciated; dogs with long nails growing backward and inward (photo 7)

▸ 9/26/96  Room 906, study 3278, all dogs have sore looking feet and long nails (photo 5)

▸ 9/26/96  Study 3278, dogs still have red ears.  (photo 8)

▸ 9/26/96  Study 96-3318, PETA investigator is told that a dog was on his back gasping for air after dosing and veterinarian refused to euthanize; for same study material, investigator is told that in rat dosing, test substance makes the rats' blood so thick it cannot reach their extremities, the animals lose the use of their back legs, urinate, and die.  An IACUC complaint regarding this test material was made by a technician concerned about the violent, painful reactions of the dog which vet never questioned according to technician

▸ 9/29/96  Room 456, study 3316, dog #2016 is very thin.  No vet request.

▸ 9/29/96  Room 921, study 3322, dogs with filthy ears and bad rashes on stomachs and feet (an expected reaction to the test material which could have been alleviated through treatment)

7

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

- 9/29/96  Room 906, study 3278, dog #2054 has an open abscess on front foot located between 2nd and 3rd phalanges -inflamed and oozing blood

- 9/29/96  Room 455, study 3321, pig #8's neck is bruised and swollen and technician remarks that he is in pain.  No vet request.

- 10/2/96  Room 917, study 3091, dog #1034 has a very bad infection where the ear tag is pierced -- oozing; first noted on 9/26; she is very thin;  still no vet request

- 10/2/96  Room 917, all dogs need their nails trimmed

- 10/2/96  Room 906, study 3278, dog #2555 has very red, inflamed ears and hair missing in spots, swollen and bumpy;  dog 4554 is extremely thin; no vet request

- 10/2/96  Study 3091, dog 1062M, very thin and shabby looking (photo 9)

- 10/2/96  Room 904, study 3278, dog #2550 has raw, sore ears with hair missing in spots and scabs inside and out.  Vet request made 6/27/96, vet acknowledged "severe rash" but recommended no treatment.  (photos 10, 11)

- 10/2/96  Study 3318, dog 2180 still favors one leg

- 10/2/96  Room 904, study 95-3278 all the dogs need their nails trimmed

- 10/3/96  Room 908, all the dogs need their nails trimmed

- 10/3/96  Dog #4567: toes are inflamed and swollen; her nails are overly long and curving under toward the pad (photo 12)

- 10/3/96  Room 906, study 3278, dog #2554 is very thin;  one of the nails on her hind foot was bleeding from the base of the nail;  her nails are very long and need to be trimmed; all of the dogs in this room need nails trimmed badly

- 10/3/96  Room 917, dog #1034, infected ear tag site with pus and blood running down ear; no vet request

- 10/5/96  Room 456, study 3316: dogs 1193M (the extra male), 3688, 4687, and 4688, are all very thin;

8

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 10/5/96  Room 921, study 3322: all of the dogs except for 1694F have red, irritated ears with dark exudate (photo 13)

➤ 10/5/96  Room 921, dog 1193M had blood all over his cage from tail injury;  vet request written 10/4 and note made 10/5 that tail was still bleeding  (photos 14, 15, 16)

➤ 10/5/96  Room 906, study 3278: dog 2054 still has an abscess on front left foot; large purple and red lump at the web of his toes

➤ 10/6/96  Study 96-3322, dog #1264 is extremely thin;  dog #4691 has a terrible rash all over her stomach and legs  (photos 17, 18, 19)

➤ 10/10/96  Room 906, study 3278: all dogs need their nails trimmed  (photo 20)

➤ 10/12/96  Room 456, dog 3688: extremely thin

➤ 10/12/96  Room 921, dog 1193: tail looks much worse; dog is chewing on it; all dogs in this room still need their nails trimmed and ears treated

➤ 10/12/96  Room 904, study 3278, dog 2550F: still has very inflamed ears;  observation book says that "rash will no longer be noted on daily observation but will be noted at physical"; no treatment (photo 20a)

➤ 10/12/96  Room 454: dogs 2187, 2685, 2686, and 1684 are all very thin;  Room 456: dogs 3688, 4688, and 4687 are all very thin

➤ 10/16/96  Room 906, dog 2054: extremely long nails with one curling under and into his foot pad  (photo 21)

➤ 10/16/96  Study 96-3322, dog 1264 (female extra): extremely thin; back end collapsed under her when put in exercise cage; no treatment; dog 4691 still has rash and very long nails (photo 23)

