# Plaintiff's Exhibit E

(Civ. No. 02-0557 (RWR))

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
INVESTIGATIVE AND ENFORCEMENT SERVICES
EASTERN REGION
ANNAPOLIS, MARYLAND

## REPORT OF VIOLATION

**Violator:** HUNTINGDON LIFE SCIENCES
P.O. Box 2360, Metters Rd.
East Milstone, NJ 08875-2360
(908) 873-2550

**Case Number:** NJ97020-AW

**Violations:** 9 CFR, Parts 2 and 3

**Investigator:** Rondal L. Carter
2568-A Riva Road, Suite 302
Annapolis, Maryland 21401
(410) 571-9480

**Date of Report:** October 9, 1997

### FOR OFFICIAL USE ONLY
*This document and its contents are not to be distributed outside your agency, nor duplicated, without prior consent from USDA, APHIS, Investigative and Enforcement Services.*

NJ97020-AW

# SYNOPSIS

| | |
|---|---|
| **Violator** | Huntingdon Life Sciences is a USDA Registered Research facility. Registration No. 22-R-040 |
| **Business Information** | Huntingdon Life Sciences (HLS) previously did business as Pharaco LSR International. HLS acquired the toxicology business on November 21, 1995. HLS is an independent research laboratory. They have an acting Institutional Animal Care and Use Committee (IACUC) responsible for the oversight of all research that involves the utilization of animals. Alan H. Staple is the President and Chief Operation Officer of this facility. |
| **Primary Witness** | Dr. Mary Geib, Veterinary Medical Officer - USDA, APHIS, Animal Care, conducted routine inspections of HLS, and assisted with the investigation. |
| **Previous History** | There is no record of previous violations involving HLS in the Compliance Investigations Tracking System (CITS). |
| **Violation Events** | During an inspection of their facility conducted by APHIS, Animal Care, on 3/26/97 and 4/7/97, HLS was cited for violations involving Exercise and Socialization, Environmental Enhancement, Cleaning and Sanitation, a malfunctioning IACUC, and a deficient Annual Report.<br><br>During the period of 6/17/97 through 7/18/97, IES investigated HLS to verify allegations formally submitted to APHIS by the People for the Ethical Treatment of Animals (PETA). This investigation was conducted jointly with Animal Care who did a detailed inspection of certain relevant research protocols, IACUC records and correspondence, Standard Operating Procedures, Veterinary Care records and all other applicable lab animal care and use records. The results revealed existing violations in the areas of the IACUC, Exercise and Socialization, Sanitation, Primary Enclosures, Veterinary Care and Annual Report. |

2

NJ97020-AW

## EXPLANATION OF EVIDENCE PROVING VIOLATION

*NOTE:*  Many of the following exhibits consist of documents from protocols (studies) identified by number, and all available animal care and use records applicable to that protocol. Those records would include animal husbandry records, Standard Operating Procedures, Socialization and Exercise records, viability records, veterinary treatment logs, body weight records and clinical observation records. USDA, APHIS requested and received all documents relevant to the exhibited protocols as confirmed by HLS. Originals of all documents were presented to APHIS by HLS, and were photocopied on the premise. Only those documents relevant to the violations are included in case file. All others have been retained by the case investigator and are available upon request.

**Violation of**
**9 CFR, Part**

### March 26, 1997 and April 7, 1997

| | |
|---|---|
| 2.31(c)(3) | *Institutional Animal Care and Use Committee (IACUC).* Animal Care Inspection Report, for 3/26/97 and 4/7/97, (Exhibit 1-A), IACUC Semi Annual Review (Exhibit 16, pp 1-21), and response letters (Exhibit 1-B) from HLS to REAC-Animal Care indicate the IACUC's failure to identify departures from the Animal Welfare regulations and standards approved by the IACUC for animal activities. (See deficiencies in 3.8 and 3.81 below) |
| 2.31(d)(1)(i) | Inspection Report (Exhibit 1-A) and response letters (Exhibit 1-B) from HLS to REAC-Animal Care, indicate IACUC has not evaluated criteria used to determine if animals experience pain/distress. |
| 2.31(d)(1)(ix) | Inspection Report (Exhibit 1-A) and response letters (Exhibit 1-B) from HLS to REAC-Animal Care, indicate failure to conduct major operative procedures in facilities maintained under aseptic conditions. |
| 2.31(d)(1)(xi) | Inspection Report (Exhibit 1-A) and response letters (Exhibit 1-B) from HLS to REAC-Animal Care, indicate failure to use proper methods of euthanasia. |
| 2.31(e)(2) | Inspection Report (Exhibit 1-A), Study No. 96-3227 (Exhibit 10), Study No. 96-3314 (Exhibit 5) and response letters (Exhibit 1-B) from HLS to REAC-Animal Care, indicate a failure to provide a rationale for numbers of animals to be used. |
| 2.36(b)(3) | *Annual Report.* Inspection Report (Exhibit 1-A), the 1996 Annual Report (Exhibit 18) submitted by HLS, and the response letter (Exhibit 1-B) from HLS to REAC-Animal Care indicate a failure to include in the annual report exceptions to the standards and regulations |

