# Plaintiff's Exhibit G

(Civ. No. 02-0557 (RWR))

```
Jim Rogers      (301) 734-8563
            jrogers@aphis.usda.gov
Jerry Redding   (202) 720-6959
            jredding@usda.gov
```

EAST MILSTONE, N.J., RESEARCH FACILITY FACES USDA ANIMAL WELFARE CHARGES

WASHINGTON, April 1, 1998--The U.S. Department of Agriculture today charged Huntingdon Life Sciences Inc., a registered research facility in East Milstone, N.J., with violations of the Animal Welfare Act.

"Over the last year, USDA animal care inspectors have documented numerous non-compliance items," said Michael V. Dunn, assistant secretary for marketing and regulatory programs. "The majority of our charges revolve around Huntingdon's inability to keep proper records and their failure to obtain procedural review by their Institutional Animal Care and Use Committee."

USDA animal care inspectors found that HLS failed to:

-- Have the research facility IACUC review the procedures used involving animals to ensure procedures that could cause more than momentary or slight pain or distress to the animals were performed with appropriate sedatives, analgesics, or anesthetics;

-- Communicate timely and accurate information on problems of animal health, behavior, and well-being to the attending veterinarian;

-- Maintain programs of adequate veterinary care under the supervision and assistance of a doctor of veterinary medicine;

-- Construct and maintain nonhuman primate enclosures that protected the animals from injury; and

-- Document in its annual report for 1996 that 17 dogs were used in research involving accompanying pain or distress to the animals and also failed to attach to the report an explanation of the procedures and the reasons why appropriate anesthetic, analgesic, or tranquilizing drugs were not used.

HLS has 20 days from the date of being served to answer these charges. As with all AWA administrative actions, HLS will have the opportunity for a hearing if desired.

Inspectors with the Animal and Plant Health Inspection Service, a part of USDA's marketing and regulatory programs mission area, conduct inspections of licensees to ensure compliance with the Act. Any violations that inspectors find may lead to civil penalties. The AWA requires that regulated individuals and businesses provide animals with care and treatment according to standards established by APHIS. The standards include requirements for recordkeeping, adequate housing, sanitation, food, water, transportation, exercise for dogs, veterinary care, and shelter. The law regulates the care of animals that are sold as pets at the wholesale level, transported in commerce, used for biomedical research, or used for exhibition purposes.

#

NOTE: USDA news releases, program announcements, and media advisories are available on the Internet. Access the APHIS Home Page by pointing your Web browser to http://www.aphis.usda.gov and clicking on "APHIS Press Releases." Also, anyone with an e-mail address can sign up to receive APHIS press releases automatically. Send an e-mail message to majordomo@info.aphis.usda.gov