# Plaintiff's Exhibit I

(Civ. No. 02-0557 (RWR))

```
                                   Jim Rogers     (301) 734-8563
                                         jrogers@aphis.usda.gov
                                   Jerry Redding  (202) 720-6959
                                         jredding@usda.gov
```

HUNTINGDON LIFE SCIENCES, INC., SETTLES WITH USDA FOR $50,000

   WASHINGTON, April 14, 1998--The U.S. Department of Agriculture and Huntingdon Life Sciences, Inc., a registered research facility in East Milstone, N.J., have agreed to a consent decision and order regarding violations of the Animal Welfare Act.

   "We have arrived at a very innovative settlement," said Michael V. Dunn, assistant secretary for the USDA's marketing and regulatory programs. "This agreement directs resources to benefit their animals, and help other research animals in the future."

   Huntingdon neither admitted nor denied any violations of the AWA but agreed to a civil penalty of $50,000. Of that penalty, $20,000 is to be given to an Animal and Plant Health Inspection Service-approved nonprofit organization that promotes the development and use of alternatives to animals in testing, $20,000 is to be used by Huntingdon to construct facilities that will allow individually housed primates to be placed into paired or group housing, and the remaining $10,000 is to be paid to the U.S. Treasurer.

   The settlement also requires that Huntingdon hire an APHIS-approved consultant to review Huntingdon's records and protocols and submit a report to APHIS.

   "This case is also a reminder of the vital role played by Institutional Animal Care and Use Committees," Dunn added. "These committees are internal review groups required by law to examine laboratory animal protocols and ensure that animal care and use programs comply with the Animal Welfare Act."

   The AWA requires that regulated individuals and businesses provide animals with care and treatment according to the standards established by APHIS. Animals protected by the law must be provided with adequate housing, handling, sanitation, food, water, transportation, veterinary care, and shelter.

   The law covers animals that are sold as pets at the wholesale level, transported in commerce, used for biomedical research, or used for exhibition purposes.

                                   #

NOTE: USDA news releases, program announcements, and media advisories are available on the Internet. Access the APHIS Home Page by pointing your Web browser to
http://www.aphis.usda.gov and clicking on "APHIS Press Releases." Also, anyone with an e-mail address can sign up to receive APHIS press releases automatically. Send an e-mail message to
majordomo@info.aphis.usda.gov
and leave the subject blank. In the message, type
subscribe press_releases