# Plaintiff's Exhibit J

(Civ. No. 02-0557 (RWR))



| USDA | United States Department of Agriculture | Animal and Plant Health Inspection Service | Animal Care | Eastern Region 920 Main Campus Drive Suite 200 Raleigh, NC 27606 Telephone: (919) 716-5532 Fax: (919) 716-5696 |

December 15, 1999

Michael Caulfield
Vice President
Quality Assurance and Operations
Huntingdon Life Sciences Inc.
P.O. Box 2360
Mettlers Road
East Millstone, NJ  08875-2360

Dear Mr. Caulfield:

This is in response to your November 18, 1999 letter to Dr. Ron DeHaven. Thank you for outlining your activities to comply with the Consent Decision. We agree that Huntingdon Life Sciences has achieved the requirements detailed in the April 8, 1998 Consent Decision and Order. This matter is closed and that fact will be reflected in the official file and in our computer database.

Please feel free to contact Dr. DeHaven or myself if you need any further information.

Sincerely,

Elizabeth Goldentyer, D.V.M.
Eastern Regional Director
Animal Care

cc:
Dr. Ron DeHaven, Deputy Administrator, Animal Care
Alan Christian, Staff Director, IES
Dr. M. Geib, AC-VMO, PA

LSR0434


APHIS - Protecting American Agriculture      An Equal Opportunity Employer