# Plaintiff's Exhibit V

## (Civ. No. 02-0557 (RWR))

Study #3278   Dogs                    AWA Violations

<u>Veterinary Care 2.33(b)(2&3)</u>: Failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.  Failure to have a mechanism of direct and frequent communication of the daily observation of all animals to assess their health and well-being so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the attending veterinarian.



LSR1289

Page 1

Study #3278 Continued          Page 2 of 5          AWA Violations



LSR1290

Study #3278 Continued            Page 3 of 5        AWA Violations



LSR1291

Study #3278 Continued                Page 4 of 5                AWA Violations



IACUC 2.31(d)(1)(i): Failure of the IACUC to ensure that procedures involving animals will avoid or minimize discomfort, distress, and pain to the animals.

The IACUC approved study ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as not involving any procedures that are expected to cause more than momentary pain or distress to the animals. However, the study protocol did include provisions for observing animals for signs of poor health or toxic or pharmacologic effects.  Also the protocol dealt with animals on study that were found moribund.  The protocol had no written justification for withholding analgesics or treatment from animals on study.



LSR1292

Study #3278 Continued          Page 5 of 5                AWA Violations



LSR1293

Study #3314      Primates            AWA Violations

<u>Veterinary Care 2.31(b)(3).</u> Failure to communicate timely and accurate information on the problems of animal health, behavior, and well-being to the attending veterinarian



<u>IACUC 2.31(e)(4).</u> Failure of the study proposal to include a description of procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.

The study director classified the study as not involving any procedures that are expected to cause more than momentary pain or distress to the animals even though the protocol acknowledged that the high dose level for the main study ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Also the material safety data sheet from the sponsor indicated that the anticipated symptoms of exposure following drug ingestion are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

LSR1704

Study # 3314 Continued          Pages 2 of 2          AWA Violations

[text redacted]

IACUC 2.31 (d)(1)(ii): Failure of the study director to consider alternatives to procedures that may cause more than momentary or slight pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available.

There was no search for alternatives to the procedures resulting in the primates experiencing pain and distress from the adverse and toxic effects of the study drug.

IACUC 2.31(d)(1)(I&iv): Failure of the IACUC to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals. Failure of the IACUC to ensure that procedures that may cause more than momentary pain or distress will be relieved unless justified for scientific reasons in writing by the study director and will continue for only the necessary period of time.

The IACUC approved the study protocol without requiring the study director to address how pain and distress would be avoided or minimized for animals experiencing adverse or toxic effects of the study drug, [text redacted] However, the study director had not provided written scientific justification for not providing relief for the primates. Also there was no consideration for establishing study end-points that were alternatives to death or near death (moribund). Two primates died during the pilot study [text redacted] and two moribund primates were euthanized in the main study.

# MEMO

F_____D
AUG 27 1997
BY:_____

**To:** Elizabeth Goldentyer
**From:** Mary E. Geib
**Subject:** Huntingdon Life Sciences
**Date:** August 22, 1997

Enclosed is information obtained during the records review at Huntingdon Life Sciences that may be of interest to the FDA and/or EPA. The studies were to be conducted in compliance with Good Laboratory Practice Regulations.

███████████. Facility documents question the validity of the study data and give contradictory conclusions regarding the ███████████ effects of the test material.



███████████ Study was terminated by the sponsor before the surgical procedure to fracture the foreleg of the dogs was conducted. However, dogs were accepted for the study that should have been considered unsuitable for study and were dosed with the test material. The dogs were found by the veterinarian to have foot problems, have a fearful disposition, and not to be in the weight range specified in the study protocol.

The above three studies are examples of what was observed when reviewing the study records provided by Huntingdon Life Sciences. These documents raised concerns regarding the quality and reliability of the test results from this facility.

*[signature]*

LSR0001