# Plaintiff's Exhibit EE
## (Civ. No. 02-0557 (RWR))

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civ. No.  02-0557 (RWR) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S SUPPLEMENTAL RULE 56(f) DECLARATION

1.      I am Research Director at In Defense of Animals ("IDA"), where I have been

employed since December 1994.  I am basing this declaration on my personal knowledge,

experience and expertise, and I am submitting it as a supplemental declaration pursuant to Rule

56(f) of the Federal Rules of Civil Procedure to demonstrate to the Court why IDA needs to take

discovery in this case under the Freedom of Information Act ("FOIA") in order to further

demonstrate to the Court that the United States Department of Agriculture ("USDA") cannot

meet its burden of proof that all of the records and portions of records that have been withheld

from IDA in this case are exempt from disclosure.

2.      In my capacity as IDA Research Director, I have filed numerous complaints and

reports with regulatory agencies, including the USDA, the Food and Drug Administration

(FDA), the Occupational Safety and Health Administration (OSHA) and the National Institutes

of Health (NIH), and these agencies have taken regulatory action based on these complaints and

evidence submitted by IDA.  In addition, other IDA personnel have filed complaints with

regulatory agencies such as the USDA and the NIH that have also resulted in regulatory

enforcement actions. These complaints have not been limited to violations of federal animal welfare laws, but have also included evidence of violations of the FDA's Good Laboratory Practice (GLP) regulations and federal workplace safety laws.

3.      My own submissions to federal agencies have included analyses and reviews of the same type of information that IDA seeks from the USDA in this case, and have included detailed analyses and reviews of the medical literature; reviews and analyses of documents such as necropsy/histopathology reports, clinical notes, surgical/anesthesia logs, radiology records, physical examination records and surgical records for specific animals; and numerous consultations with experts having decades of experience in the field of animal research.

4.      For example, in my capacity as IDA Research Director, I filed a series of detailed formal complaints with the USDA against The Coulston Foundation (TCF), a New Mexico primate testing laboratory that received significant federal funding. Many of these complaints were based heavily on the same type of documents that IDA now seeks from the USDA concerning Huntingdon Life Sciences.  These complaints and the information they provided to the USDA played a central role in that agency filing an unprecedented four sets of formal charges against TCF for violations of the Animal Welfare Act (AWA).  See, e.g., U.S. News & World Report (August 14, 1995) ("[p]rodded in part by . . . In Defense of Animals, the U.S. Department of Agriculture cited Coulston last month for violations of the Animal Welfare Act that could carry fines of at least $75,000 per day"); the New York Times (Sept. 14, 1999) ("The Agriculture Department, partly as a result of investigations by an animal protection advocacy group, In Defense of Animals, filed charges in 1997 and then again this year"); Nature (April 22,

-2-

1999) (stating that IDA "has been vindicated at least in part by three formal complaints issued by the United States Department of Agriculture (USDA), charging that the lab has violated the Animal Welfare Act").

5.      Like the USDA, the FDA has also taken unprecedented action against TCF after IDA had filed its complaints. This action included two formal Warning Letters from the agency dated December 22, 1999 and October 11, 2001 as well as the unprecedented proceedings initiated by the FDA on March 18, 2003 to disqualify TCF as a GLP lab.  These documents are currently available on the FDA's web site at:

> **http://www.fda.gov/foi/warning_letters/m3295n.pdf**;
> **http://www.fda.gov/foi/warning_letters/g1990d.pdf**; and
> **http://www.fda.gov/foi/nooh/coulston.pdf** .

6.      IDA estimates that, since April 1995, the USDA has filed 17 formal complaints against registered research facilities under the Animal Welfare Act.  Of those 17, IDA has been centrally involved in providing the information that led to 6 of those formal complaints. Stated another way, information provided to the USDA by IDA has been central to the filing of 35 percent of all estimated USDA formal complaints against registered research laboratories over the past eight years.

7.      Therefore,  there simply is no basis whatsoever for Huntingdon's charge that IDA is pursuing this FOIA request to "destroy" Huntingdon.  On the contrary, as it has done many times in the past, IDA is using the FOIA to perform an important public interest function by serving as a "watchdog" over the USDA and the entities it regulates under the AWA.  In addition, the documents at issue in this case will also shed crucial light on how the USDA

-3-

functions and enforces the Animal Welfare Act. For example, IDA can use these documents to analyze if the agency overlooked violations of the AWA. This is especially important because the USDA's own Inspector General has repeatedly found that the agency has failed to properly enforce the AWA.

8.      In this case, the USDA is withholding in their entirety 54 pages, as well as portions of two additional pages, generated by Huntingdon's "Institutional Animal Care and Use Committee" ("IACUC"), including "IACUC meeting minutes, memoranda, and inspection reports," on the grounds that all such information constitutes either "trade secrets" or "confidential commercial information" of Huntingdon's. See Gilmore Decl. ¶ 15E. However, in my capacity as Research Director at IDA, and based on my years of experience in using the FOIA to obtain access to USDA and other federal records concerning research on animals, I am extremely familiar with the role of the Institutional Animal Care and Use Committee (IACUC), and have reviewed many documents generated by IACUCs. Particularly in light of the absolutely crucial role played by the IACUC under the AWA and other federal animal welfare laws such as the Public Health Service Policy on the Humane Care and Use of Laboratory Animals, these documents often reveal whether the facility is in compliance with the AWA as well as other laws and regulatory requirements that apply to animal research – including the central role of representing the public's concern about the proper and lawful use of animals in laboratories. This is shown by the attached examples of IACUC records I obtained from the USDA under the FOIA concerning another animal research facility – i.e., TCF. See Attachment 1. These documents – and the IACUC documents the USDA is attempting to withhold in the

-4-

extant FOIA case – are even more vital in light of the fact that in the Coulston and Huntingdon

formal complaints, the USDA charged both facilities with IACUC violations.  Moreover, there

are significant parallels between Coulston and Huntingdon, not only with the IACUC violations

cited by the USDA, but also because both operated as Contract Research Organizations (CROs)

– routinely performing toxicology tests – during the USDA investigations.  Indeed, many of the

Coulston documents released by the USDA in a previous FOIA request – including many of the

attached IACUC minutes as well as complete toxicology protocols (detailing routes of

administration, blood/chemistry and statistical tests to be performed, target tissues and organs,

study schedules, etc.), protocol amendments, and IACUC protocol evaluation forms – involve

drug toxicity studies.  In other words, Huntingdon and the USDA are attempting to withhold the

same types of documents previously released by the USDA regarding the same type of studies

performed by both Coulston and Huntingdon.  Accordingly, to further test the USDA's insistence

that all 54 pages and portions of an additional page of IACUC records may be withheld here

under Exemption 4, IDA would need to take discovery.

       9.     In IDA's opening brief, at 28, IDA questioned the <u>competitive</u> value of

information from 1997 demonstrating that Huntingdon was in violation of numerous provisions

of the AWA.  In response, relying on Mr. Caulfield's declaration, the government asserts that

"the commercial value" of the information at issue is not "diminished in any way by the AWA

charges brought against Huntingdon" because all of Huntingdon's studies are conducted in

compliance with federal "Good Laboratory Practice (GLP) regulations."  Gov't Opp. at 24; <u>see</u>

<u>also</u> Caulfield Decl. ¶ 12 ("[t]he quality and integrity of the test procedures and the test results in

the records at issue were not affected by the conduct that was the subject of USDA's investigation and subsequent complaint"). However, the notion that violations of the AWA do not in any way "affect" the "quality and integrity" of these animal tests is belied by the USDA's own records. See, e.g., Memorandum to Elizabeth Goldentyer from Mary Gibb (August 22, 1997), Pl. Ex. FF (stating that, although the studies "were to be conducted in compliance with Good Laboratory Practice Regulations," documents obtained during the AWA investigation "raise[] concerns regarding the quality and reliability of the test results from this facility") (emphasis added). In fact, there can be significant overlap between the AWA and the GLP regulations, which, according to the FDA, exist to ensure the rights and welfare of human subjects, and the quality and integrity of data. Some of that overlap directly relates to the adequacy of IACUC review and functioning, further underscoring IDA's need for the IACUC documents at issue in this case. Indeed, one of the complaints IDA filed with the FDA prior to that agency's unprecedented regulatory action against Coulston was based almost exclusively on a May 1999 USDA inspection report outlining multiple violations of the AWA (many involving the IACUC), which we asserted also violated GLP regulations. The FDA subsequently confirmed that many of these violations of the AWA also constituted violations of the GLP regulations, leading to the unprecedented disqualification proceedings initiated by the FDA on March 18, 2003. Indeed, in its Notice for Opportunity of a Hearing, the FDA again cited some of the AWA violations as GLP violations leading to the Disqualification proceeding (this Hearing notice is currently on the web at **http://www.fda.gov/foi/nooh/coulston.pdf** ). Accordingly, to further test the USDA's assertion that disclosure of research conducted in violation of AWA

-6-

standards would nonetheless cause Huntingdon "substantial competitive injury," IDA would need to take discovery.

10.     IDA also needs to take discovery to further test the USDA's position that hundreds of records that have been withheld in full and hundreds more that have been withheld in part are exempt from disclosure under Exemption 4 because they would reveal some unique test methods and procedures of Huntingdon's. It is my experience, based on reading hundreds of scientific journal articles, that there are many standard methods and procedures used in research like that conducted by Huntingdon and Coulston that are both well-known throughout the industry and often contained in the "Methods" and "Results" sections of published scientific journal articles. Indeed, Huntingdon itself has published numerous scientific articles over the years that describe in detail the very kinds of methodologies, procedures, clinical observations, necropsy results and other test results that are at issue in this case. See, e.g., "Effects of Di-Isononyl Phthalate (DINP) On Peroxisomal Markers In The Marmoset," The Journal of Toxicological Studies, Vol. 24, No. 3, 237-44 (1999) (Attachment 2). Indeed, in sharp contrast to the records at issue here – which, because of IDA's narrowing of the scope of its request, should not identify any of the compounds or sponsors that were the subject of the 1997 research at issue – the attached Huntingdon study identifies the actual compound that was being tested as well as the "materials and methods," the "Observations and laboratory investigations," the "pathological examination," the "experimental design," the "statistical analyses," the "results." See id.  Further, this Huntingdon study on marmosets cited already-published (and in almost all cases, decades-old) methods regarding how Huntingdon conducted its statistical analyses and

liver enzyme assays.  In addition, although Huntingdon appears to be asserting that the testing

methods, clinical observation procedures, and other aspects of the toxicology and other studies

that are at issue in this care are somehow unique to Huntingdon, I have searched the Internet and

been unable to find any patents registered by Huntingdon with the World Intellectual Property

Organization, U.S. Patent Office, or United Kingdom Patent Office (along with 50 other

countries and/or regions worldwide, including European Countries, the European Patent Office,

and Japan), and neither the USDA nor Huntingdon mentions any such patents in their

submissions to the Court.  See **http://patft.uspto.gov/netahtml/search-bool.html** and

**http://gb.espacenet.com/** using the search terms "Huntingdon Life," "Huntingdon Life

Sciences," "Huntingdon Labs," and "Huntingdon Laboratories."

