# Plaintiff's Exhibit FF
(Civ. No. 02-0557 (RWR))

# MEMO

AUG 27 1997
BY:

**To:** Elizabeth Goldentyer
**From:** Mary E. Geib
**Subject:** Huntingdon Life Sciences
**Date:** August 22, 1997

Enclosed is information obtained during the records review at Huntingdon Life Sciences that may be of interest to the FDA and/or EPA. The studies were to be conducted in compliance with Good Laboratory Practice Regulations.

▇▇▇▇▇▇. Facility documents question the validity of the study data and give contradictory conclusions regarding the ▇▇▇▇▇▇ effects of the test material.



▇▇▇▇▇▇ Study was terminated by the sponsor before the surgical procedure to fracture the foreleg of the dogs was conducted. However, dogs were accepted for the study that should have been considered unsuitable for study and were dosed with the test material. The dogs were found by the veterinarian to have foot problems, have a fearful disposition, and not to be in the weight range specified in the study protocol.

The above three studies are examples of what was observed when reviewing the study records provided by Huntingdon Life Sciences. These documents raised concerns regarding the quality and reliability of the test results from this facility.

*Mary*

LSR0001