# Plaintiff's Exhibit GG
## (Civ. No. 02-0557 (RWR))

United States
Department of
Agriculture

Animal and
Plant Health
Inspection
Service

Animal Care

2568-A Riva Road
Suite 302
Annapolis, MD 21401-7400

**RECEIVED**

MAY 27 1997

INVESTIGATIVE &
ENFORCEMENT SERVICES

May 27, 1997

SUBJECT: PRIORITY CASE REQUEST
Huntingdon Life Sciences
Registration No. 22-R-0040

TO: W. Ron DeHaven
Acting Deputy Administrator
Animal Care

Huntingdon Life Sciences, in East Millstone, NJ is under investigation by IES related to a complaint filed by PETA. The complaint contains allegations of animal abuse, failure to provide veterinary care, unnecessary duplication of research and falsification of records.

We recommend that this case be considered high priority because;
  this research facility uses dogs and nonhuman primates in invasive research,
  the complaint alleges animal suffering and death,
  and we anticipate media and animal protection group interest in this case.

Thank you for your consideration of this request.

Elizabeth Goldentyer, D.V.M.
Eastern Regional Director
Animal Care

Case went to
Ron Carter
052797
Hand Delivered!

cc:
J. Kinsella, IES, Eastern Region
M. Geib, AC-VMO, PA
Facility File (22-R-0040)



APHIS - Protecting American Agriculture           An Equal Opportunity Employer