# Plaintiff's Exhibit HH
## (Civ. No. 02-0557 (RWR))

# INFORMATIONAL MEMORANDUM FOR THE ASSISTANT SECRETARY

**FROM:**       W. Ron DeHaven
                Acting Deputy Administrator
                Animal Care

**THROUGH:**    Terry L. Medley
                Administrator

**SUBJECT:**    Huntingdon Life Sciences, Inc. (HLS)

## ISSUE:

To determine the terms of a consent agreement with HLS, a USDA registered private contract laboratory that does product testing, mainly for pharmaceuticals and household products.

## DISCUSSION:

A comprehensive investigation of HLS was initiated in May 1997 in response to a complaint received from the People for the Ethical Treatment of Animals (PETA). The complaint included videotapes, photographs, and documents acquired by an undercover PETA member who obtained a position as an animal caretaker at HLS. On March 30, 1998, APHIS issued a complaint against HLS alleging several violations, most notably allegations of inadequate internal oversight of animal use at HLS by their Institutional Animal Care and Use Committee (IACUC). The complaint also includes several allegations of inadequate veterinary care and maintaining proper enclosures for their animals.

HLS would like a prompt resolution to the complaint, presumably to minimize the negative public relations impact. A proposed settlement offer would include:

A. $10,000 civil penalty paid to the US Treasury.

B. $20,000 to construct facilities that will allow individually housed primates to be placed into paired or group housing. Such housing would be subject to prior approval by APHIS.

C. $20,000 to a nonprofit organization that promotes the development and use of alternatives to animals in research and testing. One such organization is the Johns Hopkins Center for Alternatives to Animal Testing. This nonprofit organization was created to promote the development and dissemination of information regarding scientifically acceptable "in vitro" and other alternatives to the use of animals in the development and safety evaluation of commercial and therapeutic products.

Case 1:02-cv-00557-RWR   Document 28-4   Filed 05/02/03   Page 3 of 3

MAR-20-2003

D. A requirement to hire an outside laboratory animal consultant with expertise in the area of IACUC functions and responsibilities. This consultant would be subject to approval by APHIS and would conduct a review of the animal care and use program at HLS. Written findings would be presented to HLS with a copy to APHIS. A followup visit by the consultant would be necessary to ensure correction of any deficient areas.

## SUMMARY:

HLS has indicated their desire for a resolution that includes provisions such as B and/or C above, although specific dollar amounts have not been discussed.

USDA:APHIS:WRDeHaven:wrd:cy·4/3/98:inf-hls.98

TOTAL P.05