MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
January 22, 1997

A meeting of the IACUC was held on Wednesday, January 22, 1997 in the Atrium Conference Room. The meeting was preceded by the semi-annual facility inspection.

I. MEMBERS PRESENT: (b)(4), (b)(6)

MEMBERS ABSENT: All Present

OTHERS PRESENT: None

II. AGENDA ITEMS:

A. The minutes from the November 25, 1996 meeting were approved and accepted.

B. Review of facility inspection

C. Semi-annual Review of the Animal Care and Use Program

1. Training

2. SOPs

All redactions on this page are pursuant to (b)(4).

GOVERNMENT EXHIBIT 16

Page 1 of 66

Plaintiff's Exhibit KK

LSR0245

January 22, 1997 Minutes

3. Hazardous Agents

(b)(6)

4. Occupational Health and Safety (OHS)

5. Pest Control Program

6. Adequate Laboratory Staffing

7. Adequate Veterinary Care

All redactions on this page are pursuant to (b)(4).



January 22, 1997 Minutes

D. Protocols

(b)(6)

E. Process for Notifying IACUC of upcoming work/authorized studies

F. Literature Searches

(b)(6)

G. OLD Business

H. Incomplete Business

(b)(6)

All redactions on this page are pursuant to (b)(4).

GOVERNMENT EXHIBIT 16

Page 3 of 66

APHIS FORM 7073 (MAR 95)

January 22, 1997 Minutes

I. New Business

(b)(6)

All redactions on this page are pursuant to (b)(4).

III. Signatures

(b)(6)

21-MAR-97

Date

10 Mar 97

Date

GOVERNMENT EXHIBIT 16

Page 4 of 66

APHIS FORM 7070 (MAR 99)

RESPONSE TO IACUC FINDINGS - JANUARY 1997

| ROOM | ACTION TAKEN |
|---|---|
| (b)(4) | REMOVED FOR SANITIZATION. |
| | |
| | |
| | |
| | SALINE BAG DATED. RACKS SWEPT. CART REMOVED. |
| | FEEDERS COVERED. |
| | SINK WAS CLEANED AT RECEIPT OF AUDIT (CLEANED AGAIN ANYWAY). |
| | |
| | SCALE CLEANED. |
| | CONTAINERS REMOVED FOR LABELLING. CARTS CLEANED. |
| | |
| | DUSTED. |
| | FILTER HOUSING CLEANED. |
| | |
| | ANIMALS IN ROOM. FLOOR TO BE CLEANED WHEN ROOM IS EMPTIED. |
| | REQUEST TO CLEAN LIGHT COVERS SUBMITTED TO CLEANING SERVICES. |
| | |
| | |
| | |
| | RELABELLED |
| | EXTRA WATER HOSES REMOVED FROM ROOM |
| | EXTRA WATER HOSES REMOVED FROM ROOM |
| | SCALE REMOVED FROM ROOM |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | EXTRA WATER HOSES REMOVED FROM ROOM |
| | |
| | |
| | |
| | EXTRA WATER HOSES REMOVED FROM ROOM |

GOVERNMENT EXHIBIT 15

Page 7 of 66

APHIS FORM 7070 (MAR 9

GOVERNMENT EXHIBIT 16
Page 8 of 66
APHIS FORM 7070 (MAR 89)

January 1997
Facility Inspection
January 21-28

| Room # | Animals y/n | No Problems (NP) | Light Covers(LC) Clean/repair/Replace | Caulk Pipes, sprinkler head | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | |
| V1 | | | | | | | | | | | |
| | | | Clean LC | | | Doesn't shut properly | | | | | |
| | | | Clean LC | | | Doesn't shut properly | | Chipping | | | |
| | | | | | | | | Chipping | | | |
| | | | | | Paint peeling | | | Paint | | | |
| | | | | | Vent open, plant maintenance repairing? | | | Chipping | | | |
| | | Leaking Sink | Clean LC | | | | | Paint | | | |
| | | | | | | | | | | | |
| | | | | | Noise coming from ventilation system | | | Chipping | | | |
| | | | | | | | | Chipping | | | |
| | | | | | Paint peeling | | | | | | |
| | | | | | | | | Chipping | | | |
| | | | | | | Doesn't shut properly | | Chipping | | | |
| | | | | | | Doesn't shut properly | | | | | |
| | | | | | Paint peeling | | | | | | |
| | | | | | | | | | | | |
| | | | Light out | | Paint peeling | | | | | loose | |
| | | | | | | | | | | | |
| | | | Clean LC | | | | | Chipping | | | |
| | | | Clean LC | | | | | Chipping | | | |
| | | | | | | Doesn't shut properly | | | | | |

