Case 1:02-cv-00557-RWR   Document 42-6   Filed 10/28/05   Page 15 of 22

# MEMO

FILED
AUG 2 7 1997
BY:_____

**To:** Elizabeth Goldentyer

**From:** Mary E. Geib

**Subject:** Huntingdon Life Sciences

**Date:** August 22, 1997

Enclosed is information obtained during the records review at Huntingdon Life Sciences that may be of interest to the FDA and/or EPA. The studies were to be conducted in compliance with Good Laboratory Practice Regulations.

███████████. Facility documents question the validity of the study data and give contradictory conclusions regarding the ████████ effects of the test material.



███████████ Study was terminated by the sponsor before the surgical procedure to fracture the foreleg of the dogs was conducted. However, dogs were accepted for the study that should have been considered unsuitable for study and were dosed with the test material. The dogs were found by the veterinarian to have foot problems, have a fearful disposition, and not to be in the weight range specified in the study protocol.

The above three studies are examples of what was observed when reviewing the study records provided by Huntingdon Life Sciences. These documents raised concerns regarding the quality and reliability of the test results from this facility.

*Mary*

Plaintiff's Exhibit LL

Study =DSI Telemetry System        Dogs        AWA Violations

Dog Exercise 3.8(a): Failure to provide the opportunity for exercise to dogs that are individually housed in enclosures that provide less than two times the required floor space for that dog.

The IACUC approved on February 27, 1997 ████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

"Catheterized animals attached to tethers will not be exercised (pp 23). Also, animals on which any type of implantation (e.g., Probes, ports) was performed will not be exercised until 2 weeks after the sutures are removed. At which time, these animals will be exercised individually."

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████. These five dogs did not have the opportunity for exercise from March 1, 1997 until June 30, 1997 (Exhibit 15, pp 27-36).

IACUC 2.31(d)(1)(ii&iii)&(e)(2,3&4): Failure of the study director to consider alternatives to procedures that cause more than momentary or slight pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available. Failure of the study director to provide written assurance that the activities do not unnecessarily duplicate previous experiments. Failure of the animal study proposal to include a rationale for involving animals, for the appropriateness of the species and numbers of animals to be used. Failure of the study proposal to have a complete description of the proposed use of the animals including a description of procedures designed to assure that discomfort and pain to animals will be limited to that which is unavoidable for the conduct of scientifically valuable research, including the provisions for the use of analgesic, anesthetic, and tranquilizing drugs where indicated and appropriate to minimize discomfort and pain to animals.

This study director for the ████████████████ study did not look for alternatives to the painful procedure of surgery and did not provide written assurance that the activities did not unnecessarily duplicate previous work (Exhibit 37-36). The study proposal/SOP did not provide a rational for using animals, for using dogs or for using 5 dogs. The SOP described several variations of the surgical procedures depending on ███████████████████████████. The exact procedures being done to these five dogs was not specified. Also the study proposal/SOP did not address postsurgical care and the use of analgesics. One of the described surgeries involved a major operative procedure.███████████████████

*[handwritten] continued in next two report (page)*

LSR0311

Study #3030 Continued               Page 2 of 2               AWA Violations

<u>IACUC 2.31(d)(1)(x)(C)</u>  Failure to obtain permission from the Administrator of APHIS prior to using animals in a survival major operative procedure when they had already survived a major operative procedure in another study proposal.

Three primates that had a ███████████████████████████████ on May 5, 1997 for study ████████████████████████████████████████████████████████████ ██████████.  The facility had not requested or obtained permission from the Administrator of APHIS to use the primates in another survival major operative procedure for stud ████

Study #3623          Dogs               AWA Violations

IACUC 2.31(d)(1): Failure of the IACUC to ensure that the study director has provided an acceptable justification for a departure from the animal welfare standards prior to approving the proposed animal study protocol.



However, there was no explanation why the dogs could not be exercised when they no longer were

IACUC 2.31(e)(4): Failure of the study proposal to include a description of procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.

The study director classified the study as pain relieved by anesthetics or analgesics because of the surgically-implanted catheter.  However, the study director did not address the probability of animals experiencing more than momentary or slight pain or distress from adverse or toxic effects of the study drug.



