UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No.  02-0557 (LFO) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

As discussed at the status hearing in this case today, November 8, 2006, Plaintiff In Defense of Animals ("IDA") hereby provides notice that they are filing the attached Revised Government Exhibit 16 in this Freedom of Information Act case as Plaintiffs' Exhibit MM to its pending renewed motion for summary judgment (Docket No. 42).  The Revised Government Exhibit 16 is a copy of the Minutes of Meetings of the Institutional Animal Care and Use Committee ("IACUC"), which has been provided to Plaintiff with redactions.  Plaintiff has requested the Court to examine the full document in camera, along with several other documents in this case.[1]

The revised version of this document identifies with an "X" information that the plaintiff has informed the government and submitter-intervenor is either not at issue in this case, or is not

---

[1] The documents for which plaintiff has requested in camera review are: (1) 56 pages of IACUC Minutes (see Vaughn Index at 121-28); (2) 27 pages of "Internal USDA Investigatory Materials" ( see Vaughn Index at 128-32); (3) 16 pages of "Communications from Huntingdon to USDA" (see Vaughn Index at 132-35); and (4) 13 pages of "Communications Between Huntingdon and Clients" (see Vaughn Index at 135-37).

information that plaintiff wishes to pursue.  The information on the document that is <u>highlighted</u> is the additional information that the government and intervenor-submitter recently released to plaintiff – all of which the government and intervenor-submitter previously contended was exempt from disclosure under Exemption 4 of the FOIA, and, on that basis, was, in fact, withheld from plaintiff  for almost six years (since November 20, 2000).

        Respectfully submitted,

        _/s/_____
        Katherine A. Meyer
        (D.C. Bar No. 244301)

        Meyer Glitzenstein & Crystal
        1601 Connecticut Ave., N.W.
        Suite 700
        Washington, D.C.  20009
        (202)  588-5206

        Attorney for Plaintiff

Date:   November 8, 2006