➤ 10/16/96  Practice surgery on extra colony dogs with no attending veterinarian;  dog 1067 started coughing and gagging when technician pushed a long metal tube called a trocar up under the dog's skin; dog 1013 also woke during this part of the procedure;  someone then discovered the cuff on the tube had not been properly inflated

➤ 10/17/96  Room 906, dog 2054: still has long nails; nail on left rear foot is curling under and into his pad;  dog 3055: abscess on front left foot

9

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

▸ 10/19/96 Room 921, dog 1193: cage still full of blood from dog's tail; tissue is dark and possibly necrotic; dog 1259: extremely thin and still has wound on her nose; dogs 4193, 4194, 4195, 4693, 4694, and 4695 all have dirty, sore ears with heavy dark exudate with foul odor

▸ 10/23/96 Room 917, study 93-3091, dog 1062: vet ordered increase to 600 grams of food after recording his condition as "emaciated"

▸ 10/26/96 Room 921, dog 4195: very sore and inflamed, dirty ear; dog 4694: very dirty ears full of dark foul smelling exudate; dog 1250F: very thin; all dogs in this room need their nails trimmed

▸ 10/27/96 Rooms 921, 904, 906, and 908: all dogs need nails trimmed

▸ 10/29/96 One of the pigs has a chronic problem with his penis which hangs out and won't retract, eventually becoming infected; one of the techs told the veterinarian that it had happened again and she asked another tech to put it back in the next time he was over there -- not to make a special trip; the tech put the penis back in using KY jelly then drained the pus which shot out everywhere and had a very foul smell; the pig was not given any antibiotics

▸ 10/30/96 All the dogs in 3318 need their nails trimmed

▸ 10/30/96 Room 922, study 3093, extra monkey colony: a female monkey had blood in her feces -- the blood was clearly part of the feces but technician recorded it as RVD (red vaginal discharge); technician pointed out male monkey who had sucked on his penis for so long that it did not retract

▸ 10/30/96 Study 3278: all dogs on study need nails trimmed badly

▸ 11/2/96 Rooms 919 (3318), 908 (3274), 921 (3322), 904 and 906 (3278): all dogs need nails trimmed

▸ 11/2/96 Room 451, study 3321: pig #8M has a sore or cut on top of his snout; pig 1M has a very bad infection at his tag site surrounded by pus, scab, and dried blood (photos 51, 51a)

▸ 11/2/96 Room 921, dog 4195: still has infected, oozing sore in his ear; both ears full of dark foul smelling exudate; all of the dogs in this high dosage group have foul smelling, dirty ears

10

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 11/2/96  Room 906, dog 3055M: large, swollen sore on left front foot;  nails need to be trimmed

➤ 11/3/96  Room 906, dog 3055M: abscess on foot is now oozing bloody pus;  dog 4555: extremely long nails; dog 1055: two broken nails on front paw;  all dogs need their nails trimmed

➤ 11/3/96  Rooms 919 (3318), 908 (3274), 921 (3322), 904 and 906 (3278), all dogs need their nails trimmed

➤ 11/9/96  Room 919: all dogs need their nails trimmed;  most of the dogs in this room have red muzzles and eyes

➤ 11/9/96  Study 3274, dog 2568: dog limping on rear leg after being in exercise cage; no treatment, no record made  (photos 23a, 23b)

➤ 11/9/96  Room 906, study 3278, dog 1055:  dog has very long nails; one on front foot broke off  (photo 24)

➤ 11/16/96  Pilot Study 3314, male primate 6328: lethargic but dosed anyway;  no provision in protocol for moribund animals; no fecal output for any of the primates on pilot

➤ 11/17/96  Pilot Study 3314, primate died right after dosing; substance put into lungs

➤ 11/20/96  Room 922: technician pulled caked feces off rear of monkey, causing bleeding; no vet request

➤ 11/20/96  Dog 1250; sore on head; ear tag site infection; sore on left foreleg  (photo 25)

➤ 11/21/96  Dog #1062M is still very thin; ear tag site is infected; long nails (photo 26)

➤ 11/24/96  Room 919, study 3318: dog 1180M has thrombosis from blood drawing; dog 2680 has blood drawing trauma (photos 27, 28)

➤ 11/28/96  Room 916, study 3309: all dogs nails are extremely long and are either curling under the paw or spreading sideways when the dog walks; study 3274: all dogs need nails trimmed; room 904, study 3278: all dogs need nails trimmed

11

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 11/28/96  Room 950, study 3326, dog #2211: extremely lethargic and cried when other dog stepped on him in exercise cage; walks stiffly but does not limp;  vet request on or about Nov. 18 noting that dog had excessive diarrhea and vomiting but vet recommendation was to do nothing and notify if condition worsens