3

NJ97020-AW

## EXPLANATION OF EVIDENCE PROVING VIOLATION
### (Continued)

**Violation of
9 CFR, Part**

specified and explained by the principal investigator, and approved by the IACUC.

3.8     *Exercise and Socialization.* Inspection Report, (Exhibit 1-A), previous Exercise and Socialization Plan (Exhibit 1, pp 108-113) and response letters (Exhibit 1-B) from HLS to REAC-Animal Care indicate the facility's failure to provide a plan of adequate exercise for dogs.

3.31     *Cleaning and Sanitation.* Inspection Report (Exhibit 1-A) indicates the facility had piles of feces adjacent to the feeders and needed cleaning.

3.81     *Environmental Enhancement.* Inspection Report (Exhibit 1-A), Social and Environmental Enrichment Plan (Exhibit 17, pp35-37) and response letters (Exhibit 1-B) from HLS to REAC-Animal Care indicate failure to develop an appropriate plan for environmental enhancement adequate to promote the psychological well being of non-human primates.

### June 17, 1997 through July 18, 1997
### (IES Investigation conducted jointly with Animal Care)

*NOTE:* During the investigation Animal Care Veterinary Medical Officers (four) identified a total of fifteen separate protocols which prompted the same or similar violations 9 CFR. Each protocol study file listed in the Exhibits contains the VMO's findings explained in a summary. The seven protocols listed below are submitted in this report as representative samples because they reflect the violations substantiated in whole, or in part, throughout all fifteen protocol studies included in this report.

### Protocol Study Number 3093
### (Colony Primates - Exhibit 2)

**Violation of
9 CFR, Part**

2.33(b)(2&3)     *Attending veterinarian and adequate veterinary care.* Study #3093 (Exhibit 2, 2a, 2b) shows failure to use appropriate methods to prevent, control, diagnose and treat injuries, and to have availability of emergency care. (Refer to enclosed summary)

3.80(a)(2)(ii)(iii)     *Primary Enclosures.* Study #3093 (Exhibit 2, pp 52-100) are viability records that document thirty (30) occasions where primates were loose in

4

NJ97020-AW

# EXPLANATION OF EVIDENCE PROVING VIOLATION
## (Continued)

**Violation of
9 CFR, Part**

|  |  |
|---|---|
|  | the room, five of which were injured. Primary enclosures must contain primates securely and prevent accidental opening of the enclosure, including opening by the animal. Also, it must protect the primates from injury. |
| 3.84(b)(2) | *Sanitation.* Study #3093 (Exhibit 2, pp 1-31) consists of photocopies of Animal Husbandry Records showing failure to sanitize indoor primary enclosures for primates at least once every two weeks. |
| 3.82(d) | *Feeding.* Study #3093 (Exhibit 2, pp 43-45) indicate the failure to sanitize food receptacles for primates at least once every two weeks. |

### Protocol Study Number 3282
### (Exhibit 4)

| | |
|---|---|
| 2.33(b)(1&2) | *Attending veterinarian and adequate veterinary care.* Documents in Study #3282 (Exhibit 4 - refer to enclosed summary) indicates a failure to have available appropriate facilities and equipment to provide adequate veterinary care and to use appropriate methods to prevent, control and treat diseases and injuries. |
| 2.33(b)(2&3) | **Request for Veterinary Services and veterinary examination for animal acceptance (Exhibit 4 - refer to enclosed summary)** indicates failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. |
| 2.31(d)(1) | *IACUC.* Study #3282 (Exhibit 4 - refer to enclosed summary) indicates failure by IACUC to ensure that the Principal Investigator provided an acceptable justification for a departure from the animal welfare standards prior to approving the proposed animal study protocol. |
| 2.31(d)(1)(i) | **Documents in Study #3282 (Exhibit 4- refer to enclosed summary)** indicate the IACUC's failure to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals. |
| 2.31(d)(1)(iv) | **Documents in Study #3282 (Exhibit 4- refer to enclosed summary)** indicate a failure by the IACUC to ensure that procedures that may cause |

5

NJ97020-AW

# EXPLANATION OF EVIDENCE PROVING VIOLATION
## (Continued)

**Violation of
9 CFR, Part**

more than momentary or slight or distress to the animals will be performed with appropriate sedatives, analgesics or anesthetics.