      11.     Moreover, there appear to be universal guidelines and principles underlying the

field of toxicology, as evidenced by numerous guidelines issued by the International Conference

on Harmonization of  Technical Requirements for Registration of Pharmaceuticals for Human

Use (ICH), which was formed so that regulators and labs in the U.S., Europe and Japan could

have a common set of guidelines for the submission and approval of preclinical drug studies like

those conducted by Huntingdon and Coulston.  For example, one such draft guideline, "Guidance

for Industry:  Statistical Aspects of the Design, Analysis and Interpretation of Chronic Rodent

Carcinogenicity Studies of Pharmaceuticals," specifically states  among its numerous

recommendations that the choice of animals should be random – the very same "random

selection process" used by Huntingdon in its 1999 published study referenced above.  Numerous

articles published in scientific journals specializing in toxicology also discuss international

-8-

harmonization and baseline toxicology standards (i.e., "Harmonization of animal clinical pathology testing in toxicity and safety studies. The Joint Scientific Committee for International Harmonization of Clinical Pathology Testing" in Fundamental and Applied Toxicology, Vol. 29, No. 2, pages 198-201, 1996, which also lists in great detail 11 separate types of blood tests, 22 separate types of chemistry tests, six separate types of urinalysis tests as well as other studies recommended by the "ten scientific organizations" comprising the Joint Scientific Committee. Basic toxicological principles and study design can also be seen in the Coulston drug toxicity protocols previously released by the USDA. Accordingly, to further test the USDA's assertion that hundreds of records and portions of other records may be withheld here because they contain "trade secrets," and because disclosure would cause Huntingdon "substantial competitive injury," IDA would need to take discovery on this issue as well.

12.     The USDA takes the position that 67 "viability records" in their entirety and portions of an additional 397 such records may be withheld under Exemption 4 here. However, as can be seen by portions of other Huntingdon "viability records" that have been disclosed by the USDA, these records contain such clinical observations such as "head stuck in feeder hole," "left arm stuck in bottom of cage," "3rd digit right hand moderately swollen," and "animal is bleeding profusely," see Attachment 3a -- the same kind of information that appears to be contained in the hundreds of other viability records that have been withheld from IDA. Compare, e.g., deletions made in sample of records contained in Attachment 3b. Moreover, the USDA has previously released numerous clinical records regarding its Coulston investigative case files, including but not limited to physical examination, clinical notes, serum chemistry

values of chimpanzees taken during drug studies, anesthesia logs, necropsy reports, sequence of events leading to the death of chimpanzees, blood collection frequency, specimen reports, drug dose levels, etc., all of which were records from toxicology studies conducted by the Coulston Contract Research Organization. Accordingly, to further test the basis upon which such information may be withheld under Exemption 4, IDA would need to take discovery.

13.     Because the agency has failed to produce a Vaughn index in this case, the record remains unclear as to the complete universe, as well as the total number, of documents that remains at issue. For example, in its November 27, 2002 letter to IDA's counsel, the government's lawyer identified 16 different general categories of information that remained at issue, and he provided the number of pages that qualified under each such category. See Pl. Ex. T.  In response, IDA notified the government that it could exclude from the records three of those categories – leaving 13 categories still at issue. See Pl. Ex. U.  Yet, Mr. Gilmore's Declaration, which was submitted in support of the government's motion for summary judgment, does not even appear to address two of the categories that were included in the government's November 27, 2002 letter, that were not withdrawn by plaintiff, including (1) "Communications Between Huntingdon and its Clients;" and (2) "Miscellaneous Records."  Therefore, it is not clear whether this is because all of the records listed in those particular categories are subsumed by other categories that are listed in Mr. Gilmore's Declaration, or whether there is some other explanation for the difference in the two lists. Accordingly, IDA needs to take discovery to ascertain the explanation for this discrepancy.

-10-

14.     Similarly, because the government has not provided IDA with a <u>Vaughn</u> index, it is extremely difficult for IDA to address the government's assertions with respect to the hundreds of documents that have been withheld <u>in part</u>. Although IDA is able to locate samples of <u>some</u> of these records based on the descriptions contained in Mr. Gilmore's declaration, because the government has not <u>identified</u> the actual documents in any way – <u>i.e.</u>, by page number or other identifying mark – IDA is unable to locate each of the records within the hundreds of pages of records that the agency has provided to the plaintiff thus far, and to correlate each of those records with the agency's exemption claims. Accordingly, it is impossible for plaintiff to ascertain which portions of which particular records the government has withheld, and the basis for each such deletion. Therefore, IDA needs a <u>Vaughn</u> index in this case.

15.     In its motion for summary judgment, the government only identified two categories of information as constituting "trade secrets" under Exemption 4 – <u>i.e.</u> (1) "Huntingdon's test designs and methods," and (2) "[t]he experimental compounds tested by Huntingdon." Gov't SJ Mem. at 22-24. However, since IDA had withdrawn its request for any such information, it explained in its responsive brief that there should be no need for it to address the government's "trade secrets" argument. Pl. SJ Mem. at 17-18. However, in its recent reply brief, the government asserts that six different types of records are all exempt in their entirety "<u>to the extent that they reveal Huntingdon's confidential test designs and methods</u>." Gov't Opp. at 20, n.11 (emphasis added). Yet, without a <u>Vaughn</u> index, IDA is simply not able to address in any further meaningful way the precise information that remains at issue in this case that the

-11-

government contends is a "trade secret" within the meaning of Exemption 4, that plaintiff has <u>not</u> already excluded from its request.

16.     In its last brief, the government disclosed two additional records that it had previously withheld under Exemption 5, on the grounds that such material was covered by both the attorney work-product privilege, and the deliberative process privilege. <u>See</u> Attachment B to the Gov't Opp, Pl. Exhs. GG-HH . However, since neither of those documents matches the descriptions contained in Mr. Gilmore's declaration for these records, this calls into question whether the USDA has similarly applied Exemption 5 over broadly to withhold additional records and portions of records that it has withheld under this Exemption.  Accordingly, to address this issue further,  plaintiff needs to take discovery.

17.     In light of the fact that the USDA has been unable to locate several additional records that were indisputably in its possession at one time, including videotapes, photos, and affidavits, IDA needs to take discovery concerning the government's contention that it has conducted an adequate search for all responsive records.  This is particularly true in light of the government's recent assertion that the chief investigator for the 1997 Huntingdon investigation was permitted to maintain "personal custody" of "<u>all materials collected during the Huntingdon investigation,</u>" Gov't Opp. at 38 (emphasis added), and that he may have maintained such materials "in his car" – record maintenance procedures that certainly seem at odds with the way most regulatory agencies conduct their business.

-12-

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____

Eric Kleiman

_____

Date

-13-

# ATTACHMENT 1
TO PLAINTIFF'S SUPPLEMENTAL
RULE 56(f) DECLARATION
(Civ. No. 02-0557 (RWR))

INSTITUTIONAL ANIMAL CARE & USE COMMITTEE
Meeting Minutes of
Wednesday September 4, 1997

Present:     Dr. Ronald Couch, Chairman
             Dr. Les Wiley
             Mr. Leo Gonzales
             Dr. Chris Staley

Also
Present:     Ms. Roxanne Waskiewicz

Absent:      Dr. Ali Javadian

A special meeting was called to order at 8:00 am. This meeting is to address the USDA's concerns that the committee is not completing a full review of protocols. They also have concerns that the non-scientific member is not sufficiently distanced from the company.

To alleviate one concern, Dr. Coulston has appointed Dr. Les Wiley to sit on the committee as the outside member not affiliated with the company.

To address the other concern; In the past a protocol evaluation form has been routed to the committee members for review. This form was fathered by the committee several years ago, to specifically address the animal welfare act and regulations.

The USDA reviewed 17 protocol evaluation forms and protocols and after review believed that they had not been given full review. The protocols in question are: 970309, 970409, 970509, 972609, 971609, 971709, 971809, 971909, X 972109, 972309 formally NCI38, 972509, 970809, 970109, 971009, 971109, 971509 and 971309.

The chair wanted the committee to know that Dr. Wiley had been provided with the questioned protocols and evaluation forms, for his review, prior to this meeting. Dr. Wiley assured all that he had reviewed all before this meeting.

The chair stated that Dr. Javadian could not be present so the chair asked him to give a written assessment on three of Dr. Couch's studies for the record.

The questioned protocols and evaluations were given to each member for review. After each member reviewed the protocols and evaluations the chair asked each member if they had any questions on any of the protocols or evaluations. One member had a question on 970109 [                    ] (b)(4)
(b)(4) [                                                    ] The member addressed that
this protocol should be put into inactive status, due to the fact that there is not a Study Director or a Principal Investigator to conduct it, as Dr. Struthers is no longer with the company. The chair asked if all members were in agreement and unanimously agreed. This study will be put on inactive status.

GOVERNMENT
EXHIBIT
5

Special Meeting
September 4, 1997
Page Two

The chair passed out copies of the Animal Welfare Act and the Code of Federal Regulations. All members reviewed these guidelines, and all were in agreement that the committee has taken and addressed each item.

The secretary was asked to include all protocol evaluation forms, protocols and the regulations to make a packet that will stay with the meeting minutes. The meeting was adjourned at 8:50.