2/4/97INSPCT1 XLS

LSR0252

Case 1:02-cv-00557-RWR Document 42-5 Filed 10/28/05 Page 7 of 54

LSR0253

GOVERNMENT EXHIBIT 15
Page 9 of 66
APHIS FORM 7070

January 1997
Facility Inspection
January 21-28

| Room # | Animals | No Problems (NP) | Light Covers(LC) Clean/repair/Replace | Caulk Pipes, sprinkler head | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | |
| | | | Clean LC | | | | | Chipping | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | Paint peeling | | | | | | |
| | | | | | | | | | | | |
| | | Container of corrosive | | | Water leak near garage door LA side | | | | | | |
| | | | | | Water leak near garage door LA side | | | Repaint wall | Repair/replace drain covers and | | |

General 1. Thermostats need to be cleaned and recaulked 2. Floor-wall interfaces need to be recaulked 3. Doors and door jams are chipped

4. Old water lines and filters are still present in several rooms 5. Computer cart cages need to be cleaned 6. Crack in floor in hallway near's men's locker room

GOVERNMENT EXHIBIT 16
Page 10 of 66

January 1997
Facility Inspection
January 21-28

| Room # | Animals | No Problems (NP) | Light Covers(LC) Clean/repair/Replace | Caulk Pipes, sprinkler head | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | |
| | | | clean light covers(internal) | | | | | | Needs power scrub | | |
| | | | clean light covers(internal) | sink leaks | | | | | Power Scrub | Replace missing | open wires/ hanging |
| | | | clean light covers(internal) | | | | | | Needs power scrub | | broken hose faucet |
| | | | replace lights out/clean light | | | | change filter | | Needs power scrub | | broken hose faucet |
| | | | clean light covers(internal) | | | | | | Needs power scrub | | broken hose faucet |
| | | | clean light covers(internal) | caulk sprinkler | | | change filter | walls peeling | Resurface | replace broken cover | rusty sink |
| | | | clean light covers(internal) | holes in wall | | | | | Needs power scrub | | |
| | | | | ceiling/sprinkler head | cracks in ceiling | | | | Needs power scrub | | repair cut off water pipes |
| | | | Replace rusty sinks in Lrooms | | Exit door to wing needs to be sealed | | | | | | Remove trash in |
| | | | | | | | | | | | |
| | | | | leaky water line | repair cracks | | | | | Replace broken port | replace pest station |
| | | | | | | | | | | replace broken cover | dead flies in light cover |
| | | | | leaky water lines | clean;close panel | does not close flush | | | | | |
| | | | one cracked | | clean; | does not close flush | | | | | |
| | | | | | chipped panint | broken door guard | | | resurface | broken | |
| | | | clean light covers(internal) | | chipped paint | molding cracked | dirty | | cracked-repair | broken/missing | |
| | | | clean light covers(internal) | | panel warped;water leaks | | change | | | | exposed wires on |
| | | | | | dirty/rust | does not close flush | | | | | flush system leaking |
| | | | | sink leaks | | | water filter rusted | filter covers peeling | | | |
| | | | clean light covers(internal) | sink faucet leaks | paint peeling/dirty | | | | | | drain cover missing |
| | | | clean light covers(internal) | pipe paint chipped | chipped paint;rust on ceiling panel | paint chipped | | | | | replace drain cover |

January 1997
Facility Inspection
January 21-28

| Room # | Animals y/n | No Problems | Light Covers(LC) Clean/repair/Replace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | (NP) | | sprinkler head | | | | | | | |
| | | | | hose faucet broken | | | water filter rusty | | cracked- repair/replace | cover broken | broken hose faucet |
| | | | clean light covers(internal) | | sprinkler head loose | | | | | | |
| | | NP | | | | | | | | | holes in wall |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | NP | | | | | | | | | |
| | | NP | | | | | | | | | |
| | | | Clean covers(internal) | | | | | | | | |
| | | | Clean covers(internal) | | | | | | | replace missing | rusty sink/hose |
| | | | Clean covers(internal) | | | | | | | | |
| | | | Clean covers(internal) | | | paint peeling | replace dirty/broken | | | | hose clamps rusty |
| | | | Clean covers(internal) | | | | | | need resurfacing | | |
| | | | Clean covers(internal) | cracks around light fixture | | | | walls | | loose | holes in wall above sink |
| | | NP | | | | | | | | | |
| | | | Clean covers(internal) | | | | | | need resurfacing | | rusty sink/hose |
| | | | Clean covers(internal) | | | | | | | | |
| | | | Clean covers(internal) | | | | | | | | |
| | | | Clean covers(internal) | | | | | | | | |
| | | | Clean covers(internal) | | | | | | | | |
| | | | Clean covers(internal) | leaky water line | | | | | power scrub | rusty hose clamps | |
| | | | Clean covers(internal) | | vent cover missing | | | | | | sink rusty-replace |
| | | | | | | | | paint walls | | | |