The study protocol for study ▇▇▇ did not address study end-points or the relief of pain and distress from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ seen in study ▇▇▇

Study #3622        Dogs              AWA Violations

IACUC 2.31(d)(1): Failure of the IACUC to ensure that the study director has provided an acceptable justification for a departure from the animal welfare standards prior to approving the proposed animal study protocol.



). There was no explanation as to why the dogs could not be exercised during the observation period.

IACUC 2.31(e)(4): Failure of the study proposal to include a description of procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.



Dog #5745 was kept alive by administering fluids and nutritional supplements while still exhibiting signs indicative of experiencing pain and distress (pp 7-18).

IACUC 2.31(d)(1)(ii): Failure of the study director to consider alternatives to procedures that may cause more than momentary or slight pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available.

There was no search for alternatives to the procedures resulting in the dogs experiencing pain and distress from the adverse and toxic effects of the study drug (Exhibit 12, pp 37-100).

*Dupe*

Study #3622 Continued            Page 2 of 2            AWA Violations

<u>IACUC 2.31(d)(1)(i&iv)</u>: Failure to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals.  Failure to ensure that procedures that may cause more than momentary pain or distress will be relieved unless justified for scientific reasons in writing by the study director and will continue for only the necessary period of time.



None of the three dogs received relief from their pain and distress even though there was no justification provided in the study protocol.

Study #3282        Dogs          AWA Violations

<u>Veterinary Care 2.33(b)(2&3)</u>: Failure to use appropriate methods to prev...., ...... ........., and treat diseases and injuries.  Failure to have a mechanism of direct and frequent communication of the daily observation of all animals to assess their health and well-being so that timely and accurate information on problems regarding animals is conveyed to the attending veterinarian.



<u>Veterinary Care 2.33(b)(1&2)</u> &
<u>IACUC 2.31(d)(1)(vi)</u>: Failure to have available the appropriate facilities and equipment to provide adequate veterinary care and to use appropriate methods to prevent, control and treat diseases and injuries.  Failure of the IACUC to ensure that the animals' living conditions will be appropriate and contribute to their health and well-being.



There is no evidence that the attending veterinarian and the IACUC have looked at the caging and husbandry systems to evaluate their appropriateness for the prevention, control and treatment of foot problems in dogs.

<u>IACUC 2.31(d)(1)</u>: Failure of the IACUC to ensure that the study director has provided an acceptable justification for a departure from the animal welfare standards prior to approving the proposed animal study protocol.



Study #3282 Continued          Page 2 of 3          AWA Violations

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒ The request needs to clearly state the time or duration for the exemption and the specific reasons, not a general statement.

IACUC 2.31(d)(1)(i): Failure to insure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals.

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Also there has been no consideration if the housing of the dogs on the slatted metal floor caging is causing the dogs discomfort ▒▒▒▒▒▒▒▒▒▒▒▒

No member if the IACUC, including the veterinarian, recommended that these dogs should be replaced with healthy dogs (no foot problems) to help ensure that ▒▒▒▒▒▒▒▒▒▒▒▒ The study sponsor has terminated the study. Dogs are ▒▒▒▒▒▒▒▒▒▒▒▒▒▒ continuing to receive veterinary care, but are still housed on the slatted metal floor caging.

IACUC 2.31(d)(1)(iv): Failure of the IACUC to ensure that procedures that may cause more than momentary or slight pain or distress to the animals will be performed with appropriate sedatives, analgesics or anesthetics.

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

IACUC 2.31(d)(2): Failure of the IACUC to ensure that a Committee member did not approve a study proposal in which the member was personally involved.

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

Study #3282 Continued          Page 3 of 3          AWA Violations

<u>IACUC 2.31(e)(4)</u>: Failure of the study proposal to include a description of procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.



LSR1171

Study #3278   Dogs                    AWA Violations

<u>Veterinary Care 2.33(b)(2&3)</u>: Failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. Failure to have a mechanism of direct and frequent communication of the daily observation of all animals to assess their health and well-being so that timely and accurate information on problems of animal health, behavior, and well-being is conveyed to the attending veterinarian.