➤ 11/28/96  Study 332, dog 4694F; infected ears (photo 29)

➤ 11/30/96  Study 3321: pigs losing a lot of hair; very noticeable but not noted in the ob book

➤ 11/30/96  Room 921, study 3322: all dogs need nails trimmed;  group four dogs' ears are infected and dirty with foul smell;  room 906, study 3278: all dogs need nails trimmed

➤ 12/1/96  Room 921, study 3322: all dogs need nails trimmed;  still have rashes and inflamed ears; room 906, study 3278: all nails need to be trimmed

➤ 12/5/96  Unfasted dogs were used in practice surgery during which inept anesthesia and abo-cath insertion practices were evident; one dog stopped breathing for an extended period of time; sterility SOPs were breached; no veterinary assistance in practice surgery; dogs put into cages and left alone to recover from anesthesia

➤ 12/7/96  Room 920, study 3322: second female in the red group (high dose) still has very bad rash all over her body, particularly on stomach and feet; sores on her feet and legs; ears red and inflamed with foul smelling exudate  (photo 31)

➤ 12/8/96  Room 954, practice surgery dogs:  one dog's incision is red and very bruised; another dog had her jacket partially off and the catheter appeared to have no fluid running through it

➤ 12/8/96  Room 904, dog 2051: very bad infection at ear tag site oozing pus and blood; cried when touched; no vet request

➤ 12/11/96  Room 956; primate loose in room, attacked by another primate as technician chased loose animal around the room;  mutilation of hand and tail;  technician stitched monkey in prep room when vet could not be found

➤ 12/12/96  Room 958: investigator told two senior technicians that monkey was trapped behind false back in the cage but was told that if he can reach food and water, he's "WNL" - within normal limits

12

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

▸ 12/12/96  Pig with penis problem again;  technician used water to lubricate and forced penis back into sheath, then squeezed pus out as pig screamed violently;  no veterinary treatment; no antibiotics

▸ 12/14/96  Room 920, study 3322: all dogs need nails trimmed; all dogs have rashes, inflamed ears

▸ 12/14/96  Room 904, study 3278, dog 2550F:  still has ear rash

▸ 12/15/96  Study 3274, dog 4567 has ulcerated foot (photos 32 and 32a)

▸ 12/21/96  Study 3328: dogs sac'ed today; puppies left to wait for euthanasia in hall by dumpster full of dead dogs;  the table where euthanasia is done was directly across from dogs being necropsied; Pig #5M: ribs can be seen;  other pigs losing weight; no vet request, no observation made

▸ 12/25/96  Technicians told investigator about time when pigs got up and "ran around" after being "euthanized"; study 3278, dog #2051 - infected ear tag (photos 33, 34)

▸ 12/28/96  Study 96-3334, Botox: two primates in high dose group moribund; only one was euthanized; technician said other one would "make it until morning"; study 3278, overgrown nails (photo 35)

▸ 1/1/97  Dog 2054: nails curling under into pad

▸ 1/5/97  Study 3278, dog 2550F:  dog had seizure; no veterinary exam; this dog still has red, bumpy ears and one-year study ends in matter of days (photo 38)

▸ 1/9/97  Study 3314, primate blood pressures:  technician said they should not be using extra velcro on cuffs because it alters readings but they do it anyway to save money

▸ 1/11/97  Study 3314: almost all primates have severe bruising on their legs from being held against the rough feeder holes of the cage for bleeding

▸ 1/16/97  Study 97-3093, extra primate colony:  TB eyelid test performed while primate suspended in midair; primates injected with ketaset for tb tests fell from cage perches and tops of cages; technicians propped several immobilized primates up over the edge of the cage while doing tb tests and left them like that unattended; sedated primate hanging by throat over perch bar in cage; primates left unattended during recovery from ketaset (videotape)

13

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 1/18/97  Study 94-3321: primate with wound on little finger; no vet request

➤ 1/22/97  Study 97-3619: sponge implant surgeries; no veterinarian present; sterility SOPs broken when technician used instruments from already implanted monkey for next surgery; one of the primates being used in this study had a 3-5 inch loop of plastic tubing coming out from his skin which was inflamed at point of exit

➤ 1/29/97  Study 97-3619, primate 4083: bloody pus "spurting" from surgery incision where sponges were implanted; Vet advised tech to go ahead and inject test substance into sponge under infected incision;  PETA investigator had noted infection in book over previous weekend but on Monday other techs had written "NE" (not evident) in book