2.31(d)(1)(vi)  **Documents in Study #3282 (Exhibit 4- refer to enclosed summary)** indicate a failure by the IACUC to ensure that the animal's living conditions will be appropriate and contribute to their health and well-being.

2.31(d)(2)  **Documents in Study #3282 (Exhibit 4- refer to enclosed summary)** indicate a failure by the IACUC to ensure that a committee member did not approve a study proposal in which the member was personally involved.

2.31(e)(4)  **Study #3282 (Exhibit 4 - refer to enclosed summary)** indicates failure by IACUC to ensure that the study proposal includes a description of the procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.

### Protocol Study Number 3318
### (Exhibit 8)

2.31(d)(1)(i)
ii) & (iv)  *IACUC.*  **Study #3318 (Exhibit 8 - refer to enclosed summary)** shows where the IACUC approved a (Study protocol which failed to ensure that procedures involving animals would avoid or minimize discomfort, distress, and pain to the animals. The study director failed to consider alternatives to the above procedures and provide a written narrative description of the methods and sources used to determine that alternatives were not available. Also, it failed to ensure that procedures causing more than momentary or slight pain or distress would be performed with appropriate sedatives, analgesics or anesthetics unless withholding such agents is justified in writing.

2.31(d)(2)  Study #3318 (Exhibit 8, pp 7-8) shows where the IACUC failed to ensure that a Committee member could not approve a study proposal, or proposal amendment in which the member was personally involved.

2.33(b)(2)  *Attending veterinarian and adequate veterinary care.*  **Study #3318 (Exhibit 8, pp 6-8)** shows where the facility failed to use appropriate

6

NJ97020-AW

## EXPLANATION OF EVIDENCE PROVING VIOLATION
### (Continued)

**Violation of
9 CFR, Part**

    methods to prevent, control, diagnose and treat injuries. The facility used a non-pharmaceutical grade epinephrine to treat anaphylactic responses to a test vehicle administered during the study. Facility personnel acknowledged that the epinephrine used appeared ineffective on the first day of use (Sept. 23, 1996) when it did not effectively inhibit all reactions to dosing. However, dosing continued for four days until pharmaceutical grade epinephrine was acquired on October 1, 1996.

2.36(b)(7)   *Annual Report.* 1996 Annual Report (Exhibit 18) submitted by HLS indicates no dogs experienced unrelieved pain or distress. However, **Study # 3318 (Exhibit 8, pp 9-27)** contains Dosage Charts indicating that at least 17 dogs experienced pain and distress from anaphylactic responses during 9/16 - 9/30/96. The dogs were not provided any relief through anesthesia or analgesic drugs.

### Protocol Study Number 3630

3.80(a)(2)(i & ii)   *Primary Enclosure.* **Request for veterinary services and viability records (Exhibit 14, pp 6-57)** indicate a failure of the primary enclosure to protect the primate from injury and to have no sharp points or edges that could injure the primate.

2.31(c)(6)   *IACUC.* **Documents in Study #3630 (Exhibit 14 - refer to enclosed summary)** indicate the IACUC's failure to review and approve an animal study proposal prior to initiation of the study.

2.31(d)(1)(i&v)   **Documents in Study #3630 (Exhibit 14 - refer to enclosed summary)** indicate the IACUC's failure to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals. Also, it failed to ensure that procedures causing more than momentary or slight pain or distress would be performed with appropriate sedatives, analgesics or anesthetics.

2.31(d)(1)(x)(C)   Memorandum (Exhibit 14, pp1) and Protocol (pp 38) indicate a failure by the IACUC to require the principal investigator to obtain permission from the Administrator prior to using animals in a survival major operative procedure, when the animal had already survived a major operative procedure in another study proposal.

7

NJ97020-AW

# EXPLANATION OF EVIDENCE PROVING VIOLATION
## (Continued)

**Violation of
9 CFR, Part**

2.33(b)(3)  *Attending veterinarian and adequate veterinary care.* **Documents in Study #3630 (Exhibit 14 - refer to enclosed summary)** indicate the research facility's failure to assess daily the animal's health and well being, and to communicate timely and accurate information problems of animal health, behavior, and well being to the attending veterinarian.