Submitted,

Roxanne Waskiewicz
IACUC Executive Secretary

GOVERNMENT
EXHIBIT
5

INSTITUTIONAL ANIMAL CARE & USE COMMITTEE
Meeting Minutes of
June 24, 1998

Present:          Dr. Ron Couch Chairman
                  Dr. Ali Javadian
                  Dr. Chris Staley
                  Mr. Leo Gonzales
                  Mr. Dick Matthews

Also
Present:          Ms. Roxanne Waskiewicz

The meeting was called to order at 1:00 pm.

Up for review 981609 Amendment 1, 971109 annual review, 980102 and resubmission of 972909.

The resubmission of 972909 was to provide supplemental information per the USDA's recommendation. A member wanted to know if because of all the additional requirements imposed upon the committee by USDA if we will be revising the form. The Chair replied that he will be looking into other institutions forms to help with devising a new form for us.

Looking over a facilities inspection the Chair wanted to know if the finding of floor repair could be listed under the correction plan? All members were in agreement to list this under the plan.

One finding on the inspection was the La Velle site and expired medication. The inspectors were asked if this was found to be only in one area and they replied no it was a facility wide issue. The Attending Veterinarian was asked what could be done to correct. A member suggested that a plan be implemented like that which exists at Holloman, which is to make one person responsible for dealing with outdated drugs. The Attending Veterinarian told the committee he would have a plan by June 26th along with a plan for additional training.

Another deficiency was marshmallows in building 100 being stored under the sink. There should be an ice box in that area for the enrichment department. The Attending Veterinarian will look into this.

There is a spot in Isolette 2 in a commons area (not in the cage) that is rusting and paint peeling off. The Chair asked a member to look into this and report to the secretary concerning the condition. Note: 6/25/98 at 2:00 pm the Secretary was informed that the issue was fixed.

The meeting was adjourned at 2:10 pm.

Submitted,

Roxanne Waskiewicz
IACUC Executive Secretary

GOVERNMENT
EXHIBIT
2 0 D
Page 1 of 2



## Institutional Animal Care & Use Committee
## Protocol Evaluation Form

| | |
|---|---|
| **PROJECT TITLE:**<br>Efficacy Study of TXU-PAP in Human Immunodeficiency Virus (HIV) Infected Chimpanzees. | |
| **STUDY NO.:**<br>972109 | **DATE RECEIVED BY IACUC:**<br>1/31/97 |
| **STUDY DIRECTOR/PRINCIPAL INVESTIGATOR:**<br>Ronald C. Couch PhD | **STUDY COORDINATOR:** |
| **PROPOSED START DATE/ANNUAL REVIEW DATE:** | **STUDY DURATION:** |

I. **ANIMALS:**

   A.   Species: <u>Chimpanzee</u>   Sex: <u>M/F</u>   Body Wt. Range: <u>20 to 70 kg</u>

   B.   Number to be used in proposed/ongoing study: <u>6 screen; 4 treatment</u>

   C.   Do animal housing, care and feeding practices follow current standard operating procedures?  ☒ Yes          ☐ No
        If no, indicate special practices required.

   D.   Are provisions for environmental enrichment in place for nonhuman primates?
        ☒ Yes          ☐ No          ☐ N/A
        If no, explain reasons for exemption.

   E.   Are provisions for exercising dogs in place?
        ☐ Yes          ☐ No          ☒ N/A
        If no, explain reasons for exemption.

II.  **RATIONALE FOR USE OF ANIMALS:**

   A.   What type of use is being proposed?
        ☐   "Dose and Bleed"
        ☒   Safety Evaluation Study
        ☐   Toxicokinetic Study (ADME)
        ☐   Vaccine/Immunization Study
        ☒   Other: <u>Efficacy</u>

   B.   What is the justification for this use?
        ☐   To satisfy regulatory requirements
        ☒   To assess potential for toxicity to help determine safety in man
        ☒   To advance scientific knowledge for the benefit of society
        ☐   To develop treatments to help alleviate human suffering
        ☐   Other: _____

GOVERNMENT EXHIBIT 3

129

FCI-F-001

C.  Appropriateness of species:
- ☐ Recognized laboratory animal to evaluate safety
- ☐ Recognized species for vaccine development
- ☒ Recognized species for this procedure/research
- ☐ Other:_____

D.  Appropriateness of number of animals:
- ☒ Minimum to satisfy objectives of the study
- ☐ Minimum to satisfy regulatory requirements
- ☐ Other:_____

E.  If appropriate, have lower species been considered?
☐ Yes        ☐ No   ☒ NA
If no, explain. Other than humans, chimpanzee is the only animal known to be infected with HIV.

III.  PROPOSED USE OF THE ANIMALS:

A.  On a separate sheet. describe in adequate detail and in lay terms what will be done to the animals. Attach separate sheet.

B.  Are blood sampling intervals/volumes consistent with maintenance of good health?
☒ Yes        ☐ No

IV.  PROCEDURES TO MINIMIZE DISCOMFORT AND/OR PAIN:

A.  Can the animals used in this study be anticipated to be exposed to procedures/compound(s) with the potential to produce pain, discomfort or suffering?
☒ Yes        ☐   ☐ No
If yes,
- ☐ Category I - No more than momentary or slight pain/distress
- ☒ Category II - More than momentary or slight pain/distress expected that can be relieved by various drugs
- ☐ Category III - More than momentary or slight pain/distress that cannot be relieved by various drugs

Comments: The use of any drugs will be after consultation with the Study Director.

Note: If category III, please provide an explanation why category III was chosen. Please provide explanation on same sheet that is used for lay terms.

FCI-F-001
December 5, 1996

IACUC Protocol Evaluation Form
Study No.:972109
Page 3

B.   For Category II or III studies, has the IACUC Attending Veterinarian or the designee been consulted in the protocol development?
    ☒   Yes    ☐ No

C.   Describe what procedure(s) or situation(s) would cause the pain, discomfort or suffering described in IV.A?
    ☒    Surgical procedure(s)
    ☐    Potential toxicity
    ☐    Needle stick(s)
    ☐    Infectious disease
    ☐    Prolonged restraint
    ☐    Other:_____

D.   Can anesthetic, analgesic or tranquilizing drugs be used to alleviate the pain, discomfort or suffering as described in IV.C?
    ☒   Yes    ☐   No
    If no, explain why:
    ☐    No more than momentary or slight pain/distress
    ☐    Interference with study design
    ☐    Interference with metabolism of test article
    ☐    Other: _____

E.   Should the circumstance arise where animal(s) are in irreversible severe pain/distress or in a moribund condition, can they be euthanized as soon as possible?
    ☒ Yes ☐ No
    If no, justify fully.

V.   STUDY ALTERNATIVES:

A.   Do any procedures described in III. A. cause more than momentary or slight pain/distress to the animal? ☒   Yes    ☐ No
    If yes, have alternative procedures been considered?
    ☒    The Study Director and/or Study Sponsor has(have) determined that no validated alternatives currently exist and/or are acceptable to relevant regulatory agencies for this type of study.
    ☒    Regulatory agencies require safety evaluation studies in live animals.
    ☐    Previous work has been done with this species making longer term studies with this species appropriate.

131

☐    A literature search[1]  (method) has been performed to determine whether an alternative procedure exists and none was found. Indicate information sources used.

VI.    SURGICAL PROCEDURES:  ☒  Yes    ☐  No (if no, skip to Section VII)

    A.    Is this a minor or major surgical procedure?  Minor

    B.    Describe what surgical procedures will be performed?  Lympnode biopsy

    C.    What drug(s) will be used to help relieve pain/distress? Nubain (nalbuphine HCl)

    D.    Who will perform the surgery?  A veterinarian or trained technician

    E.    Who is responsible for post-surgical care? A veterinarian or trained technician

    F.    If more than one major survival surgery will be performed, justify the procedures.
        ☒ NA

VII.    DISPOSITION OF ANIMALS:

    A.    Is this a terminal study?
        ☐ Yes ☒ No

    B.    Will any animals be euthanized as a result of this study?  ☐ Yes  ☒ No
        If yes, why is this necessary?
        ☐    To collect tissue specimens for histopathologic evaluation
        ☐    Only if moribund
        ☐    Other: _____
        If no, what will be the disposition of the animals?
        ☒    Returned to stock colony
        ☐    Other: _____

    C.    Indicate the specific euthanasia procedures if necessary, to be used:
        ☐    Pentobarbital anesthesia and exsanguination
        ☐    Carbon dioxide inhalation and exsanguination
        ☒    Ketamine sedation and lethal pentobarbital overdose
        ☐    Other: _____

---

[1] NOTE: Literature searches and key words must be available for inspection if requested by IACUC or appropriate inspectors.

VIII.   STUDY DUPLICATION:

   A.   Do the activities in this proposal unnecessarily duplicate any previous experiment?
        ☐ Yes        ☒ No
        Explain:
        ☐     The test article is a new chemical entity
        ☐     This proposal extends and/or confirms previous research
        ☐     Other:_____

IX.   MISCELLANEOUS:

   A.   Are there any non-routine aspects of this study or any other relevant information (eg. use of radioisotopes or biohazardous agents) that should be brought to the attention of the IACUC? ☒   Yes   ☐   No   **HIV infected chimpanzees are used.**
        If yes, has Biosafety Officer been notified: ☒   Yes   ☐ No

   B.   Is any nonchemical restraint proposed?
        If yes, explain including acclimation period and duration:
        ☐ Yes        ☒   No

   C.   What is the nature of the test article? ☐ NA
        ☐     Unknown
        ☒     Other: ____Immunoconjugate____
        Relative toxicity/disease-causing potential:
        ☒   Low              ☐ High              ☐   Not known

*133*

# ATTACHMENT 2
TO PLAINTIFF'S SUPPLEMENTAL
RULE 56(f) DECLARATION
(Civ. No. 02-0557 (RWR))

The Journal of Toxicological Sciences,
Vol.24, No.3, 237—244, 1999

237

# EFFECTS OF DI-ISONONYL PHTHALATE (DINP) ON PEROXISOMAL MARKERS IN THE MARMOSET - DINP IS NOT A PEROXISOME PROLIFERATOR

Michael HALL[1], Anne MATTHEWS[1], Lisa WEBLEY[2] and Robert HARLING[2]

[1]Department of In Vitro Metabolism, [2]Division of Toxicology,
Huntingdon Life Sciences Limited, England

(Received July 1, 1999 ; Accepted July 19, 1999)

**ABSTRACT** — In the present study the systemic toxic potential of di-isononyl phthalate (DINP) was assessed in a 13-week study in marmosets. Particular attention was given to its potential for hepatic peroxisome proliferation. Three groups of four male and four female marmosets received DINP, by oral gavage administration, at dosages of 100, 500 or 2500 mg/kg/day for 13 weeks. A fourth group served as a concurrent Control group and received the vehicle (1% methylcellulose and 0.5% Tween) only. A fifth group received clofibrate at a dosage of 500 mg/kg/day to provide a positive Control for liver peroxisome activity.