LSR0255

GOVERNMENT EXHIBIT 16
Page 11 of 66
APHIS FORM 7070 (MAR 85)

2/4/97INSPCT1 XLS

GOVERNMENT EXHIBIT 16
Page 12 of 66

LSR0256

January 1997
Facility Inspection
January 21-28

| Room # | Animals | No Problems (NP) | Light Covers(LC) Clean/repair/Replace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | sprinkler head repair sprinkler head | | | | paint walls | | | |
| | | | | | | | | paint walls | | | |
| | | | | caulk holesin exterior door | | replace broken | | paint room | seal floor | | |
| | | | | seal holes in block walls | seal around phone wires | paint door jams; | | | floor grates need repair; | replace missing | open drain;needs |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | Quar | | | | | | chipping near pipes | | | |
| | | | | caulk around boxes | | | | chipping near | recaulk around drains | | |
| | | | | caulk sprinkler heads | | | paint housing | chipping wall | drain needs surrounding | | |
| | | | | | | | | small paint chip-walls | | | |
| | | | | | paint peeling | | | walls chipped | | | |
| | | | | sink leaking | | | | Walls | | | |
| | | | | | | | | walls | Repair | | |
| | | | | | | | paint filter housings | wall cracks/joint | | | |
| | | | | | | repair;does not close | | | Power scrub | | |
| | | | Clean(internal) | | | | | wall cracks;paint | total damage-drain seal/cover | | |
| | | | clean-water spots | | seal vent;paint peeling;water damage | | | | power scrub | caulk | |
| | | | | | | Add sweep to door | | cracks in wall joints | | cover for thermostat | |
| | | | | | paint/seal | | clean ceiling filter | paint walls | | repair thermostat | |
| | | | | | | Install crash doors; | | | | | |

January 1997
Facility Inspection
January 21-28

(b)(4)

| Is | No Problems (NP) | Light Covers(LC) Clean/repair/Replace | Caulk Pipes, sprinkler head | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | Np | | | | | | | | | |
| | | | | paint | paint | | ceilings/wall joints | Power Scrub | | centipede in drain |
| | | | | | paint | paint housing | | | | |
| | | | seal water pipe | seal hatch; repair/paint | paint | replace seal on water | walls | power scrub | | |
| us | | | | repair hole in ceiling | paint frames | paint cover | walls | drain cover does not seat | Remove old thermostat | |
| | | clean(internal) | | seal trap door/crack | paint | | | power scrub | | remove wooden |
| | | | | | does not close | | | power scurb | | |
| | | | | repair leaky ceiling;remove bucket of | Exterior door not sealed to | | | | | |
| | | | | | | | | | | |
| | NP | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | caulk ceiling | paint;repair cracks | | paint vent cover | repair wall cracks/paint | | | |
| | | | caulk holes in wall | paint/clean/seal sprinkler heads | paint | | walls | | replace covers | need drain covers |
| | | | caulk holes in wall | seal pipes; | paint | replace vent screw | ceiling;walls | | | |
| | | | | cracked;replace vent | paint | | walls | | | |
| | | | | repair/paint | paint | replace vent | paint vent | | | |
| | | | | paint | paint | vent screw | walls;vent covors | repair/clean | | |
| | | | | | | | | | | |
| | | clean(internal) | | seal vent | | caulk/paint | cracks;door/ wall | grates loose | caulk/paint | |

2/4/97INSPCT1.XLS

GOVERNMENT EXHIBIT 16
Page 13 of 66
APHIS FORM 7070 (MAR 90)

LSR0257

GOVERNMENT EXHIBIT 15
Page 14 of 66
APHIS FORM 7070 (MAR)

January 1997
Facility Inspection
January 21-28

| Room # | Animals | No Problems (NP) | Light Covers(LC) Clean/repair/Replace | Caulk | Ceilings | Doors | Filters | Paint | Floors | Outlet | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | Pipes, sprinkler head | | | | | | Covers | |
| | | | | Caulk holes in wall | | | | | repair hole in floor | | |
| | | | | | | paint | replace vents | walls | | loose;replace seal | exposed wire/hole in |
| | | No entry-Quar | | | | | | | | | |
| Incinerator Room | | | | | | Seal door | | | | | |

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| | y/n | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | | |
| V1 | (b)(4) | | | | | | | |
| | | | | | | | Remove extra water hoses | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Remove extra water hoses Cart in hallway, prevents door from closing | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Excess water on floor and racks, room scheduled for | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Equipment appears to be stored in room | |

LSR0259

GOVERNMENT EXHIBIT 16
Page 15 of 66
APHIS FORM 7070 (MAR 9x)

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | Remove extra waler hoses | |
| | | | | | | | | |
| | | | | | | | relabel garbage can | |
| | | | | | | | Remove extra waler hoses | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