Study #3278 Continued          Page 2 of 5          AWA Violations



Study #3278 Continued          Page 3 of 5          AWA Violations



Study #3278 Continued          Page 4 of 5          AWA Violations



<u>IACUC 2.31(d)(1)(i)</u>: Failure of the IACUC to ensure that procedures involving animals will avoid or minimize discomfort, distress, and pain to the animals.

The IACUC approved study ████████████████████████████, as not involving any procedures that are expected to cause more than momentary pain or distress to the animals. However, the study protocol did include provisions for observing animals for signs of poor health or toxic or pharmacologic effects.  Also the protocol dealt with animals on study that were found moribund.  The protocol had no written justification for withholding analgesics or treatment from animals on study.



Study #3278 Continued                Page 5 of 5                AWA Violations



Study # 3314 Continued          Pages 2 of 2          AWA Violations



IACUC 2.31 (d)(1)(ii): Failure of the study director to consider alternatives to procedures that may cause more than momentary or slight pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available.

There was no search for alternatives to the procedures resulting in the primates experiencing pain and distress from the adverse and toxic effects of the study drug.

IACUC 2.31(d)(1)(I&iv): Failure of the IACUC to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals. Failure of the IACUC to ensure that procedures that may cause more than momentary pain or distress will be relieved unless justified for scientific reasons in writing by the study director and will continue for only the necessary period of time.

The IACUC approved the study protocol without requiring the study director to address how pain and distress would be avoided or minimized for animals experiencing adverse or toxic effects of the study drug, ████████████████████████████████████████ ████████████████████████████████████████████████████████ However, the study director had not provided written scientific justification for not providing relief for the primates. Also there was no consideration for establishing study end-points that were alternatives to death or near death (moribund). Two primates died during the pilot study ████████████████████████████████████ and two moribund primates were euthanized in the main study.

LSR1705

Study #3314      Primates            AWA Violations

<u>Veterinary Care 2.31(b)(3):</u> Failure to communicate timely and accurate information on the problems of animal health, behavior, and well-being to the attending veterinarian.



<u>IACUC 2.31(e)(4):</u> Failure of the study proposal to include a description of procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.

The study director classified the study as not involving any procedures that are expected to cause more than momentary pain or distress to the animals even though the protocol acknowledged that the high dose level for the main study ███████████████████████████.   Also the material safety data sheet from the sponsor indicated that the anticipated symptoms of exposure following drug ingestion are ████████████████████████████████████████████

Study #3316   Dogs                 AWA Violations

<u>Veterinary Care 2.33(b)(2&3)</u>: Failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. Failure to communicate timely and accurate information on problems of animal health, behavior, and well-being to the attending veterinarian.



These symptoms indicate that the dog was experiencing more than slight or momentary pain, but there was no diagnostic workup and no treatment was given to relieve the pain/discomfort. The only recommendation was to observe the animal frequently and to notify the veterinarian immediately if the condition worsened.

services for the dog during this time period.                There was no request for veterinary

<u>IACUC 2.31(d)(1)(i&iv)</u>: Failure to ensure that procedures will avoid or minimize discomfort, distress and pain to the animals. Failure to provide animals relief from procedures that may cause pain or distress unless withholding relief is justified for scientific reasons in writing by the study director and will continue for only the necessary period of time.

**Dog** ███████ experienced more than momentary or slight pain on September 12, 1996 but was not provided any relief even though there was no justification for withholding pain relief in the study protocol (Exhibit 6, pp1).

<u>Annual report 2.36(b)(7)</u>: Failure to report animals that experienced unrelieved pain or distress on the 1996 Annual Report to the APHIS, Animal Care Regional Director.

**Dog** ██████ was not reported on the facility's 1996 Annual Report to APHIS under column E as experiencing unrelieved pain or distress. There was also no explanation of the procedures producing the pain or reasons for withholding pain relief.   **(See Exhibit 18)**

Study #3322    Dogs         AWA Violations

<u>Veterinary Care 2.33(b)(2&3)</u>: Failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. Failure to communicate timely and accurate information on problems of animal health, behavior, and well-being to the attending veterinarian.