➤ 1/30/97  Room 904, study 3335, dog 8014M:  swollen toe on right front foot for days causing dog to hold foot in air; no vet request until 2/1/97 when techs instructed to soak in betadine (photo 42, 43)

➤ 2/5/97  Study 97-3619, primate 4083: incision still extremely infected with so much pus and blood that it formed a pool on the floor under the primate when drained; two hours later it had refilled with pus and blood and vet drained it again, telling techs to go ahead and inject test substance into sponge underneath incision; vet told techs as long as it was open and draining then it's ok and no treatment is required

➤ 2/6/97  Study 96-3314, female primate in group four:  abscess on leg that won't heal initially caused by wound from pulling leg through feeder hole for blood letting;  wound is almost down to bone and vet says might be anaerobic bacteria

➤ 2/12/97  Magainin pharmaceutical study on dogs:  five female dogs prepped for femoral catheters;  supervisor of technicians did not want to open second bottle of propofil for last dog so dog was light during intubation; no post surgical analgesic was provided to these dogs

➤ 2/12/97  Study 97-3619, primates: primates "necropsied" but not euthanized;  primates injected with xyla-ject, large chunk of flesh taken from arm with razor to expose vein for injection of sodium pentobarbital; technician explained that it was done this way because they were "lazy"

➤ 2/13/97  ECGs of six surgery dogs:  animals forced to lie on their right side where catheter tether is implanted

14

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 3/12/97  Magainin pharmaceutical study, five puppies, femoral catheter implants: Cardio supervisor was unable to find the vein in one dog even after slicing the dog's leg open to insert abocath; dog #2750 was repeatedly jabbed to find a vein; intubation tube for this dog was filled with blood after removal (photo 43a); no postsurgical analgesics were given to any of the dogs

➤ 3/12/97  Study 3093, monkeys have nose bleeds because of low humidity despite Oct 1996 memo which brings problem to lab's attention (photo 44)

➤ 3/13/97  Study 3327, dog with fractured leg (#2243):  xray taken and dog's leg put in metal splint;  vet request had been put in for this animal on March 6 but no xray supplies were available so no treatment was considered until 3/13 other than a single painkiller injection on the 6th;  the fracture turned out to be a clean break of the bone caused by a broken exercise cage (photo 45 - taken 3/15)

➤ 3/15/97  Study 3282, dog with foot ulcer and others very thin (photos 47, 48, 49)

➤ 3/19/97  Study 3318, dogs: Coworker recounts to investigator how she had to file a grievance with IACUC regarding how sick dogs were getting from Amgen test material; Amgen was called about it and lab was told that the bad reactions could be treated by administering an antihistamine after dosing;  veterinarian did not file grievance and did not bother to check into dogs' reactions with sponsor;  action was initiated by technician even though veterinarian had seen the dogs' violent reactions to test material

➤ 3/20/97  Study 3623:  A puppy urinated on a technician's shirt out of fear;  the technician picked the dog up by her neck skin and threw her roughly down on the sling cart, tieing her into the sling, pulling the ropes around her legs extremely taut in anger

➤ 3/22/97 Study 3282, Harlan/Ridglan dogs: veterinarian roughly grabbed frightened dogs from their cages, calling them "crap" dogs, "reject" dogs

➤ 3/22/97  Study 3282, Harlan/Ridglan dogs: protocol calls for only one injection of analgesia after dogs' leg bones are broken

➤ 3/22/97 DSI implant dogs 1190 and 1264: very overgrown nails curling around into their pads

➤ 3/23/97  Study 3314, primates:  NG dosing tubes were finally replaced after more than two weeks of daily use

15

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 3/26/97  Study 3282, dogs:  veterinarian told technicians that they could not sedate more than a couple of dogs at a time for xray because the USDA inspector was there and they had to stay with the dogs while they recovered from sedation until the inspector left

➤ 3/26/97  Study 3282, dogs:  veterinarian told technicians to hide drugs being used to sedate dogs from the USDA inspector because no administration calculations were prepared

➤ 3/26/97  Study 3337, dogs:  puppies in this study were killed in same room where necropsy were being done;  one puppy killed on one table while power saw was being used to cut skull of another puppy on next table

➤ 3/27/97  Study 3335, dogs:  puppy in necropsy cut open from neck to groin with ribcage exposed, howled and threw head back then writhed from side to side, still vocalizing

➤ 3/27/97  DSI study, dogs:  the dogs have been warehoused at this point for weeks with no exercise;  the telemetry system is still not working

➤ 3/30/97  Study 3282, dogs:  technician filling out observation book market WNL (within normal limits) for all dogs in room 950 without even looking in the dogs' cages

➤ 4/5/97  PETA investigator received note telling her not to write up sores on dogs' faces

➤ 4/12/97  PETA investigator is told by veterinarian: "You guys are all going to hate me. Yimmer just asked me to look at an animal and I told him I couldn't."