### Protocol Study Number 3327

2.33 (b)(3)
(1&)

*Veterinary Care* A veterinary request **(Exhibit 10, pp 1-4)** shows on March 7, 1997 the attending veterinarian examined dog #2243m. Her findings were: completely non-weight bearing on right foot. The distal limb is rotated slightly inward and the dog drags foot slightly. No swelling but extreme pain response elicited when dorsal radius is palpated. Most likely fractured mid-radius. (Unable to manipulate more due to pain) Will require either anesthesia and splint or euthanasia.

The attending veterinarian was able to xray leg because developing chemicals were not in stock. The dog was not brought to a facility where radiographs could be taken nor were xray films of the dog's leg taken and brought elsewhere to develop. The dog was sedated to have a splint applied to the leg on March 7, 1997, however, no analgesics were given even though the veterinarian had found the leg to be extremely painful. Radiographs of the right leg to diagnose and evaluate the fracture were not taken until March 13, 1997.

8

NJ97020-AW

## EXPLANATION OF EVIDENCE PROVING VIOLATION
(Continued)

**Violation of 9 CFR, Part**    Protocol Study Number 3314

2.31 (b)(3)    *Veterinary Care.* Documents in Study #3314 (Exhibit 5 pp) show that four primates, numbers 6328m, 6333f, 6332m, and 6335f, were deprived of water during the 16 hour urine collection. Exhibit 5, pp 12,36, 84,85,96 indicates the water deprivation/urine collection started November 14, 1996 at 1300 and stopped on November 15, 1996 at 0710. The attending vet was not notified of the animal observations or consulted about the appropriateness of a 16 hour water deprivation procedure that was occurring mostly during the night when the facility would be closed. The morning observations recorded either lethargic or decreased activity in all four primates. As the pilot study progressed all four primates were documented to have emesis, decreased activity, and have a hunched appearance (Exhibit 5, pp 1-10). The two surviving primates also experienced lethargy and weight loss that was attributed to a very low food consumption during the study. One of the primates had an abnormal gait on day 6 of the study and the other survivor vocalized on day 7. However, none of these primates had a request for veterinary services. Exhibit 5 pp 114-117 recorded primate #4073 to have a hunched appearance and decreased activity from January 18, 1997, through January 24, 1997. Again there was no request for veterinary services. In this same (Exhibit) primate #3073 was recorded to have vomited food for three days, still no request for veterinary services.

2.31(e)(4)    *IACUC.* Documents in Study # 3314 (Exhibit 5, pp 127-172) documents failure of the study proposal to include a description of procedures designed to assure that discomfort and pain will be limited to that which is unavoidable for the conduct of scientifically valuable research.

2.31(d)(1)(ii)    *IACUC.* Documents in Study #3314 (Exhibit 5, pp 127-172), shows failure of the study director to consider alternatives to procedures that may cause more than momentary or slight pain or distress to the animals and provide a written narrative description of the methods and sources used to determine that alternatives were not available.

9

NJ97020-AW

## EXPLANATION OF EVIDENCE PROVING VIOLATION
(Continued)

2.31(d)(1)(i&iv) *IACUC.* **Documents in Study #3314 (Exhibit 5, pp 127-172)** shows the failure of the IACUC to minimize discomfort, distress and pain to the animals. Failure of IACUC to ensure that procedures that may cause more than momentary pain or distress will be relieved unless justified for scientific reasons in writing by the study director and will continue for only the necessary period of time.

### Protocol Study Number 3622
### (Exhibit 12)

2.31(d)(1)      *IACUC.* Documents in Study #3622 (Exhibit 12, pp41-54) the study protocol was approved with the following statement: because of the nature of the study (intravenous infusion), the dogs will not be exercised during the conduct of the study. However, the study drug was to be administered for 24 hours with a 14 day observation period. After dosing (Day2), the catheters were to be cut and tied off and the jackets removed (see pg 47). There was no explanation as to why the dogs could not be exercised during the observation period. This documents failure of IACUC to ensure that the study director has provided an acceptable justification for a departure from the animal welfare standards prior to approving the proposed animal study protocol.