At the end of the treatment period, the animals were killed and their livers were removed. $3000 \times g$ supernatant and microsomal subcellular fractions were prepared from homogenised liver by differential centrifugation. The peroxisomal marker enzyme activity, cyanide-insensitive palmitoyl CoA oxidase, was assayed in the former, while cytochrome P450 concentration and lauric acid 11- and 12-hydroxylase activities (selective for CYP2E1 and 4A, respectively) were assayed in the microsomes. No statistically significant changes were seen in any of these parameters measured following DINP treatment, compared with the Control. Clofibrate treatment resulted in an approximately 100% increase ($p<0.01$) in both male and female marmoset cyanide-insensitive palmitoyl CoA oxidase activity and a similar increase ($p<0.05$) in male (only) lauric acid 11-hydroxylase activity. No other changes were statistically significant at the 5% level. These data provide no evidence that DINP was acting as a peroxisome proliferator when administered to marmosets under the conditions of the study.

**KEY WORDS:** Cytochrome P450, DINP, Marmoset, Palmitoyl CoA oxidase, Peroxisome

## INTRODUCTION

Certain hypolipidaemic drugs and phthalate esters, have been shown to produce liver enlargement, hepatic peroxisome proliferation, the induction of microsomal cytochrome P450 CYP4A and peroxisomal fatty acid oxidising enzyme activities in rats and mice (Cohen and Grasso, 1981; Gibson, 1993). Cyanide-insensitive palmitoyl CoA oxidase activity is located in the peroxisomes and thus can act as a marker for peroxisome proliferation that may result from administration of a test compound to experimental animals. Although well characterised in rodents, there appears to be equivocal

evidence for these compounds causing similar effects in non-human primates.

Di-isononyl phthalate (DINP) is being developed as an alternative to di(2-ethylhexyl)phthalate (DEHP) for use as a plasticiser (Fig. 1). On administration to rats and mice, DEHP causes peroxisome proliferation and liver tumours, although it appears to be relatively weak compared to other compounds, such as clofibrate, which produce similar effects (reviewed by Huber et al., 1996). In an evaluation of the effects of DEHP administration in primates, Kurata et al. (1998) dosed the compound to marmosets for 13 weeks. There was no evidence for an effect on peroxisomal enzymes of male

Correspondence : Michael HALL

238

M. HALL *et al.*

or female animals following treatment with DEHP. However, this compound did produce increases in both hepatic microsomal protein and cytochrome P450 concentrations.

In the present study, the effects of the oral administration to marmosets of DINP, at 3 concentrations for 13 weeks, on both peroxisomal and microsomal enzyme activities were examined and compared to those elicited by clofibrate.

## MATERIALS AND METHODS

### Animal management and experimental design

Kyowa Hakko Kogyo Co. Ltd (Tokyo, Japan) produced the test substance, DINP (Fig.1). Tokyo Kasai, Kogyo Co., Ltd (Tokyo, Japan) produced the clofibrate. Both substances were clear colourless liquids and were stored in a cool store (approximately 15℃).

Twenty male and twenty female purpose-bred common marmosets, *Callithrix jacchus*, approximately 16 to 25 months of age, were obtained from Harlan UK (Oxfordshire, England). Before treatment commenced the animals of each sex were ranked by weight and allocated to their groups using a random selection procedure ensuring, as far as possible, that all groups contained populations with similar mean and range of bodyweights. The animals were housed individually in aluminium cages with grid floors suspended above metal trays containing wood shavings. Environmental conditions were monitored daily; the target values were 24℃ for temperature, 65% for relative humidity and at

least 10 air changes per hr. Lighting was controlled allow a 14-hr light : 10-hr dark cycle. Treatment co menced after a three-week acclimatisation period. commencement of treatment the animals weigh between 314 and 462 g.

Each animal was offered 10 g of malt loaf, 25 g a commercially available pelleted New World prim diet (Mazuri, Special Diets Services Ltd., Essex, Englar and 65 g of fresh fruit each day. The diet was moi ened with 15 ml of water except for one day each we when it was moistened with 15 ml Cytacon solution Vitamin B12 supplement (Duncan Flockhart a Company Ltd., Middlesex, England). On two days ea week a further 20 g of forage feed (William Lillico a Son Ltd., Surrey, England) was provided. Diet and fr was available at all times except when urine was bei collected or overnight before blood sampling.

The DINP and clofibrate were prepared for admi istration weekly as an emulsion in 1% methylcellulo and 0.5% Tween. Animals were dosed daily by or gavage at a volume dosage of 5 ml/kg bodyweight 13 weeks.

### Observations and laboratory investigations

Animals were examined daily, body weights we recorded weekly and food consumption was record daily throughout the study. Ophthalmoscopy examina tions were performed before treatment commenced a during Week 12 of treatment. Blood samples were ta en for haematology investigations before treatme commenced and during Weeks 6 and 13 of treatme



**Fig. 1.** Chemical structure of DINP, DEHP and clofibrate.

and for blood chemistry analyses before treatment commenced and during Weeks 4 and 13. Further blood samples were obtained before commencement of treatment and during Week 12 for analysis of oestradiol and testosterone concentrations. Urine samples were collected for analysis before treatment commenced and during Weeks 5 and 12 of treatment.

## Pathological examination

On completion of the 13-week treatment period, all animals were placed under intravenous sodium pentobarbitone anaesthesia and killed by rapid exsanguination. Each animal was examined externally and internally for macroscopic evidence of disease or adverse reactions to treatment. The main organs were weighed and a full spectrum of tissues retained in 10% neutral buffered formalin. Exceptionally, the eyes were preserved in Davidson's fluid and the testes and epididymides were retained in Bouin's fluid prior to fixing in 70% industrial methylated spirit. Immediately after removal and weighing of the liver, samples (minimum 5 g) were taken from each animal and processed as described under peroxisome proliferation. The tissues, taken from each animal, were embedded in paraffin wax, sectioned at approximately four to five micron thickness and stained with haematoxylin and eosin before microscopic examination.

## Peroxisome proliferation

### 1. Chemicals

Bovine serum albumin (BSA), sodium dithionite, lauric acid, glucose 6-phosphate (disodium salt), NADP+ (sodium salt), glucose 6-phosphate dehydrogenase (type VII, from baker's yeast), palmitoyl CoA, NAD+ (sodium salt, grade VII, from yeast), coenzyme A (sodium salt), dithiothreitol and FAD (disodium salt) were all obtained from Sigma Chemical Co., Ltd. (Poole, Dorset. UK). [1-$^{14}$C]Lauric acid (56 $\mu$Ci/$\mu$ mol, 50 $\mu$Ci/ml) was obtained from Amersham International plc. (Amersham, Buckinghamshire, UK). Other chemicals were purchased either from Fisher Laboratory Supplies (Loughborough, Leicestershire, UK) from BDH Ltd. (Poole, Dorset, UK), or from Rathburn Chemicals (Walkerburn, Scotland).

### 2. Experimental design

Whole livers were removed from each marmoset at post mortem and weighed. Portions of the liver were then immediately frozen in liquid nitrogen and subsequently stored at ca −75°C pending processing. Before homogenisation, livers were thawed in ice-cold 50 mM

Tris-HCl buffer, pH 7.4 (at 25°C), containing 250 mM sucrose, on ice. A representative portion (ca 3 g) of each liver was homogenised in Tris-sucrose buffer, pH 7.4. 3000×g supernatant and microsomal subcellular fractions were prepared from each liver homogenate by differential centrifugation.

### 3. Liver enzyme assays

The protein concentration of each 3000×g supernatant and microsomal suspension was determined by the method of Lowry et al. (1951). Cyanide-insensitive palmitoyl CoA oxidase activity was measured in the 3000×g supernatant, by monitoring NADH formation at 340 nm using a UV/Vis spectrophotometer, essentially as described by Gray et al. (1983). Microsomal cytochrome P450 concentration was assayed by CO-difference spectrum, according to Rutten et al. (1987). Lauric acid 11- and 12-hydroxylase activities were determined in microsomes by a method based on that of Parker and Orton (1980). Carbon-14 labelled lauric acid and hydroxylated metabolites were separated by HPLC and quantified using an on-line radiodetector. All enzyme activities were assayed in duplicate, as a minimum. Results were expressed per milligram of protein in the appropriate subcellular fraction. Mean ± standard deviation was calculated for each group.

### Statistical analyses

Data were analysed using the statistical tests listed below.

Students t-test using pooled error variance (Armitage, 1971) - haematology (except eosinophil, basophil and monocyte counts which are not normally distributed), blood chemistry and urinalysis (volume, specific gravity, pH and electrolytes only). Bartlett's test (Bartlett, 1937) for homogeneity and Behrens-Fischer/Dunnett's test (Cochran and Cox, 1957; Dunnett, 1955) - body-weight gain and organ weights. Fisher's Exact test (Fisher, 1973) - macroscopic pathology and histopathology. Levene's test for homogeneity of variance (Levene, 1960), both Williams' (Williams, 1971, 1972) and Dunnett's, (1955, 1964) tests to compare enzyme data in DINP treated groups with the Control group. A two-sided t-test (Snedecor and Cochran, 1989) was used to compare the clofibrate group with the Control group. Significance testing for liver assays was carried out at the 5% and 1% levels only.

240

M. HALL *et al.*

## RESULTS

### Peroxisome proliferation

#### 1. Liver weights

The weights of the livers removed from animals at *post mortem*, expressed both as absolute weights and relative to bodyweight, are shown in Table 1. These data do not provide any indication of a treatment-related or statistically significant effect of DINP or clofibrate administration.