GOVERNMENT EXHIBIT 16
Page 16 of 66
APHIS FORM 7070 (MAR)

LSR0260

January 1997
Facility Inspection
January 21-28

(b)(4)

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | some mirrors missing | |
| | | | | | | | wrong # on Thermometer | |
| | | | | | | | | |
| | | | | | | | some mirrors missing | |
| | | | | | | | some mirrors missing | |
| | | | | | | | | |
| | | | | | | | | |
| | | Expired PenG | discard needles on | replace broken broom | | | evidence of drinking cups in room | |
| | | | | | | | | |
| | | | | | | | some missing mirrors | |
| | | | | | | | some missing mirrors | |
| | | | | | | | | |

LSR0261

GOVERNMENT EXHIBIT 16
Page 17 of 66

GOVERNMENT EXHIBIT 16
Page 18 of 66

LSR0262

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Clean Sink | |
| | | | | clean utensils | | | | |
| | | | | | | | | |
| | | | | clean utensils | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | clean | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | clean | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

2/4/97INSPCT1.XLS

January 1997
Facility Inspection
January 21-28

GOVERNMENT EXHIBIT 16
Page 15 of 66
APHIS FORM 7070 MAR 98

LSR0263

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | clean out cabinets and drawers | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | clean scale in room | |
| | | | | | | | clean carts in room;label alcohol container with all | |
| | | | | | | | | |
| | | | | | | | dust | Dust filters/outlet |
| | | | | | | | Clean filter housings | |
| | | | | | | | | |
| | | | | | De-scale prior to use | | | |
| | | | | | | | Dust light covers | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | temp not rocorded | |
| | | | | | | | | |

GOVERNMENT EXHIBIT 16
Page 20 of 66
APHIS FORM 7070 (MAR 98)

LSR0264

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | Remove & sanitize litter container | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | date saline bag for exp | | | | Sweep under papers | Remove cart in room | |
| | | | | | | | Exposed J feeders | |
| | | | | | | | Clean sink | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Clean prior to use | | | clean hoods,vents,drains | |
| | | | clean eye wash station | Replace/clean | scrub drains | | | |
| | | | clean eye wash | clean | scrub drains | replace sanitization card | Replace cracked chamber glass | Dust /clean ceiling vents; |
| | | | clean eye wash | | | | vent cleaning/dusting/clean | remove needles left in |
| | | | | | | | general dusting | remove dirty feeders |
| | | Expired feed in room | replace eye wash station | Need sanitization tag | | | general cleaning | |
| | | | | dirty broom | | | | |
| | | | | dirty broom | | | General dusting | remove cloth chair |

2/4/97INSPCT1.XLS

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired Reagents | Safety | Cleaning Utensils | Floors | Rack Changes | Misc | General cleaning |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | |
| | | label 1M waiting return | | | | | General dusting/cleaning | |
| | | | | | | | Cover trash | |
| | | | | | | | General dusting/cleaning | |
| | | | | | | | | |
| | | | | | | | | |

GOVERNMENT EXHIBIT 16
Page 21 of 66

LSR0265

# AD-HOC MEETING OF THE INSTITUTIONAL ANIMAL CARE AND USE COMMITTEE (IACUC)
## Huntingdon Life Sciences
## March 5, 1997

A directed meeting of the IACUC was held on March 5, 1997, to discuss the protocol for study

I. MEMBERS PRESENT: (b)(6)

MEMBERS ABSENT:

OTHERS PRESENT: None

II. AGENDA ITEM:

A. (b)(4)

B.

GOVERNMENT EXHIBIT 16
Page 32 of 16
APHIS FORM 7070 (MAR 80)

March 5, 1997 N

(b)(4)

III. Signatures

(b)(6)

11-MAR-97
Date

12 Mar 97
Date

GOVT
E

March 5, 1997 Minutes

(b)(6)

12 March 1997
Date

18 Mar 97
Date

Date

13 Mar 97
Date

19 MAR 97
Date

12 Mar 97
Date

The signatures of the IACUC members listed above indicated their approval of these minutes. Any member who does not approve these minutes is free to file a minority report that will be amended to these minutes.

Accepted by:

(b)(6)

original signed
19 March 1997
Date This copy re-signed June 17 1997

GOVERNMENT EXHIBIT 16
Page 34 of 16
APHIS FORM 7070

# MEETING OF THE HUNTINGDON LIFE SCIENCES
## Institutional Animal Care and Use Committee(IACUC)
## August 6, 1996

A meeting of the IACUC was held on Tuesday, August 6, 1996 in the Atrium Conference Room. The meeting was preceded by the semi-annual facility inspection.