Dog ▮▮▮▮ had a request for veterinary services on November 7, 1996 for ▮▮▮▮▮▮



These findings indicate that the dog was experiencing more than slight or momentary pain or distress, but no treatment was given. ▮▮▮▮▮▮▮▮▮▮ "No action is necessary."

However, the study protocol had no written justification for withholding treatment and had been approved as a study with procedures not expected to cause more than momentary pain or distress to the animals (Exhibit 7, pp 67-99).

Dog ▮▮▮ was noted on the weekly clinical observation records for November 4, 1996 to have a



There was no request for veterinary services for this dog.

Dog ▮▮▮ was documented on the weekly observation records as having an ▮▮▮▮▮▮▮ on January 6, 1997 and on January 13, 1997 (Exhibit 7, pp 34). The necropsy report (pp 35) did not address the ▮▮▮▮▮▮▮▮▮ did note that the ▮▮▮▮▮▮▮▮▮▮▮▮▮. There was no request for veterinary services even though ▮▮▮▮▮▮▮ could indicate poor health or distress.



<u>IACUC 2.31(e)(4)</u>: Failure of the study proposal to include a description of procedures designed to assure that discomfort and distress will be limited to that which is unavoidable for the conduct of scientifically valuable research.

The study director classified the study as not involving any procedures that are expected to cause more than momentary pain or distress to the animals even though the protocol acknowledged that previous studies had ▮▮▮▮▮▮▮▮▮▮▮ All were claimed to be mild effects that improved after two weeks. However, there

Study #3322 Continued          Page 2 of 2          AWA Violations

was no information given concerning if the above symptoms had caused the animals more than momentary or slight   pain or distress.

The study protocol did not address treatment of the dogs if they experienced more than momentary or slight pain or distress from ████████████████████████.  Also there was no justification provided for not relieving pain, distress or discomfort from the drug effects.   Nor were these issues addressed when the dogs on study ██████████████████████ ████████████████████.

IACUC 2.31(d)(1)(ii): Failure of the study director to consider alternatives to procedures that may cause more than momentary or slight pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available.

There was no search for alternatives to the procedures resulting in the dogs experiencing pain and distress from t██████████████████.

IACUC 2.31(d)(1)(i&iv): Failure to ensure that procedures involving animals will avoid or minimize discomfort, distress and pain to the animals.  Failure to ensure that procedures that may cause more than momentary pain or distress will be relieved unless justified for scientific reasons in writing by the study director and will continue for only the necessary period of time.

The IACUC approved the study protocol without requiring the study director to address how pain and distress would be avoided or minimized for dogs if they experienced painful or distressful ████████████████████.  Dog ████ dog █████ and dog █████ exhibited symptoms that were described under veterinary care that were indicative of the dogs experiencing more than momentary or slight pain or distress (See above).  █████████████████████████ ██████████████████████.  These responses are also indicative of dogs experiencing more than momentary or slight pain or distress ██████ ██████████████.  No dogs received treatment even though there was no justification for not providing the dogs relief. (Exhibit 7, pp 1-99)

LSR2005

Study #3318      Dogs           AWA Violations

**Veterinary Care 2.33(b)(2)**: Failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries.



**IACUC 2.31(d)(1)(i&iv)**: Failure to ensure that procedures involving animals will avoid or minimize discomfort, distress, and pain to the animals. Failure to ensure that procedures causing more than momentary or slight pain or distress to the animals will be performed with appropriate sedatives, analgesics or anesthetics unless withholding such agents is justified in writing by the study director and will continue for only the necessary period of time.

The IACUC approved the study protocol as not involving any procedures that are expected to cause more than momentary pain or distress to animals (Exhibit 8, pp 85,98). During week 4 of dosing the animals began experiencing pain and distress from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The IACUC observed the dosing on October 8, 1996 and approved the study to continue. However, dogs still had to experience pain and distress from an anaphylactic response before treatment was initiated and even with treatment dogs still continued to experience the pain and distress of an anaphylactic response. The following are examples of what two dogs experienced following dosing on October 8, 1996.