➤ 4/13/97  A technician finally writes up a vet request for a primate in the extra colony who has been suffering from watery stool continually for many weeks

➤ 4/16/97  Supervisor tells investigator that "there's a sick monkey in the extra colony that the veterinarian wants euthanized so we'll save him until Friday so we can hack him up a little."

➤ 4/17/97  Study 3314: necropsy on primate who is injected with xylazine and ketamine; the necropsy technician cuts on the animal for many minutes before saying: "This guy could be out a little more."  Primate's heart rate increases as necropsy proceeds, indicating the animal can feel the cutting (videotape)

16

PETA Complaint/May 16, 1997

Alleged Violations of the Act at §2.33, cont.

➤ 4/30/97 Investigator is told that pharmaceutical material for dosing twenty puppies that had catheter implants one week earlier, would not be available for perhaps another two weeks; meanwhile, puppies suffer with catheters, jackets, and tethers until material is available

➤ 5/8/97 Technicians fail to administer post-surgical painkiller to female monkeys who have undergone abdominal surgery for telemetry device implants in Procter and Gamble study

➤ 5/9/97 PETA investigator notes hunched appearance and inappetance of implanted monkeys; calls vet in and requests injection of analgesia for each animal in spite of objections from other employees; vet requests written by investigator

17

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.38, Handling, at Huntingdon Life Sciences

‣ 9/21/96  Room 906, Study 3278: technician strikes dog number 1555 on the face to still her so he can look for tattoo after investigator points out she has no USDA ear tag

‣ 9/25/96  Room 922: a loose primate is chased with catch poles by three employees, one of whom grabbed the primate's tail and yanked him while two other twisted his arms behind his back to cage him

‣ 9/26/96  Room 956:  a loose primate is chased by one technician who asks investigator for help, "before she hurts him"; the technician catches the primate with catch pole and deliberately applies excessive pressure until the animal urinates; when the primate would not let go of the cage bars, the technician pulled on the catch pole causing distress and trauma until the investigator offered the animal a squeegee which he grasped

‣ 10/2/96  Room 904:  while cleaning, the investigator witnessed a coworker pick a dog up off the floor by his front leg and toss him into a cage and repeatedly slam a cage door on a dog's head to get the animal back into a cage

‣ 10/3/96  Room 455 and 457, study 3321: pigs are grabbed by one front and one back leg and carried upside down

‣ 10/5/96  Room 453, study 332: while drawing blood from pigs, the investigator witnessed a technician pretending, within inches of a pig's face, to jab an uncapped syringe into the animal's face

‣ 10/6/96  Room 455:  during blood drawing on pigs, one technician noted excessive bleeding from a pig's side;  the other technician told him the pig had flipped over onto the needle when he was struggling

‣ 11/17/96 Study 3314:  one of the Procter and Gamble monkeys died right after dosing from a "lung shot" indicating that a check for gastric fluid had not been done

‣ 12/12/96 Pigs were dragged from cages for night bleeding, one pig landing on his face and others hitting their faces on floor as they were dragged by their legs to the bleeding trough

‣ 12/19/96 Study 3328:  dogs being bled in third and fourth dose groups were salivating excessively;  technicians cursed and yelled at dogs for salivating, causing unnecessary distress

‣ 12/19/96 Sedated monkey is swung around by technician

18

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.38, cont.

➤ 1/2/97  Study 3314: monkeys undergoing ECGs are stressed and frightened by rough capture and restraint procedures as well as screaming and cursing by the technicians; techs place fingers over the restrained primates' throats if they struggle, even when strapped to the ECG board, cutting off their air supply; monkeys are heaved back into their cages so that they actually hit the back of the cage; metal alligator clips pinch the monkeys' skin so tightly they leave bruises and red sores on their arms, legs, chests, and backs (videotape)

➤ 1/12/97  Room 922, study 93-3093 (extra colony):  female primate #6894F's head was caught in the false back of the cage; the primate was bent over sideways at the back of the cage, her head jammed into the opening up to the bridge of her nose; an HLS employee pulled on the animal, attempted to twist her head around, and finally frightened her to the point where she forced the rest of her head into the false back area and was hanging by her neck;  her face was bloodied and bruised after the employee twisted and pulled on the primate to get her out  (photos 39, 39a)