2.31(e)(4)      *IACCU.* Documents in Study #3622 (Exhibit 12, pp 37-100) documents animals experiencing more than momentary or slight pain or distress from adverse or toxic effects of the study drug. The study protocol did not address treatment of dogs experiencing toxic or adverse effects from the study drugs and there was no justification for not relieving pain, distress or discomfort from the drugs effects. The study director was not required to amend the protocol when the attending veterinarian recommended to humanely euthanize dog # 5745 based on the clinical observations, (Exhibit 12 pg 3). The draft of the final report for the study drug indicated a maximum tolerated dose of 20mg/kg because the response of the animal (dog #5745), given 40mg/kg was so severe. (Exhibit 12, pg 1). Exhibit 12 pp 7-18 documents dog # 5745 was kept alive by administering fluids and nutritional supplements while exhibiting signs of pain and distress.

2.31(d)(1)(ii)  *IACUC.* (Exhibit 12, pp37-100) documents failure of the study director

10

NJ97020-AW

## EXPLANATION OF EVIDENCE PROVING VIOLATION
### (Continued)

        to consider alternatives to procedures that may cause more than slight or momentary pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available.

2.31(d)(1) (i&iv)     *IACUC.* Study #3622 (Exhibit 12, pp 1-32) Failure to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to animals. IACUC approved the study protocol without requiring the study director to address how pain and distress would be avoided.

11

NJ97020-AW

# OTHER EVIDENCE

**Exhibit 19a** is a copy of the APHIS Form 7011, Application For Registration.

**Exhibit 19b** is a copy of the APHIS Form 7021, Animal Welfare registration certificate.

12

NJ97020-AW

## LIST OF EXHIBITS

**Exhibit 1-A** - Photocopy of Inspection Report completed by Dr. Mary Geib, on 4/7/97. (4 pages)

**Exhibit 1-B** - Photocopy of HLS's replies to inspection report, 6/6/97 and 11/18/97.

**Exhibit 1** - Photocopy of Protocol Study Number 3091 from Huntingdon Life Sciences (HLS). Included in each protocol folder are animal husbandry records, standard operating procedures, viability records, veterinary assistance requests and treatment logs, body weight records, clinical observation records, protocol amendments, prestudy protocol review checklists, prestudy IACUC information and other correspondence relative to the study. (113 pages)

**Exhibit 2, 2a, 2b** - Photocopies of all documents relative to Protocol Study Number 3093 for primates at HLS. (Ex. 2 - 102 pages, Ex. 2a - 118, Ex. 2b - 35)

**Exhibit 3** - Photocopies of all documents relative to Protocol Study Number 3278 for dogs at HLS. (155 pages)

**Exhibit 4** - Photocopies of all documents relative to Protocol Study Number 3282 for dogs at HLS. (117 pages)

**Exhibit 5** - Photocopies of all documents relative to Protocol Study Number 3314 for primates at HLS. (221 pages)

**Exhibit 6** - Photocopies of all documents relative to Protocol Study Number 3316 for dogs at HLS. (74 pages)

**Exhibit 7** - Photocopies of all documents relative to Protocol Study Number 3322 for dogs at HLS. (124 pages)

**Exhibit 8** - Photocopies of all documents relative to Protocol Study Number 3318 for dogs at HLS. (98 pages)

**Exhibit 9** - Photocopies of all documents relative to Protocol Study Number 3326 for dogs at HLS. (39 pages)

**Exhibit 10** - Photocopies of all documents relative to Protocol Study Number 3327 for dogs at HLS. (25 pages)

**Exhibit 11** - Photocopies of all documents relative to Protocol Study Number 3341 for primates at HLS. (109 pages)

**Exhibit 12** - Photocopies of all documents relative to Protocol Study Number 3622 for dogs at HLS. (100 pages)

**Exhibit 13** - Photocopies of all documents relative to Protocol Study Number 3623 for dogs at HLS. (28 pages)

**Exhibit 14** - Photocopies of all documents relative to Protocol Study Number 3630 for dogs at HLS. (57 pages)

**Exhibit 15** - Photocopies of all documents relative to the DST Validation Study for dogs at HLS. (76 pages)

**Exhibit 16** - Photocopies of minutes generated by the HLS IACUC from 4/23/96 to 3/5/97.

**Exhibit 17** - Photocopies of all Standard Operating Procedures in effect at HLS. (259 pages)

**Exhibit 18** - Photocopy of APHIS Form 7023, Annual Report of Research Facility, submitted by HLS on 11/8/96.

**Exhibit 19(a,b)** - Photocopies of **(a)** APHIS Form 7011, Application For Registration for HLS, dated 12/22/95, and **(b)** APHIS Form 7021, Animal Welfare Act registration certificate for HLS, dated 11/21/95.