#### 2. Protein concentrations

Protein concentration of the $3000 \times g$ supernatant subcellular fraction was not affected by either DINP or clofibrate treatment (Table 2).

Microsomal protein concentrations of both the male low and intermediate treatment groups showed a slight decrease (both 34%) following administration of DINP to marmosets (Table 3). However, these changes were not statistically significant at the 5% level. Clofibrate administration to female animals resulted in a statistically significant increase (of 69%) in microsomal protein concentration. A similar increase was seen in clofibrate-treated male marmosets, but this did not attain statistical significance at the 5% level.

#### 3. Cyanide-insensitive palmitoyl CoA oxidase activity

There was no evidence for a dose-related or statis-

**Table 1.** Body weights and liver weights of marmosets following the oral administration of DINP and clofibrate for 13 weeks

| Sex | Treatment | Dose (mg/kg/day) | Body weight (g) | Liver weight (g) | Relative liver weight (g/100 g body weight) |
|---|---|---|---|---|---|
| Male | Control | 0 | $379 \pm 46$ | $16.1 \pm 5.4$ | $4.19 \pm 0.95$ |
| | DINP | 100 | $406 \pm 45$ | $25.5 \pm 11.5$ | $6.14 \pm 2.38$ |
| | | 500 | $404 \pm 30$ | $20.1 \pm 7.4$ | $4.90 \pm 1.39$ |
| | | 2500 | $378 \pm 45$ | $19.2 \pm 7.5$ | $5.01 \pm 1.65$ |
| | Clofibrate | 500 | $375 \pm 31$ | $18.5 \pm 5.3$ | $4.92 \pm 1.32$ |
| Female | Control | 0 | $377 \pm 37$ | $15.9 \pm 3.5$ | $4.20 \pm 0.69$ |
| | DINP | 100 | $410 \pm 57$ | $18.8 \pm 5.3$ | $4.53 \pm 0.84$ |
| | | 500 | $413 \pm 54$ | $20.6 \pm 7.1$ | $4.94 \pm 1.52$ |
| | | 2500 | $384 \pm 53$ | $16.3 \pm 5.4$ | $4.17 \pm 0.86$ |
| | Clofibrate | 500 | $367 \pm 16$ | $18.2 \pm 4.7$ | $4.96 \pm 1.20$ |

Data are the mean of 4 animals per treatment $\pm$ standard deviation, except for the male clofibrate and female control groups, when $n = 3$.

**Table 2.** Marmoset hepatic $3000 \times g$ supernatant protein concentrations and cyanide-insensitive palmitoyl CoA oxidase activities

| Sex | Treatment | Dose (mg/kg/day) | Protein concentration (mg/g liver) | Palmitoyl CoA oxidase activity (nmoles/min/mg protein) |
|---|---|---|---|---|
| Male | Control | 0 | $112.3 \pm 18.2$ | $2.43 \pm 0.43$ |
| | DINP | 100 | $104.9 \pm 23.8$ | $2.77 \pm 0.41$ |
| | | 500 | $112.5 \pm 10.9$ | $2.65 \pm 0.23$ |
| | | 2500 | $113.0 \pm 11.7$ | $2.72 \pm 0.39$ |
| | Clofibrate | 500 | $124.9 \pm 26.0$ | $4.79** \pm 0.30$ |
| Female | Control | 0 | $99.8 \pm 12.6$ | $2.58 \pm 0.38$ |
| | DINP | 100 | $115.2 \pm 11.3$ | $3.26 \pm 0.51$ |
| | | 500 | $103.9 \pm 21.2$ | $2.85 \pm 0.50$ |
| | | 2500 | $119.1 \pm 19.0$ | $2.63 \pm 0.40$ |
| | Clofibrate | 500 | $116.5 \pm 14.1$ | $4.91** \pm 0.55$ |

Data are the mean of 4 animals per treatment $\pm$ standard deviation, except for the male clofibrate and female control groups, where $n = 3$. $**p < 0.01$, compared with vehicle control group.

ically significant (at the 5% level) effect of DINP on cyanide-insensitive palmitoyl CoA oxidase activity, assayed in $3000 \times g$ supernatant prepared from liver homogenate (Table 2). However, clofibrate administration led to an increase of approximately 100% in this activity in both male and female marmosets (p<0.01, for both sexes).

### 4. Cytochrome P450 concentration and lauric acid hydroxylase activities

Several male marmosets had P450 concentrations that were below the limit of quantification of the assay. These included one animal from each of the 0 (Control) and 2500 mg/kg/day DINP groups and two from each of the 100 and 500 mg/kg/day DINP groups. The values below the limit of quantification were taken as zero in the calculations of mean ± standard deviation (Table

3). As a consequence of the number of observations below the limit of quantification, statistical analysis was not performed on the male P450 data. No statistically significant or treatment-related changes in cytochrome P450 concentration were seen following administration of either DINP or clofibrate to either sex of marmoset.

Lauric acid hydroxylase activity was measured by quantifying the formation of the two major products, viz. 11-hydroxylauric acid ($\omega$-1-hydroxylation) and 12-hydroxylauric acid ($\omega$-hydroxylation). There was only limited evidence for an effect of DINP on the formation of either product. Lauric acid 11-hydroxylase activity was increased by 27% and 19% following treatment of male and female marmosets, respectively, at 2500 mg/kg/day. Similarly, lauric acid 12-hydroxylase activity was increased by 29% and 35%, respectively, for these groups. However, none of these changes were

Table 3.  Marmoset hepatic microsomal protein and cytochrome P450 concentrations and lauric acid 11- and 12-hydroxylase activities

| Sex | Treatment | Dose<br><br>mg/kg/day | Protein concentration<br><br>(mg/g liver) | Cytochrome P450 concentration<br>(nmoles /mg protein) | Lauric acid 11-hydroxylase activity<br>(nmoles/min /mg protein) | Lauric acid 12-hydroxylase activity<br>(nmoles/min /mg protein) |
|---|---|---|---|---|---|---|
| Male | Control | 0 | 11.4 ±6.6 | 0.126±0.108 | 0.403 ±0.279 | 0.093±0.084 |
| | DINP | 100 | 7.5 ±5.5 | 0.098±0.122 | 0.305 ±0.259 | 0.066±0.064 |
| | | 500 | 7.5 ±4.7 | 0.103±0.121 | 0.338 ±0.221 | 0.068±0.049 |
| | | 2500 | 10.9 ±5.9 | 0.160±0.108 | 0.512 ±0.242 | 0.120±0.066 |
| | Clofibrate | 500 | 17.9 ±5.8 | 0.268±0.095 | 0.862* ±0.175 | 0.118±0.016 |
| Female | Control | 0 | 13.9 ±2.5 | 0.223±0.017 | 0.854 ±0.053 | 0.170±0.008 |
| | DINP | 100 | 15.8 ±2.2 | 0.241±0.060 | 0.876 ±0.203 | 0.153±0.035 |
| | | 500 | 15.1 ±1.5 | 0.276±0.029 | 0.896 ±0.107 | 0.219±0.044 |
| | | 2500 | 13.9 ±2.3 | 0.256±0.022 | 1.020 ±0.123 | 0.230±0.064 |
| | Clofibrate | 500 | 23.5** ±4.7 | 0.301±0.082 | 0.815 ±0.225 | 0.143+0.042 |

Data are the mean of 4 animals per treatment ±standard deviation, except for the male clofibrate and female control groups, where n = 3. *p<0.05, **p<0.01, compared with the vehicle control group.

Table 4.  Overall group mean bodyweight gain (Weeks 0 to 13)

| Sex | | Dosage group (mg/kg/day) | | | |
|---|---|---|---|---|---|
| | | Control<br>0 | Clofibrate<br>500 | DINP<br>100 | DINP<br>500 | DINP<br>2500 |
| Males | Body weight gain (g) | 25 | 11 | 32 | 26 | 5 |
| | as % of vehicle control | — | 44 | 128 | 104 | 20 |
| Females | Body weight gain (g) | 35 | 10 | 37 | 30 | 16 |
| | as % of vehicle control | — | 29 | 106 | 86 | 46 |

242

statistically significant at the 5% level. Clofibrate treatment elicited an increase (of 114%) in male lauric acid 11-hydroxylase activity, which was significant (p<0.05), but effects on female 11-hydroxylase activity and 12-hydroxylase activities of both sexes were not.

## General toxicology

Clinical signs observed for males and females receiving DINP at 2500 mg/kg/day included ungroomed coat and slight or moderate reddening of the skin around the anus and back of the legs which became evident from Week 3 of treatment and persisted throughout the remainder of the study. The reddening was considered to be a superficial and localised reaction, possibly to the presence of the test substance in the faeces, whilst the ungroomed coat was considered to reflect the oily nature of the test substance. One male receiving the high dosage of DINP became underactive, and had a hunched posture during Week 13. It had been thin since Week 6 and had lost 13% of its bodyweight during the treatment period. Although this was the only animal with such findings it is considered that these may have been caused by treatment with DINP.

Salivation was regularly observed shortly after dosing for males and females receiving clofibrate. This sign became apparent immediately after dosing but was absent 1 to 2 hr later. During the first two weeks of treatment emesis was also occasionally observed for males and females receiving clofibrate but was rarely seen thereafter.

There were two deaths during Week 13 of treatment (one male receiving clofibrate and one Control female), but neither was related to treatment.

Suppression of body weight gain or body weight loss (see Table 4) was observed for the majority of animals receiving clofibrate (mean gains of 44% and 29% of the Controls for males and females, respectively). Body weight loss or body weight suppression was also observed for two males and one female receiving 2500 mg/kg/day DINP; the majority of animals were, however, apparently unaffected (mean gains of 20% and 46% of the Controls for males and females, respectively). Food consumption was unaffected by treatment with DINP or clofibrate.

There were no treatment-related ophthalmoscopic findings.