I. MEMBERS PRESENT: (b)(6)

MEMBERS ABSENT:

OTHERS PRESENT:

II. AGENDA ITEMS:

A. The minutes from the April 23, 1996 meeting were approved and accepted.

B. Review of facility inspection

C. Semi-annual Review of the Animal Care and Use Program

2. Sops

GOVERNMENT EXHIBIT 16
Page 35 of 66
APHIS FORM 7079 (MAR 88)

3. Hazardous Agents

4. Occupational Health

5. Pest Control Program

6. Adequate Laboratory Staffing

GOVERNMENT EXHIBIT 16
Page 36 of 66
APHIS FORM 7070 (MAR 8

7. Adequate Veterinary Care

(b)(4)

D. Protocols

(b)(4)

E. Process for Notifying IACUC of upcoming work/authorized studies

(b)(4)

F. Literature Searches

(b)(4), (b)(6)

Based on the above, the IACUC approves the current program for animal care and use with the (b)(4)

G. OLD Business

(b)(4)

H. Incomplete Business

(b)(4)

GOVERNMENT EXHIBIT 16
Page 37 of 66



I. New Business

GOVERNMENT EXHIBIT 16
Page 38 of 66

August 6, 1996 Minutes

III. (b)(6)

18 Sept 96
Date

28 Aug. 96
Date

3 Sep 96
Date

27 Aug 96
Date

[illegible]
Date

30 Aug 96
Date

4 Sept 96
Date

17 Sept 96
Date

LSR0283

GOVERNMENT EXHIBIT 16

Page 39 of 66

LSR0286

GOVERNMENT EXHIBIT 16

Page 42 of 66

| Room # | Animals y/n | No Problems (NP) | Light Covers(LC Clean/repair Replace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Vermin | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | | |
| | | | | Thermostat | | Stick-doesn't close | Cover broken | Chipped | | | | |
| | | | | | | | Cover broken,dirty | | | | | |
| | | | Dirty Light covers | | | | | | | | | |
| | | | | Water pipe-hole | | | | | | | | |
| | | | | | | | | Chipped | | | | Dumpsters overflowing |
| | | | Dirty Light covers | | | Doesn't close(Back) | | Chipped | Very Worn | | | |
| | | | Dirty Light Covers | Leaky water pipe | | | | | | Broken | | Replace sink drain |
| | | Extras | Dirty Light Covers | | | | | | Cracked-fill | | in floor crack | |
| | | | | | | | | | | | | Hatch does not sit closed |
| | | | Dirty Light Covers | | | | | Chipped | Pitted | | | |
| | | | Dirty Light Covers | | | | | | | Caulk | | |
| | | | | Water pipe dripping | | | | | | | | Sink stained-replace |
| | | NP | | | | | | | | | | |
| | | | | | | | replace cover | Chipped | | | | |
| | | | | | Chipped/rust | | | Chipped | Cracked-fill | | | Water filter leaking-rust |
| | | | | | | holes-caulk/paint | Dirty | | | doesn't close | | |
| | | | Cracked Light Cov | | | | | | | | One evident | |
| | | | | | | rust | | | | cracked-remove | | Sink leaking |
| | | | | | | doesn't close | | Chipped | | doesn't close | | |
| | | | | | | | | | | | | Remove ceiling tiles store |
| | | | | | | | | Chipped | Cracked | | | |
| | | | | | | | | Chipped | | | | |
| | | | | | | | | | Cracked | | | |
| | | | | | | holes-caulk | | Chipped | | | | |
| | | | | | | | | Chipped | | | | |
| | | | | | | | | | | Install | | |
| | | | | | | | dirty-replace | | | Install | | |
| | | | | | | | dirty-replace | | | Install | | |
| | | | | | | paint | | | | Install | | |
| | | | | | needs paint | | | | | Install | | |
| | | | | | | | | | | | | air filter door doesn't close |
| | | no entry | | | | | | | | | | |
| | | NP | | | | | | | | | | |
| | | NP | | | | | | | | | | |
| | | | | | | | dirty-replace | | | | | |