Dog ▓▓▓▓▓ (Exhibit 8, pp 34) had ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Further monitoring was not documented.

Dog #3182M (Exhibit 8, pp 34) had ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Further monitoring was not documented.

LSR2131

Study #3318 Continued          Page 2 of 2          AWA Violations

IACUC 2.31(d)(1)(i&iv): 

may have kept the dogs alive but it did not prevent pain and distress.

The following dogs experienced the pain and distress of an anaphylactic response: 

Most of these dogs experienced recurrent anaphylactic responses to the test vehicle but there was no effort to prevent the anaphylactic reaction. Animals continued to experience pain and distress at dosing and the study director was not required to provide written scientific justification for allowing this to continue. Anaphylactic reactions were still being documented during the final dosing on November 18, 1996 and November 19, 1996.

IACUC 2.31(d)(1)(ii): Failure of the study director to consider alternatives to procedures that may cause more than momentary or slight pain or distress to the animals and to provide a written narrative description of the methods and sources used to determine that alternatives were not available (Exhibit 8).

A search for information on anaphylactic reactions was conducted but there was no search for alternatives to the procedure resulting in dogs experiencing painful and distressful anaphylactic reactions to the test vehicle.

IACUC 2.31(d)(2): Failure of the IACUC to ensure that a Committee member did not approve a study proposal or proposal amendment in which the member was personally involved.

The study director for this study was also a member of the IACUC and voted with the other Committee members to continue the study with the use of ██████████ (Exhibit 8, pp 7-8)

Annual Report 2.36(b)(7): Failure to report animals that experienced unrelieved pain or distress on the 1996 Annual Report to the APHIS, Animal Care Regional Director.

From September 16, 1996 through September 30, 1996 there were at least 17 dogs that experienced pain and distress from anaphylactic responses that were not relieved by anesthetic or analgesic drugs (Exhibit 8, pp 9-27), but none of these dogs were reported on the facility's 1996 Annual Report to APHIS under column E as experiencing unrelieved pain or distress (Exhibit 18). There was also no explanation of the procedures producing the pain or reasons for withholding relief. The facility reported on the 1996 Annual Report to APHIS that no dogs experienced unrelieved pain or distress.

Study #3326          Dog               AWA Violations

Veterinary Care 2.33(b)(2&3): Failure to use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. Failure to communicate timely and accurate information on problems of animal health, behavior, and well-being to the attending veterinarian.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬. There was no recorded follow up on the condition of dog #2211 on the November 19, 1996 viability records (pp 5).

The study protocol had no written justification for withholding treatment and had been approved as a study not expected to cause more than momentary pain or distress to the animals (Exhibit 9, pp 13-39).

In the November 12, 1996 afternoon viability records the following observations were documented: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬was not listed by the study director as an adverse effect of the study drug. There were no requests for veterinary services (pp 39).

**Dog** ▬▬▬▬▬was also reported in the viability records as having decreased activity on December 8, 1996, December 9, 1996 and December 11, 1996 (Exhibit 9          There were no requests for veterinary services.

IACUC 2.31(e)(4): Failure of the study proposal to include a ~ ╱ .esigned to assure that discomfort and distress will be limited to tha~ :conduct of scientifically valuable research.

The study director classified the study as not involving any pr~ ...cted to cause more than momentary pain or distress to animals even though th~ ...owledged that a previous study at the same dosage as this study's high-dose group ...ollowing adverse effects: drooping eyelids, lacrimation and decreased activity post-do~ ₂ (Exhibit 9, pp 16). There was no information concerning if the above symptoms had caused or were a result of the animals experiencing more than momentary or slight pain or distress.

The study protocol did not address treatment of the dogs if they experienced more than momentary or slight pain or distress while on the study (Exhibit 9, pp 13 - 39). Also there was no justification given for not providing dogs relief from pain, distress or discomfort while on study. These issues were still not addressed when the study was changed from a two week dosing to at least a 30 day dosing.