➤ 1/15/97  Study 3314:  Primates undergoing ECGs; technicians break into loud whooping "war cry," frightening animals and causing behavioral stress and trauma;  one technician states:  "The sponsor should love that!"; another technician replies: "Yeah, bring up their heartrates just a little bit more."; a third technician says: "You can wipe your ass with that data!"  (videotape)

➤ 1/16/97  Study 3093: Technician grabs sedated primate by scruff of neck and injects tuberculin substance into the animal's eyelid while suspending her in mid-air;  In response to question about his technique, technician says: "Nope, not supposed to, never saw it, never did it, can't prove it."  (videotape)

➤ 1/16/97  Study 3093: Technician leaves sedated monkeys hanging over cage door opening while doing TB tests and walks away from monkeys several times, creating potential for animals falling from cage or for guillotine door to fall on them;  (videotape)

➤ 1/16/97  Study 3093: A technician leaves a primate recovering from sedation with her neck hanging over perch bar; and another technician propped a primate up over the edge of her cage while waiting for her to become sedated;  (videotape)

➤ 1/16/97  Study 3314: during nighttime ECGs, technicians played "The Nutty Professor" so loudly that primates were frightened; technicians were laughing and yelling;  primate 2073 was upset and senior technician shook his finger in the restrained animal's face and said loudly, "Don't you bit my friend."  The technician then applied ECG lotion on the animal saying loudly, "Here, here, here...", after which he put the lotion bottle into the frightened primate's mouth, squeezing it."  (videotape)

19

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.38, cont.

1/29/97  Room 958, study 3314:  ECG clips are removed from the primates without being pressured open, ripping hair and skin, causing unnecessary discomfort

1/29/97  Room 958, study 3314:  A technician who had seen a coworker put a lotion bottle in a screaming primate's mouth several days earlier, squeezed ECG lotion around the animal's mouth, finally putting some in his mouth, saying: "Chew on that and keep quiet."

➤ 2/6/97  Room 957: loose primate is chased around the room for nearly 40 minutes by four employees causing trauma and behavioral stress;  as the animal jumped from cage to cage, two employees with catch poles carelessly cinch the instrument anytime they get within reach if any part of the animal's body

➤ 2/9/97  Two primates--one with a hand stuck in the cage flooring and the other with an arm stuck in the cage flooring were subjected to banging and screaming as two technicians tried to scare them into releasing their own swollen limbs;  the technicians next tried to twist the animals' arms out resulting in trauma, physical harm, behavioral stress, and unnecessary discomfort;  finally, the animals were injected with ketaset; as the female became limp, PETA's investigator reached in to support the weight of her body so the metal cage would not cut through her swollen arm but was immediately told to let the animal go

➤ 2/20/97  Study 3622:  A technician involved in a high dosing of dogs which caused extreme nausea and discomfort, handled an ill dog traumatically when he yanked so hard on a dog's catheter when tieing it off after dosing that the dog's hind leg was lifted off the table;  the same technician grabbed the very ill dog by the skin of the dog's neck and lifted her roughly off the table, up and down twice to shake the jacket out from under her legs during which time the catheter knot pulled through the scabbed-over incision

➤ 3/8/97  Study 3323, dog 4219:  dog struggles against dosing by tube;  rough handling causes unnecessary discomfort and trauma while other dogs watch.

➤ 3/9/97  Study 3323, dog 4219:  dog struggles against dosing by tube;  rough handling causes unnecessary discomfort and trauma while other dogs watch; technician loses temper with dog and carries on with dosing attempts long after it should have been abandoned (videotape)

➤ 3/11/97  Study 3314:  primates are upset by yelling and rough handling during ECGs; one frightened primate is threatened by senior technician who leans into his face and shouts, "I'll bite your face if you don't settle down," causing animal to urinate on table  (videotape)

20

PETA Complaint/May 16, 1997

Alleged Violations of AWA §2.38, cont.