There were no treatment-related haematology changes for animals receiving DINP. Haematology investigations during week 13 of treatment revealed low packed cell volumes (p<0.05), haemoglobin concentrations (p<0.05) and erythrocyte counts (p<0.01)

for all females receiving clofibrate when compared with the controls. Slightly high mean cell volumes and platelet counts were also apparent for these animals. Similar changes were seen for the males although the inter-group differences were less marked than those for the females; only low erythrocyte counts and high mean cell volumes attained statistical significance (p<0.01 and p<0.05 respectively). Haematological changes during Week 6 of treatment were generally similar but less marked than those observed during Week 13 of treatment. Erythrocyte counts were low for animals receiving clofibrate when compared with the controls (p<0.05 and p<0.01 for males and females respectively). Slightly low packed cell volumes and haemoglobin concentrations were also apparent for these animals although the inter-group differences were minor and did not attain statistical significance. For the males, the inter-group difference was largely due to one animal.

There were no blood chemistry changes and no changes in testosterone or oestradiol concentrations that were clearly related to treatment with DINP or clofibrate.

The composition of the urine was unaffected by treatment with DINP. During week 12 of treatment, urinary sodium and chloride levels were slightly low for females receiving clofibrate when compared with the Controls and pretreatment values (p<0.05 for Chloride). Chloride levels were also slightly low for these animals during week 5 of treatment when compared with the controls. The urine of males was unaffected by treatment with clofibrate.

## Macroscopic findings and organ weight

There were no clear treatment-related organ-weight changes for males or females which received DINP. Slightly high absolute and bodyweight-relative kidney weights were evident for males and females which received clofibrate (approximate 30% increase). Absolute and bodyweight-relative salivary gland weights were also slightly high for females which received clofibrate (17% increase).

Thin build was apparent for one male and one female which received the high dosage of DINP; otherwise there were no treatment-related macroscopic findings for DINP or clofibrate.

## Histopathology

There were no microscopic findings related to treatment with either DINP or clofibrate.

## DISCUSSION

Several compounds, in particular certain phthalate ester plasticisers, such as DEHP, and hypolipidaemic drugs, such as clofibrate, have been shown to produce liver enlargement, hepatic peroxisome proliferation, the induction of CYP4A and peroxisomal fatty acid oxidising enzyme activities in rats and mice (Cohen and Grasso, 1981; Gibson, 1993; Huber et al., 1996). Following prolonged administration to rodents, these compounds produce liver tumours, apparently by a non-genotoxic mechanism (Gibson, 1993; Ashby et al., 1994). A number of non-rodent species, however, appear refractory to the effects of peroxisome proliferators. These include both humans and non-human primates (Ashby et al., 1994; Woodyatt et al., 1999). The administration of rodent peroxisome proliferators such as clofibrate, for 15 days (Orton et al., 1984), nafenopin, for 21 days (Lake et al., 1989), ciprofibrate for up to 3 years (Makowska et al., 1991; Graham et al., 1994), and clofibrate and DEHP, both for 13 weeks (Kurata et al., 1998), has been reported to produce little or no evidence of morphological changes in the liver or other organs of the marmoset. Small increases have been seen in palmitoyl CoA oxidase activity following treatment with nafenopin (< 200%) and ciprofibrate (up to approximately 350%), but not DEHP.

In the present study, clofibrate (500 mg/kg/day) administration to marmosets for 13 weeks resulted in statistically significant increases of approximately 100% in peroxisomal cyanide-insensitive palmitoyl CoA oxidase activity. These changes are similar to those reported by Kurata et al. (1998) but are much less than have been seen following clofibrate administration to rodents (Cohen and Grasso, 1981). There was no evidence for an effect of DINP on this activity following dosing at levels of up to 2500 mg/kg/day.

As well as inducing peroxisomal enzyme activities, the administration of clofibrate and other peroxisome proliferators to rats produces increases in the ω-12-hydroxylation of lauric acid (Parker and Orton, 1980). This activity is generally considered to be selectively catalysed by cytochrome P450 enzyme(s) of the 4A subfamily and the levels of these proteins are also increased in rats by peroxisome proliferators. It has been proposed that the increase in this activity and associated enzyme(s) forms an integral component of the mechanism of peroxisome proliferation (Gibson, 1993; Ashby et al., 1994). There is no evidence to date for statistically significant induction of marmoset lauric acid 12-hydroxylase activity or CYP4A by peroxisome

proliferators (Lake et al., 1989; Makowska et al., 1991; Kurata et al., 1998; results of the present study). Indeed, evidence for the presence of CYP4A protein in either treated or untreated marmoset liver remains ambiguous (Makowska et al., 1991; Igarashi et al., 1997). Interestingly, clofibrate induced lauric acid ω-1-(11-)hydroxylase activity, by >100% in male marmosets in the present study. A similar effect has been seen with nafenopin (Lake et al., 1989), but not with ciprofibrate (Makowska et al., 1991) or DINP (this study). This activity has been shown to serve as a marker for CYP2E1 in rat and human (Clarke et al., 1994). The enzyme protein has been detected in marmoset liver (Schulz et al., 1998).

In conclusion, oral administration of DINP to marmosets at dosages of up to 2500 mg/kg/day did not produce any evidence of significant toxicity. In particular, there was no indication that DINP acted as a peroxisome proliferator and there were no treatment-related histopathological changes. Minor changes were evident at 2500 mg/kg/day and the No-Observed-Effect Level (NOEL) was considered to be 500 mg/kg/day.

## REFERENCES

Armitage, P. (1971): Statistical Methods in Medical Research, p189, Blackwell Scientific Publications, Oxford, UK.

Ashby, J., Brady, A., Elcombe, C. R., Elliott, B. M., Ishmael, J., Odum, J., Tugwood, J. D., Kettle, S. and Purchase, I. F. H. (1994): Mechanistically-based human hazard assessment of peroxisome proliferator-induced hepatocarcinogenesis. Human Exptl. Toxicol., 13, (Suppl. 2), S1-S117.

Bartlett, M. S. (1937): Properties of sufficiency and statistical tests. Proceedings of the Royal Society. Series A, 160, 268-282.

Clarke, S. E., Baldwin, S. J., Bloomer, J. C., Ayrton, A. D., Sozio. R. S. and Chenery, R. J. (1994): Lauric acid as a model substrate for the simultaneous determination of cytochrome P450 2E1 and 4A in hepatic microsomes. Chem. Res. Toxicol., 7, 836-842.

Cochran, W. G. and Cox, G. M. (1957): Experimental designs. Second edition. New York, USA. Wiley.

Cohen, A. J. and Grasso, P. (1981): Review of the hepatic response to hypolipidaemic drugs in rodents and assessment of its toxicological significance to man. Fd. Cosmet. Toxicol., 19, 585-605.

Dunnett, C. W. (1955): A multiple comparison procedure for comparing several treatments with a con-

244

M. HALL *et al.*

trol. J. Amer. Statist. Assoc., **50**, 1096-1121.

Dunnett, C. W. (1964): New tables for multiple comparisons with a control. Biometrics, **20**, 482-491.

Fisher, R. A. (1973): Statistical Methods of Research Workers. Fourteenth edition, p.6. Hapner Publishing Company, New York, USA.

Gibson, G. G. (1993): Peroxisome proliferators: paradigms and prospects. Toxicol. Lett., **68**, 193-201.

Graham, M. J., Wilson, S. A., Winham, M. A., Spencer, A. J., Rees, J. A., Old, S. L. and Bonner, F. W. (1994): Lack of peroxisome proliferation in marmoset liver following treatment with ciprofibrate for 3 years. Fundam. Appl. Toxicol., **22**, 58-64.

Gray, T. J. B., Lake, B. G., Beamand, J. A., Foster, J. R. and Gangolli, S. A. (1983): Peroxisome proliferation in primary cultures of rat hepatocytes. Toxicol. Appl. Pharmacol., **67**, 15-25.

Huber, W. W., Grasl-Kraupp, B. and Schulte-Hermann, R. (1996): Hepatocarcinogenic potential of di(2-ethylhexyl)phthalate in rodents and its implications on human risk. Crit. Rev. Toxicol., **26**, 365-481.

Igarashi, T., Sakuma, T., Isogai, M., Nagata, R. and Kamataki, T. (1997): Marmoset liver cytochrome P450s: Study for expression and molecular cloning of their cDNAs. Arch. Biochem. Biophys., **339**, 85-91.

Kurata, Y., Kidachi, F., Yokoyama, M., Toyota, N., Tsuchitani, M. and Katoh, M. (1998): Subchronic toxicity of di(2-ethylhexyl)phthalate in common marmosets; lack of hepatic peroxisome proliferation, testicular atrophy, or pancreatic acinar cell hyperplasia. Toxicol. Sci., **42**, 49-56.

Lake, B. G., Evans, J. G., Gray, T. J. B., Körösi, S. A. and North, C. J. (1989): Comparative studies on nafenopin-induced hepatic peroxisome proliferation in the rat, Syrian hamster, guinea pig and marmoset. Toxicol. Appl. Pharmacol., **99**, 148-160.

Levene, H. (1960): Robust tests for quality of variances. In Contributions to Probability and Statistics (Olkin, I., Ghurye, S. G., Hoeffding, W., Madow, W. G. and Mann, H. B., eds.). pp 278-292, Stanford University Press, Stanford.

Lowry, O. H., Rosebrough, N. J., Farr, A. L. and Randall, R. J. (1951): Protein measurement with the Folin phenol reagent. J. Biol. Chem., **193**, 265-275.

Makowska, J. M., Bonner, F. W. and Gibson, G. G. (1991): Comparative induction of cytochrome P450IVA1 and peroxisome proliferation by ciprofibrate in the rat and marmoset. Arch. Toxicol., **65**, 106-113.

Orton, T. C., Adam, H. K., Bentley, M., Holloway, B. and Tucker, M. J. (1984): Clobuzarit: Species differences in the morphological and biochemical response of the liver following chronic administration. Toxicol. Appl. Pharmacol., **73**, 138-151.

Parker, G. L. and Orton, T. C. (1980): Induction by oxyisobutyrates of hepatic and kidney microsomal cytochrome P-450 with specificity towards hydroxylation of fatty acids. In Biochemistry, Biophysics and Regulation of Cytochrome P-450 (Gustafsson, J.-Å., Carlstedt-Duke, J., Mode, A. and Rafter, J., eds.). pp 373-377, Elsevier/North-Holland Biomedical Press, Amsterdam.

Rutten, A. A. J. J. L., Falke, H. E., Catsburg, J. F., Topp, R., Blaauboer, B. J., Van Holsteijn, I., Doorn, L. and Van Leeuwen, F. X. R. (1987): Interlaboratory comparison of total cytochrome P-450 and protein determinations in rat liver microsomes. Arch. Toxicol., **61**, 27-33.