GOVERNMENT EXHIBIT 16 Page 43 of 66

LSR0287

Facilities

| Room # | Animals y/n | No Problems (NP) | Light Covers(LC Clean/repair Replace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Vermin | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | | |
| | | | | | needs paint | | | | repair/drains | | | |
| | | | | | | | dirty-replace | | | | | |
| | | | | | needs paint | | dirty-replace | | cracks in floor | | | |
| | | | | | nonds paint | | dirty-replace | | cracks in floor | | | |
| | | NP | | | | | | | | | | |
| | | | | | needs paint | | | | need scrubber | | | |
| | | | | | | | | | cracks in floor | | | |
| | | | | | needs paint | | dirty-replace | | cracks in floor | | | |
| | | Quar | | | | | | | | | | |
| | | | | | cracked-repair | | dirty-replace | | cracks in floor | | | hatch in room not sealed |
| | | NP | | | | | | | | | | |
| | | | | | | | | | | | flies | |
| | | | | | | doesn't close | | | dirty-scrubber | | | |
| | | | Dirty | | | | | | dirty-scrubber | | | |
| | | | Dirty | | | | | | dirty-scrubber | | | |
| | | | Dirty | | | | | | dirty-scrubber | | | |
| | | | Dirty | | | scratched | | | dirty-scrubber | | | |
| | | | Dirty | | | Add sweep | | | dirty-scrubber | | | |
| | | | Dirty | | | doesn't close | | | dirty-scrubber | | | |
| | | | Dirty | | | doesn't close | | | dirty-scrubber | | | |
| | | | Dirty | | | doesn't close | | | dirty-scrubber | | | |
| | | | Dirty | | | | dirty | | dirty-scrubber | | | |
| | | | Dirty | | | doesn't close | | | dirty-scrubber | | | |
| | | | Dirty | | | | | | dirty-scrubber | | | |
| | | | Dirty | | | add sweep | | | dirty-scrubber | | | |
| | | | Dirty | | | | | | dirty-scrubber | | | |
| | | | | | | | | | dirty-scrubber | | | |
| | | | Dirty | | | | | | dirty-scrubber | | | |
| | | NP | | | | | | | | | | |
| | | NP | | | | | | | | | | |
| | | | | | | | | | needs scrubber | | | |
| | | | | | | | | | Repair cracks | | | Sweep/clean floors |
| | | | | | | | | | refinish-repair slope | | | |
| | | | | | | | | Worn by door | | Caulk | cricket seen | |
| | Pig | | | 2 pipes rusted-leak | Dirty-clean,paint | | Dirty | Needed | | | | |
| | | | | | | | | Needed | repair slope | | | |
| | | | | | | | | Chipped | | | | Pipe at sink-leaking |
| | | | | | | Doesn't close | | | | | | Caulk holes in door |
| | | | | | | Doesn't close | | Wall-burn marks | | | | replace rusted sink |
| | | | | | | | | Chipped | Descale | | | Dripping water pipe |
| | | | | | | | | | | | | Drain cover rusted-replace |
| | | | | | | | | Chipped | Need drain cover | | | Large holes in wall/sink re |
| | | | | | | | | Chipped | | | | |

LSR0288

GOVERNMENT EXHIBIT 16 Page 44 of 60

Facilities

| Room # | Animals | No Problems (NP) | Light Covers(LC Clean/repair Replace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Vermin | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | NP | | | | | | | | | | |
| | | | | | needs repair | | | | | | | |
| | | | | | | | | | Replace | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | Complete repair | | | | scrape/paint drains | | | |
| | | | | | | | | | scrape/paint drains | | | repair holes in wall by sink |
| | | | | | | | | | scrape/paint drains | | | |
| | | | | | | | | | scrape/paint drains | | | |
| | | | | | Repair | | | scorched w | scrape/paint drains | | flies | |
| | | | | | Repair | | | | repair/paint drains | | flies | |
| | | | | | Repair | | | | repail/paint drains | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |

GOVERNMENT EXHIBIT 16
Page 45 of 66

I SP0290

Tox

| Room # | Animals | sprinkler | Expired | Safety | Cleaning | Floors | Misc. |
|---|---|---|---|---|---|---|---|
| | y/n | heads | Reagents | | Utensils | | |
| (b)(4) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | water in bucket | Dirty floor wall joints | wet papers-clean daily |
| | | | | | | Dirty floor wall joints | feces under sink |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | Dirty carts in room |
| | | | | | | | Door frame-dirty, Corn oil on walls |
| | | | | | | | Remove dirty carts in room |
| | | | | | | | Leaky mouse rack |
| | | | | | dirty-clean/replace | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | urine/feces on floor | |
| | | | | | | Dirty floor/wall joints | |
| | | | | | | water on floor | rack leaking |
| | | | | | Remove equip-sink | | Replace trash can label |
| | | | | | | | Replace trash can label |
| | | | | | Dirty | | 2 racks leaking |
| | | | | | Sanitize/replace | | |
| | | | | | | | Remove trash in can |
| | | | | | | | 1 rack leaking |
| | | | | | Sanitize/replace | | remove racks stored-sanitize room |
| | | | | | | feces on floor | remove racks stored in room |
| | | | | | | water on floor | 1 rack leaking |
| | | | | | | | |
| | | | | | | | |
| | | | Expired eye wash | | | | Unlabeled white powder |
| | | | Expired eye wash | | | | |
| | | | Expired eye wash | | | | |
| | | | Expired eye wash | | | | Unlabeled reagents, equip clutter |
| | | | | | | | |
| | | | | | | clean | remove equip clutter |
| | | | Expired eye wash | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | phosphine tank in room |