▸ 3/11/97 Study 3314:  Unable to open lock, a senior technician hammers solid padlock on primate's cage door, causing deafening noise, trauma, and behavioral stress shortly before ECG

▸ 3/11/97 Study 3314:  Nearly all primates urinate and defecate on ECG table because of noise and rough handling;  senior tech holds thumbs over their throats to cut off air so they stop struggling

21

PETA Complaint/May 16, 1997

Alleged Violations of AWA §3.1, 3.6, and 3.11: Housing facilities, primary enclosures, and cleaning requirements for dogs, at Huntingdon Life Sciences

➤ 9/26/96  Room 920: a bank of dog cages is tipped sideways and backwards with dogs in it (photo 6)

➤ 10/2/96  Room 917: cages very dirty with heavy slimy brown coating on doors and walls of cages;  dogs in this room are not on active study and receive substandard ministration and care

➤ 10/12/96  Rooms 904, 906, and 908:  blocked drains; troughs in all rooms overflowing with standing water loaded with feces and old food;  PETA's investigator put work order into maintenance and advised senior person of potential emergency  (photo 22)

➤ 10/13/96  A glass blood collection tube lying in the bottom of the "extra" male dog's cage;  the tube was hand labelled 2685

➤ 10/13/96  Rooms 904, 906, 908, and 910:  blocked drains remain even though PETA investigator put work order in for three of the rooms the previous day

➤ 11/9/96  Study 3325: dog 1304M has a one inch cut on his leg after being in exercise cage with broken rungs;  dog 1327 jumped out of the portable exercise cage which is dangerous as it is impossible to secure both dogs at one time to transport one back to home cage while the other is still in exercise cage

➤ 11/13/96  Study 3325 and 3278: two dogs, one from each of these studies, were out of their cages in the morning;  the dog in Room 904 (3278) had fallen from the top row of cage and appeared, from the condition of the floor, to have been out all night

➤ 11/30/96  Two dogs, 2215 and 2219, fell from top floor of exercise cage because of broken door

➤ 1/29/97  Room 908: a dog in study 3327 is injured by still-broken exercise cage

➤ 2/1/97  Room 908: dog 8113 cut his leg in the broken exercise cage

➤ 3/13/97 Study 3327: dog's broken leg treated after one week; technician tells investigator he broke it in the exercise cage which has a big hole near the door where wires are bent down;  investigator explains that she has reported broken exercise cages for months to no avail

22

PETA Complaint/May 16, 1997

Alleged Violations of AWA §3.1, 3.6, and 3.11, cont.

➤ 3/15/97 Study 3327: two regular cages are now joined together for an exercise cage but room is so crowded with cages that the two joined exercise cages are pushed up against four dog cages against the wall, depriving dogs in those cages from light and ventilation; the same situation was found in dog room for study 3335 (photo 50)

➤ 3/15/97 Room 902: ceiling is falling in with sheet rock tape hanging from the ceiling over some of the dogs' cages; pieces of ceiling--chunks of plaster and a significant amount of plaster dust is in one of the group two dog's cages (photo 46, 46a)

➤ 3/15/97 Room 910, study 3323: plastic garbage bag is tied around plumbing fixture to keep faulty pipe from soaking dog number 2220 on the end of the row

➤ 3/16/97 Study 3327: exercise cages again pushed up against cages with dogs in them; PETA investigator sends e-mail to supervisors regarding this matter, the ceiling, and the plumbing problems

➤ 3/19/97 Room 902, study 3335: PETA investigator points out to another technician, the double exercise cages pushed tightly against other cages with dogs in them, cutting off light, sight, and air;

➤ 4/3/97 Senior technician asked PETA investigator how long she would need to clean puppy room 3627 and for two rooms of dogs in study 3282; she replied 45 minutes and one hour each for the two rooms respectively; she was admonished for taking so long and she explained to him that she takes the dogs out of their cages to clean them and that she uses unicide; the senior technician remarked: "It's okay if they get a little wet. They like it. It's good for them to have a bath once in a while."

➤ 4/12/97 Study 3323: Investigator watches technician hosing out occupied cages

➤ 4/13/97 Room 906, study 3346: Investigator watches technician hosing out occupied puppy cages

➤ 4/13/97 Investigator sends e-mail regarding the fact that unicide has been unavailable for two weeks

➤ 4/16/97 Study 3327: Investigator watches technician hose out occupied cages

➤ 4/17/97 Room 949, study 3282: Investigator watches technician hose out occupied cages

23

PETA Complaint/May 16, 1997

Alleged Violations of AWA §3.1, 3.6, and 3.11 - cont

➤ 4/24/97  Study 3327: technician complains to investigator that the dogs' having jackets on means that cleaning the room takes at least 45 minutes to one hour;  he tells investigator that he just doesn't take the dogs out of the cages on weekends when no one is around;  this same technician told the investigator that he was advised by a supervisor not to take the dogs in study 3282 out of their cages while cleaning if he is afraid of getting bitten