Schulz, T. G., Thiel, R., Davies, D. S. and Edwards, R. J. (1998): Identification of CYP2E1 in marmoset monkey. Biochim. Biophys. Acta, **1382**, 287-294.

Snedecor, G.W. and Cochran, W.G. (1989): Statistical Methods. Eighth edition. Iowa State University Press, USA.

Williams, D. A. (1971): A test for differences between treatment means when several dose levels are compared with a zero dose control. Biometrics, **27**, 103-117.

Williams, D. A. (1972): The comparison of several dose levels with a zero dose control. Biometrics, **28**, 519-531.

Woodyat, N. J., Lambe, K. G., Myers, K. A., Tugwood, J. D. and Roberts, R. A. (1999): The peroxisome proliferator (PP) response element upstream of the human acyl CoA oxidase gene is inactive among a sample human population: Significance for species differences in response to PPs. Carcinogenesis, **20**, 369-372.

# ATTACHMENT 3
TO PLAINTIFF'S SUPPLEMENTAL
RULE 56(f) DECLARATION
(Civ. No. 02-0557 (RWR))

# ATTACHMENT 3a
## TO PLAINTIFF'S SUPPLEMENTAL
### RULE 56(f) DECLARATION
#### (Civ. No. 02-0557 (RWR))

STUDY NUMBER ▓▓▓▓

VIABILITY RECORD

TIME: 1045

## OTHER OBSERVATIONS

animal loose in room, caught, ID
verified, returned to cage.
Animal ___ small abrasion
above
R eye - dried red exudate present

GOVERNMENT
EXHIBIT
4
Page 33 of 102
APHIS FORM 7076 (MAR 88)

Animals not listed on this page were observed and found to be within normal limits.  For explanations of the abbreviations on this form, see the key to abbreviations.
- Record time if other than during the observation interval.

Recorded By: ▓▓▓▓   Date: 29 Mar 97

Reviewed By: ▓▓▓▓   Date: 29 MAR 97

LSP1684

VIABILITY RECORD

TIME: 0633

## OTHER OBSERVATIONS

animal found loose, animal captured
wound on tail present. In middle
of tail skin is torn and puncture
marks present. Animal given 0.2 ml s
of reject 100 mg/ml lot # 6090586
expiration date 9/98. Animals tail rinsed w/
cold water to help stop bleeding. Veterinarian
notified by phone. As per Veterinarian
0.5 ml of Baytril given IM lot # 267080
expiration date Apr. 97. Animal tail held off
off w/ gauze for 2 minutes and then
animal returned to its cage.

- Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
- Record time if other than during the observation interval.

Recorded By: _____ Date: 23 Feb 97

Recorded By: _____ Date: 23 Feb 97

GOVERNMENT EXHIBIT 2

Page 87 of 102

APHIS FORM 7070 0AAA 06)

LSR1678

**VIABILITY RECORD**

**TIME: 0730**

| ANIMAL NO | FOOD CONSUMED | ACTIVITY | STOOL | NO STOOL | VAR | ATTITUDE | SALIVATION | VOCALIZATION | CONVULSION | TREMORS/SEIZURE | TOOTH | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6897F | | | | | | | | | | | | left arm stuck in bottom of cage and swollen .27 ml @ Rt inject administered and animal freed. Cut on inside of left arm with red exudate present |
| 6911F | | | | | | | | | | | | left arm stuck in bottom of cage. .24 ml @ Rt inject administered and animal freed |
| 6903F | | | | | | | | | | | | loose in room, caught, ID verified returned to cage w/Rt. |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

- Record time if other than during the observation interval.

Recorded By: _____  Date: 9Feb97

Reviewed By: _____  Date: 9Feb97

(1) lot # 60256

exp 9/98

6w9Fcb97

GOVERNMENT EXHIBIT
2
Page 85 of 101
AFMES FORM 7070 MAR 88

LSR1676

VIABILITY RECORD

TIME: 1215

Column headers (rotated):
- RESTRAINT PA
- LOG DEAD
- ALIVE PREV
- LOOSE
- LOOSE IN
- DEAD
- ALIVE
- NOT AVAILABLE
- MORTALITY
- VALID COUNT
- TOTAL POOL

OTHER OBSERVATIONS

Animal is healthy, obviously non-small
site on (2) middle finger. Veterinary
assistance sought. See Vet report
for further information.

10-4-06

**OTHER OBSERVATIONS**

GOVERNMENT
EXHIBIT
2-B

Page 5 of 35

APHIS FORM 7070 (MAR 98)

Those not listed on this page were observed and found to be within normal limits. Record time if other than during the observation interval.

For explanations of the abbreviations on this form, see the key to abbreviations.

rded By: _____ Date: 6/19/96 ☺

cord By: _____ Date: Thurs 96 ☺

UOT NUMBER: _____

VIABILITY RECORD

TIME: 1045

OTHER OBSERVATIONS

Right Arm Swollen & Stuck in bottom of cage
Monkey cut out with Bolt cutter & transferred to another cage.

- Record time if other than during the observation interval.
Imls not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

corded By: _____ Date: _____
viewed By: _____ Date: 31 July 96

LSR1651

GOVERNMENT EXHIBIT 2
Page 60 of 102
APHIS FORM 7076 (MAR 85)

VIABILITY RECORD

TIME: 1322

| ANIMAL NUMBER | LOCATION OF GROUP | VIABILITY | STOOL | STOOL OH | VOM | ACTIVITY | CONVULSIONS E | SALIVATION A | RESPIRATION ER | HUNCHED APP | OTHER GROOMING | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3866m | | | | | | | | | | | | |
| 3853m | | | ∨ | | | | | | | | | |
| 3903E | | | ∨ | | | | | | | | | Animals right arm caught in cage. Applied bilateral oil to arm and cut out where caught |
| 3852m | | | | | | | | | | | | |

JT NUMBER:

mals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
Record time if other than during the observation interval.

orded by: _____  Date: _____

iewed by: _____  Date: _____

.GOVERNMENT
EXHIBIT
2

Page 61 of 102

VIABILITY RECORD

TIME: ____ 1136

| ANIMAL NO | FOOD CONSUMED | ACTIVITY | STOOL | STOOL NO | GAIT | INJURY | CONVULSIVE SENSORY | ACTIVITY | RESPIRATION | URINE DISCHARGE | FLUID LOSS | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W2470 | | | | | | | | | | | | RIGHT FLANK CHUNK LIN BOTTOM OF CAGE, SOME SWELLING / ANIMAL RELEASED & OTHER SITES OR RC WNL |

OTHER OBSERVATIONS

Is not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

...record time if other than during the observation interval.

led By: _____   Date: 6 AUG 96 (2c)

ed By: _____   Date: 6 AUG 96 (2c)

_____   Date: 6 Aug 96 (2c)

_____   6 Aug 96 (2c)

GOVERNMENT
EXHIBIT
2
Page 65 of 101
APHIS FORM 7075 0 MAR 95

LSR1654

| ANIMAL ID NO | FOOD CONSUMED | WATER/FLUIDS | STOOL | STOOL NO | PAIN | RESPIRATION | ACTIVITY | INTEGUMENT | EYES | MUCOUS MEMBRANE | BODY | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6916F | | | | | | | | | | | | |
| 6905F | | | | | | | | | | | | |
| 6841M | W | | | | ✓ | | | | | | | |
| 6900F | ⊍ | | | | | | | | | | | |

Other observations:
Animal/worm brought on bottom of cage
administered .28 ml ketamine only
chaudain lot #16120158 exp. 12-98 re⊃
right arm moderately swollen

9 Jun 97

Recorded By: _____ Date: 9 Jun 97
Reviewed By: _____ Date: 9 Jun 97

Animals not listed on this page were observed and found to be within normal limits.
• Record time if other than during the observation interval. For explanations of the abbreviations on this form, see the key to abbreviations.

TIME: 0775

GOVERNMENT
EXHIBIT
2
Page 63 of 102
APHIS FORM 7076 (MAR 95)

STUDY NUMBER: ▓▓▓▓

VIABILITY RECORD

TIME: 1346

| STUDY ANIMAL NO | BLOOD DRAWN | ACTIVITY | STOOL | STOOL ON HR | VOMIT | ATTACK | EMOTIONAL ILLNESS E | SALIVATION | EMOTIONAL DISTRESS R | EYE DISCHARGE | DEATH TO DEATH L | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6907 | | | | | | | | | | | | 3rd digit right hand moderately swollen |
| 6867m | | | | | | | | | | | | right arm shot in mye. arm appears slightly swollen below elbow |
| 6862m | | | | | | | | | | | | ▓▓▓▓▓▓▓ |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

GOVERNMENT EXHIBIT 2

Page 62 of 102

APHIS FORM 7070 (MAR 98)

- Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
- Record time if other than during the observation interval.

Recorded By: ▓▓▓  Date: _____

Reviewed By: ▓▓▓  Date: 20 Sep 96

NUMBER:

VIABILITY RECORD

TIME: 0735

| NUMBER | FORCED MOVED | ACTIVITY | SLEEP | CROUCH NO | DEAD | TWITCH | MONITORS M | ACTIVITY | MONITORS M | VERY DEATH | LOC LOC P | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 817m | | | W | | | | | | | | | animals left arm shut in bars of cage, arm released, appears ww. |
| 885am | | | U | | | | | | | | | |
| 859F= | | | U | / | | | | | | | | |
| 844m | | | U | | | | | | | | | |

GOVERNMENT
EXHIBIT
2
Page 67 of 102
APMIS FORM 7070 MAR 98

als not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

Record the time if other than during the observation interval.

rded By:                     Date: 8 Dec 98
exed By:                     Date: 8 Dec 98

STUDY NUMBER: _____

VIABILITY RECORD

TIME: _0730_

| ANIMAL NUMBER | FOOD DECREASED | ACTIVITY | STOOL | NO STOOL | URINE | HYDRATION | CONVULSIVE S | SALIVATION | RESPIRATION | VOMITUS | FOOD OUT | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6897F | | | | | | | | | | | | left arm stuck in bottom of cage and swollen .27 ml @ Ketaset administered and animal freed, cut on inside of left arm with red exudate present |
| 6911F | | | | | | | | | | | | left arm stuck in bottom of cage, .24 ml(0) If ke inject administered and animal freed |
| 6903F | | | | | | | | | | | | loss in room, caught and animal freed is turned to cage intact |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
• - Record the II other than during the observation interval.