GOVERNMENT EXHIBIT 16
Page 46 of 66
APHIS FORM 7078 (MAR 85)

LSR0290

10x

| Room # | Animals y/n | sprinkler heads | Expired Reagents | Safety | Cleaning Utensils | Floors | Misc. |
|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | 2 racks missing sanitization crd |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | 1 rack missing sanitizatiom card |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | 1 rack missing sanitizatiom card |
| | | | | | | | |
| | | | | | | clean floors | dirty sink |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | remove misc. storage |
| | | | | | | | remove misc. storage |
| | | | | | | | remove stored racks/clean room |
| | | | | No bite kit | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | remove stored cages |
| | | | | No bite kit | | | |
| | | | | | | | remove stored cages |
| | | | | | | | remove dirty slings, misc equip |
| | | | | | | | remove dirty sling |
| | | | | | | | |
| | | | syringes | | | | clean refrigerator |
| | | | | No bite kit | | | |
| | | | | | | | |
| | | | | | | | remove junk,supplies in room |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | remove dirty equip/misc storage |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | dirty | | | | water on floor | |
| | | | | | | | dirty cart/feeders in room-remove |
| | | | | | | | haphazard storage-clean |
| | | | | | | dirty | Dirty cart in room |
| | | | | | | | |
| | | | | | | dirty | Water on floor into hall |
| | | | | | | | |
| | | | | | | Needs scrubbing | |
| | | | | | Add lid to trash ca | dirty | haphazard storage-remove equip |
| | | | | | | | |

GOVERNMENT EXHIBIT 16
Page 47 of 66
APHIS FORM 7070 (MAR 86)

LSR0291

| Room # | Animals y/n | sprinkler heads | Expired Reagents | Safety | Cleaning Utensils | Floors | Misc. |
|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | |
| | | | | | | | |
| | | | | | | Dirty | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | Remove cart in room |
| | | | | | | | Clean/flush drains; replace cover |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
APRIL 23, 1996

A meeting of the IACUC was held on Tuesday, April 23, 1996 in the Atrium Conference Room.

I.     MEMBERS PRESENT:     (b)(6)



       MEMBERS ABSENT:

       OTHERS PRESENT:      None

AGENDA ITEMS:

A.     The minutes from the January 30, 1996 meeting were approved and accepted.

B.     Review of facility inspection(January 30, 1996)

(b)(4)



C.     Review of Staffing concerns

(b)(4)



GOVERNMENT EXHIBIT 16  Page 48 of 66

D. Accidental Deaths

(b)(4), (b)(6)

E. Hazardous materials

(b)(6), (b)(4)

F. Herpes B/Zoonosis lectures

(b)(4), (b)(6)

G. Protocol Review Process(Routine and Acute)

(b)(4)

GOVERNMENT EXHIBIT 16

Page 49 of 66

(b)(4), (b)(6)

2. (b)(4)

(b)(6)

3. (b)(4)

H. Chronic catheterization in primates

(b)(4), (b)(6)

I. The role of the Veterinarian

(b)(4)

J. (b)(4), (b)(6)

GOVERNMENT EXHIBIT 16
Page 50 of 66



(b)(4), (b)(6)

K. USDA inspection report

(b)(4), (b)(6)

L. Colony Protocols

(b)(4), (b)(6)

M. Ebola update

(b)(4), (b)(6)

N. Other member concerns

(b)(4), (b)(6)

GOVERNMENT EXHIBIT 16

Page 51 of 66

III. (b)(6)

1 Jul 96
Date

1 July 96
Date

2 July 96
Date

1 July 96
Date

6 August, 1996
Date

1 Jul 96
Date

2 Jul 96
Date

10 Jul 96
Date

LSR0296

GOVERNMENT EXHIBIT 16
Page 52 of 66
APHIS FORM 7070 (MAR 93)

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
NOVEMBER 25, 1996

A meeting of the IACUC was held on Monday, November 25, 1996 in the Atrium Conference Room.

I. MEMBERS PRESENT: (b)(6)

MEMBERS ABSENT:

II. AGENDA ITEMS:

A. The minutes from the August 6, 1996 meeting were approved and accepted.

B. (b)(4)

C. Staff Training

(b)(4), (b)(6)

D. Primate Enrichment

(b)(4)

E. Primate Housing

(b)(4)

GOVERNMENT EXHIBIT 16
Page 54 of 66
APHIS FORM 7070 (MAR 98)

F. Occupational Health and Safety

(b)(4), (b)(6)

G. Protocol Amendments

(b)(4), (b)(6)

III New Business

A. Review of NJABR training seminar

(b)(4)






GOVERNMENT EXHIBIT 16
Page 55 of 66
APHIS FORM 7070 (MAR 95)