➤ 4/29/97  Cage changes are done in the hallways with dogs transferred from dirty cages to clean and dirty cages pulled by the clean, occupied cages on their way to cage washer;  dog was injured (tooth broken) when someone jerked a line of dirty cages past the clean ones without checking for heads sticking out of the food bowl holes in the cages (photos 52, 53 for illustration)

24

PETA Complaint/May 16, 1997

Alleged Violations of AWA §3.75, 3.76, 3.80, 3.81, 3.84: Housing facilities, primary enclosures, environmental enhancement, and cleaning requirements for primates, at Huntingdon Life Sciences

▸ 9/18/96  A technician discovered a primate with his hand, swollen to the size of a softball, stuck in the cage;  the following day, the technician told our investigator that a bolt cutter had to be used to free the animal and that he estimated the animal had to have been stuck for at least 24 hours

▸ 9/25/96  Room 922: monkey loose; three technicians chase him around the room until one caught him by the tail

▸ 9/25/96  Room 956: PETA's investigator sees monkey standing on top of his cage fiddling with fluorescent lights

▸ 11/24/96  Three technicians have to cut a primate cage apart to free a stuck animal's hand

▸ 12/7/96  Primate 6899M is trapped in front of false back (photo 30)

▸ 12/11/96  Room 953: PETA's investigators notes that edges of the feed holes are rough and jagged and all monkeys had deep red marks, cuts, and scratches on them from the use of these openings for bleedings

▸ 12/11/96  Room 956: an escaped monkey is chased by a technician as two pharmacy techs watch through the room's window;  the monkey scrambled up a cage to escape the technician and was attacked by the monkey inside the cage who mutilated his hand and tail, requiring stitches and digit amputation

▸ 12/15/96  Study 3314: several of the primates' cages are missing the "enrichment" mirrors

▸ 12/19/96  Sedated primates in quarantine room are laid out on top of crates containing conscious primates

▸ 12/21/96  Room 958: primates 7003M, 7042F, and 7020F, were all trapped at the front of the cage by the false backs

▸ 12/26/96  The primates don't have fruit and several primate cages do not have enrichment mirrors

25

PETA Complaint/May 16, 1997

Alleged Violations of AWA §3.75, 3.76, 3.80, 3.81, 3.84, cont.

- 12/28/96  No treats for the primates

- 12/29/96  No treats for the primates; senior tech tells investigator that "no one wants to go to the store"

- 1/1/97  Study 3617; senior technician tells investigator that the cages are "way overdue" for a cleaning

- 1/1/97  Drains are clogged in 957; not reported on Daily Environmental and Viability Record (photo 36)

- 1/5/97  Study 3314; primates are severely bruised from blood collection and rough edges of cage through which their legs are pulled (photo 37)

- 1/9/97  Primates do not have treats

- 1/11/97  Room 957: 4 out of 28 primates had no enrichment mirrors; room 958: 9 out of 28 primates had no enrichment mirrors; room 922: 15 out of 40 primates had no enrichment mirrors

- 1/11/97  Room 922: drains are clogged in extra primate colony

- 1/12/97  Room 922; extra primate colony; primate 6894F had her head caught in the false back and was bent over sideways screaming when investigator entered room (photos 39, 39a); room 953: loose monkey

- 1/12/97  Study 3314; bruising from blood collection/primates (photo 40)

- 1/19/97  Room 947, study 97-3093; out of 37 female primates, 13 have no enrichment mirrors (photo 41)

- 2/6/97  Room 957: an escaped primate is chased around the room for nearly 40 minutes by four technicians

- 2/9/97  "Extra" primate colony:  primate's hand stuck in cage floor;  while on their way to extricate this primate, technicians notice a female primate in the same room with her arm stuck in the cage floor and swollen to twice its normal size

- 3/15/97  Room 3093: extra primate colony: 10 out of 39 primates have no enrichment mirrors

26

PETA Complaint/May 16, 1997

Alleged Violations of AWA §3.75, 3.76, 3.80, 3.81, 3.84, cont

➤ 3/16/97  Extra primate colony: 10 primates are still without mirrors

➤ 3/29/97  Two technicians talk about a monkey that one of the technicians just freed from being stuck by the arm in his cage;  the second technicians tells the first that he should have recorded the incident but that it was "okay" this time not to

➤ 4/6/97  Neither of the primates in 3630 have enrichment mirrors; technicians are using peanuts and raisins only for treats because they are too lazy to cut up fruits

➤ 4/12/97  Investigator notes that in P&G study 3630,  no one signed for treats on April 4, 9, and 11

➤ 4/16/97  Study 3321: monkey got out of cage and was attacked by other caged monkeys; wound on arm and hand had to be stitched

27