Recorded By: _____ Date: _9Feb97_ ⊘

Reviewed By: _____ Date: _9Feb97_ ⊘

key to abbreviations:
(_) = lot # 6589b
exp 9/98

GOVERNMENT
EXHIBIT
2
Page 68 of 102
APHIS FORM 7078 (MAR 98)

CODE#: ___   NUMBER: RNA : ___

VIABILITY RECORD

TIME: /3:38

| | F O C U S E D / W E L L | A T T E N T I V E | L O O S E | L O O S E   O N | W A R | I T C H Y | N O N - V I A B L E / W E L L   E | A T T E N T I V E | N O N - V I A B L E / W E L L   E | T Y P   O F   W H I N E   T Y P E | • | O F   P O O L | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16F | | | | | | | | | | | | | |
| 17F | | | u | | | | | | | | | | |
| 2½F | | | | | ✓ | | | | | | | | |
| | | | | | ✓ | | | | ℞ | | | | Nad stuck in throat, then, animal appears "won't" |
| | | | | | | | | | | | | |

als not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
Record time if other than during the observation interval.

rded By: ___   Date: 2 May 91
leved By: ___   Date: 2 May 91

GOVERNMENT EXHIBIT
7
Page 69 of 102
AF-HQ FORM 7079 (MAR 89)

**VIABILITY RECORD**

LOG NUMBER: ▮

TIME: 1035

| ANIMAL ID NO | HOUSING GROUP | ACTIVITY LEVEL | STOOL | STOOL ON | PAW | ITCHY | WEIGHT LOSS(M) | ACTIVITY | NORMAL WEIGHT(M) | OTHER ADDITIVE | DEAD POOR | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M 1778 | | | | | | | | | | | | |
| M 1990 | | | U | | | | | | | | | 3rd <br> clogd on right hind limb(?) <br> found large caught and clocked <br> and not back in cage (w.n.) |
| M 1986 | | | | | | | | | | | | |

Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

* Record time if other than during the observation interval.

Recorded By: ▮  Date: 25 Sep 96  ▮

Recorded By: ▮  Date: 25 Sep 96  ▮

Reviewed By: ▮  Date: 25 Sep 96  ▮

GOVERNMENT
EXHIBIT
2
Page 74 of 102
APHIS FORM 7070 (MAR 98)

# ATTACHMENT 3b
TO PLAINTIFF'S SUPPLEMENTAL
RULE 56(f) DECLARATION
(Civ. No. 02-0557 (RWR))

ANY CODE/STUDY NUMBER

VIABILITY RECORD

TIME: 1510

OTHER OBSERVATIONS

s not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

cord time if other than during the observation interval.

ed By:

Date: 2/14/01

Date: 2/14/01

GOVERNMENT EXHIBIT
11
Page 15 of 109
AFHQ FORM 7070 (MAR 98)

LSR2313

VIABILITY RECORD

TIME: 1717

| ANIMAL NO | FECES COLOR | ACTIVITY | STOOL | STOOL NO | VAR | ATROPHY | INTEGUMENT E | MATURITY | INTEGUMENT MUSC | ALL EMERGED | L G POOR | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 71512A | | | | | | | | | | | | |
| 71414M | | | | | | | | | | | | |
| 7111 M | | | | | | | | | | | | |
| 767834 M | | | | | | Fred | | | | | | |
| 716834 | | | | | ✓ | | | | | | | |
| 76521C | | | | | ✓ | | | | | | | |
| 7111 C | | | | | | | | | | | | |
| 71511A/715M | | | | | | ⑳ | 6 JUN 97 | | | | | |
| 715M | | | | | H | | | | | | | |

Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
** Record time if other than during the observation interval.

Recorded By: _____ Date: 22 Feb 97 ㉒

Reviewed By: _____ Date: 22 MAR 97 ㉒

GOVERNMENT EXHIBIT
11
Page 16 of 109
APHIS FORM 7070 (MAR 88)

LSR2314

FACILITY RECORD

| A N I M A L   N O | F O O D   W A T E R | A V A I L A B I L I T Y | S T O O L | N O   S T O O L | W A T E R   A D | A C T I V I T Y | O B S E R V A T I O N S   E | A C T I V I T Y | R E S P I R A T I O N | U R I N E   A L L | P O O R   O F * | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7163 M | | | | | | | | | | | | |
| 7161 M | | | | | | | | | | | | |
| 7160 M | | | | | | | | | | | | |
| 7158 M | | | | | | | | | | | | |
| 7157 M | | | | | | | | | | | | |
| 7155 F | | | | | | | | | | | | |
| 7143 H | | | | | | | | | | | | |
| 7142 M | | | | | | | | | | | | |

5 JUN 97

Animals not listed on this page were observed and found to be within normal limits. For explanation of the abbreviations on this form, see the key to abbreviations.

* Record time if other than during the observation interval.

Recorded By: _____   Date: 24 MAR 97

Reviewed By: _____   Date: 24 MAR 97

GOVERNMENT EXHIBIT 11
Page 18 of 109
AFHS FORM 7070 (MAR 88)

LSR2316

ANY CODE/STUDY NUMBER

VIABILITY RECORD

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

OTHER OBSERVATIONS

Date: 25 MAR 97 ②

Date: 25 MAR 97 ②

listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
not other than during the observation interval.

LIVING

TIME: 1500

GOVERNMENT
EXHIBIT
11

Page 19 of 109

APHIS FORM 7070 MAR 95

LSR2317

COMPANY CODE/STUDY NUMBER

VIABILITY RECORD

OTHER OBSERVATIONS

LSR2332

TIME: 1445

Recorded By: _____ Date: 2 April 97

Reviewed By: _____ Date: 2 April 97

Animals not listed on this page were observed and found to be within normal limits. Record time if other than during the observation interval. For explanations of the abbreviations on this form, see the key to abbreviations.

GOVERNMENT
EXHIBIT
11
Page 34 of 109
APHIS FORM 7076 (MAR 98)

COMPANY CODE/STUDY NUMBER: ▮▮▮▮

TIME: 0700

VIABILITY RECORD

LSR2333

Animal numbers (left column):
7005F
7160m
7071F
7142m
7143m
7143m
7148m

Animals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.
* Record time the 1st ▮▮▮▮ during the observation interval.

Recorded By: ▮▮▮▮   Date: 3 Apr 97
Reviewed By: ▮▮▮▮   Date: 3 Apr 97

OTHER OBSERVATIONS

GOVERNMENT EXHIBIT
11
Page 35 of 109
APHIS FORM 7070 (MAR 98)

VIABILITY RECORD

OTHER OBSERVATIONS

LSR2334

TIME:

GOVERNMENT
EXHIBIT
11
Page 36 of 109
AFMIS FORM 7079 MAR 98

Date: 3/4/97
Date: 4 Apr 97

COMPANY CODE/STUDY NUMBER:

VIABILITY RECORD

| A N I M A L N O | L O D G E D O O R | V I A B I L I T Y | L O G G S | L O G G S N O | O R A | A C T I V I T Y | E M A C I A T I O N | A C T I V I T Y | N O R M A L P O S T U R E | A B L E T O R I G H T | D L O O D | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7075F | | | | | ✓ | | | | | | | |
| 07160M | | | | | | | | | | | | |
| 07148M | | | | | | | | | | | | |
| 7082F | | | | | | H | | | | | | |

4 JUN 97

LSR2335

TIME: 0700

GOVERNMENT
EXHIBIT
11
Page 37 of 109

Record time if other than during the observation interval.

is not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations.

corded By:                    Date: 4 Apr 97
viewed By:                    Date: 4 Apr 97

COMPANY CODE/STUDY NUMBER:

VIABILITY RECORD

TIME: 0730

OTHER OBSERVATIONS

als not listed on this page were observed and found to be within normal limits. Record time if other than during the observation interval. For explanations of the abbreviations on this form, see the key to abbreviations.

orded By:

lexed By:

Date: 6 Apr 97

Date: 6 Apr 97

GOVERNMENT EXHIBIT
11
Page 41 of 109
APHIS FORM 7070 (MAR 95)

LSR2339

DDC/STUDY NUMBER

VIABILITY RECORD

TIME: 1205

Column headers (rotated):
LOOSE DRIED CAKED | ATELECTASIS | CYSTS | CYSTS ON | EDEMA | ATROPHY | CONGESTIVE HF VS S | ATELECTASIS | CONGESTIVE EDEMA | CONGESTED VSV | FOOD LT

OTHER OBSERVATIONS

By: _____ Date: 6 Apr 97
By: _____ Date: 6 Apr 97

listed on this page were observed and found to be within normal limits.
d time if other than during the observation interval. For explanations of the abbreviations on this form, see the key to abbreviations.

GOVERNMENT
EXHIBIT
11
Page 42 of 109
APHIS FORM 7070 (MAR 98)

LSR2340

CODE/STUDY NUMBER:

VIABILITY RECORD

TIME: 0730

| CODE/STUDY NUMBER | SEXED WEIGHT | ACTIVITY | BLOOD | FECES ON | EYE | SKIN | RESPIRATORY RATE | ACTIVITY | NEUROLOGICAL | MUCOUS MEM | FOOD | OTHER OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7GAM | | | | | | | | | | | | |
| 7263A | | | | | | | | | | | | |
| 7263F | | | | | | | | | | | | |
| 7G2M | | | | | | | | | | | | |
| 7G4M | | | | | | | | | | | | |
| 7GB8F | | | | | | | | | | | | |
| 7G7M | | | | | | | | | | | | |
| 7G17F | | | | | | | | | | | | |
| 7G2AM | | | | | | | | | | | | |

GOVERNMENT
EXHIBIT
11

Page 43 of 109

APHIS FORM 7070 (MAR 95)

Recorded By: _____ Date: 7 Apr 97

Reviewed By: _____ Date: 7 Apr 97

nals not listed on this page were observed and found to be within normal limits. For explanations of the abbreviations on this form, see the key to abbreviations. Record time if other than during the observation interval.

LSR2341