(b)(4), (b)(6)

2. Ordering animals

(b)(4)

4. Membership criteria

(b)(4)

5. New Members

(b)(4)

6. Old Members

(b)(6)

LSR0300

GOVERNMENT EXHIBIT 16

Page 56 of 66

APHIS FORM 7070 MAR 98

November 25, 1996 Minutes

IV (b)(6)

29 Dec 96
Date

18 Dec 96
Date

19 Dec 96
Date

14 Dec 96
Date

9 JAN. 97
Date

27 Dec 96
Date

20 Dec 96
Date

26 DEC 96
Date

GOVERNMENT EXHIBIT 16
Page 57 of 66
AFMIS FORM 7070 (MAR 92)

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
Thursday, April 24, 1997 - Lower Administration Conference Room
IACUC Agenda

A meeting of the IACUC was held on April 24, 1997 in the Lower Administration Conference Room.

I. MEMBERS PRESENT: (b)(6)

MEMBERS ABSENT: All Present

OTHERS PRESENT: None

II. AGENDA ITEMS:

A. The minutes from the January 22, 1997 meeting were approved and accepted.

B. New Business

1. IACUC Chairperson

(b)(4), (b)(6)

2. Committee Members

(b)(6)

3. Discussion of Recent USDA Inspection

(b)(4)

GOVERNMENT EXHIBIT 16
Page 59 of 66
APHIS FORM 7079 (MAR 93)

*IACUC Minutes - April 1997*

3. Discussion of Recent USDA Inspection (continued)

(b)(4)

4. Upcoming AAALAC Inspection

(b)(4)

5. AAALAC Program Description

(b)(4)

6. Discussion of MARSQA Meeting

(b)(4)

LSR0304

GOVERNMENT EXHIBIT 16
Page 60 of 66
APHIS FORM 7070

7. Primate Euthanasia

8. Protocol Review Concerns

(b)(4)

9. SOPs

C. Old Business

1. Hazardous Agents

2. Occupational Health and Safety (OHS)

(b)(4)

GOVERNMENT EXHIBIT 16
Page 61 of 66

3. Facilities Inspection Report

(b)(4)

4. Literature Searches

(b)(4)

5. Protocols

(b)(4), (b)(6)

6. Animal Enrichment

(b)(4)

III. Signatures

(b)(6)

...ture not available ... 15 Jun 97

Date

18 Jun 97

Date

GOVERNMENT EXHIBIT 16
Page 62 of 66
APHIS FORM 7020 (MAR 95)

MEMORANDUM

GOVERNMENT EXHIBIT 16
Page 65 of 66
APHIS FORM 7070 (MAR 92)

1

# M E M O R A N D U M

(b)(4), (b)(6)

LSR2133

GOVERNMENT EXHIBIT
8
Page 1 of 38
APHIS FORM 7070 (MAR 88)



(b)(4), (b)(6)
(b)(6)
18 Sept 96
For Huntingdon Life Sciences Institutional Animal Care and Use Committee
(b)(6)
Sep 96
Sept 96
18Sep96
LSR2134
GOVERNMENT EXHIBIT
8
Page 2 of 98
(b)(4), (b)(6)

# M E M O R A N D U M

DAT (b)(4), (b)(6)

TO:

FRO

RE:

CC:

LSR2135

GOVERNMENT EXHIBIT 8

Page 3 of 98

APHIS FORM 7070 (MAR 88)



(b)(4), (b)(6)

Approved:

(b)(6)

18 Sept 96

For Huntingdon Life Sciences Institutional Animal Care and Use Committee

(b)(6)

18 Sep 96

18 Sept 96

18 Sep 96

LSR2136

GOVERNMENT EXHIBIT 8
Page 4 of 98

(b)(4), (b)(6)

To: IACUC file
Date: November 19, 1996
Subject: (b)(4)

GOVERNMENT EXHIBIT 8
Page 7 of 98
APHIS FORM 7070 (MAR 88)



(b)(4), (b)(6)
(b)(6)
(b)(6)

LSR2140

GOVERNMENT
EXHIBIT
8
Page 8 of 98
APHIS FORM 7070 (MAR 90)

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
NOVEMBER 25, 1996

A meeting of the IACUC was held on Monday, November 25, 1996 in the Atrium Conference Room.

I. MEMBERS PRESENT: (b)(6)

MEMBERS ABSENT:

II. AGENDA ITEMS:

A. The minutes from the August 6, 1996 meeting were approved and accepted.

B. (b)(4)

C. Staff Training

(b)(4), (b)(6)

D. Primate Enrichment

(b)(4)

E. Primate Housing

(b)(4)

LSR2231

GOVERNMENT EXHIBIT
8
Page 98 of 98
APHIS FORM 7070 (MAR 86)