# PLAINTIFF'S EXHIBIT MM
## (Revised Government Exhibit 16)

### In Defense of Animals v. USDA,
### Civ. No. 02-0557 (LFO)

## MEETING OF THE HUNTINGDON LIFE SCIENCES
### Institutional Animal Care and Use Committee(IACUC)
### January 22, 1997

A meeting of the IACUC was held on Wednesday, January 22, 1997 in the Atrium Conference Room. The meeting was preceded by the semi-annual facility inspection.

I.    MEMBERS PRESENT:    

      MEMBERS ABSENT:    All Present

      OTHERS PRESENT:    None

II.   AGENDA ITEMS:

      A.    The minutes from the November 25, 1996 meeting were approved and accepted.

      B.    Review of facility inspection

            The results of the inspection held today are attached. The facility was found to be acceptable, with minor deficiencies.

      C.    Semi-annual Review of the Animal Care and Use Program

            1.    Training

                  

                  The committee approved the current training program. In addition, the committee made recommendations for ███████████████████ ████████████████ is expected to implement this training.

            2    SOPs

                  SOPs relevant to animal care and use that were issued/re-issued since the November meeting were reviewed and approved. The committee was also given an opportunity to review other relevant SOPS still in use. The committee voted to approve the new SOPS and others in circulation based on previous approval by the IACUC subcommittee.



January 22, 1997 Minutes

3. Hazardous Agents



4. Occupational Health and Safety (OHS)

Review of the draft Occupational Health and Safety (OHS) program manual _____ was completed and discussed on a conference call _____ on February 5, 1997. Based on this submission, the IACUC requested a timeline for implementation of the program by February 23, 1997 and completion of implementation by April 5, 1997. A progress review will take place at the next IACUC meeting in April.

5. Pest Control Program



6. Adequate Laboratory Staffing



7. Adequate Veterinary Care



The IACUC felt that our current veterinary practices provided for adequate veterinary care.



GOVERNMENT
EXHIBIT

January 22, 1997 Minutes

D     Protocols



E.     Process for Notifying IACUC of upcoming work/authorized studies

ACTION: The committee members are to inform Accounting if not receiving a weekly list of authorized studies for review. It appears as though new members are receiving the lists.

F.     Literature Searches

To be completed by ▓▓▓ by April.



G.     OLD Business

1. Membership Criteria - It has been decided that the mission of the IACUC has been addressed in ▓▓▓, however, term limits had to be decided:



H.     Incomplete Business

LSR0247

GOVERNMENT EXHIBIT 16

January 22, 1997 Minutes

I.    New Business

    1.  Committee Membership -
       a.  Newer members of the committee, ▉▉▉▉▉▉▉▉▉▉
    completed training for protocol review.

       b. ▉▉▉  still to complete protocol review training for newly appointed
    members, ▉▉▉▉▉▉▉▉▉▉▉▉

    2   New Guide for Care and Use of Laboratory Animals -
    ▉▉▉▉▉▉▉      distributed a summary of the changes pertinent to AALAC
    accreditation for the committee to review.

    3. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

    4. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

    5.  Enrichment of various species was discussed.  It was deemed by the committee
    that the monkeys appeared to be responding positively to the new video
    ▉▉▉▉▉▉▉▉▉      There were other discussions for future enrichment
    concerning ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

II.    Signatures

    ▉▉▉▉▉▉▉▉▉▉      X      _____
    ▉▉▉▉▉▉▉▉▉▉             Date

                      _____
                      Date

GOVERNMENT
EXHIBIT

January 22, 1997 Minutes

█████████████████

_____
_10 March 1997_
Date

█████████████████

_____
15 Mar 97
Date

█████████████████

- - - - - - - - - - - - -
Date

█████████████████

_10 Mar 97_
Date

█████████████████

_____
19 MAR 97
Date

█████████████████

_____
7 March 1997
Date

The signatures ███████████ listed above ███████████
███████████ who does ███████████
███████ will be ███████ to ███████

█████████████████          █████████████████

GOVERNMENT
EXHIBIT
16
5 of 65



Subject:        IACUC Inspection
                January 21-28 1997

Please find attached a listing of the most recent IACUC findings from the facility
inspection done January 21-28. Findings have already been separated prior to issue into
facilities and in-life sections.   A written response is required for all findings within two
weeks of this report.  If you have any questions, please contact me at ext 3750

GOVERNMENT
EXHIBIT
15

RESPONSE TO IACUC FINDINGS - JANUARY 1997

| ROOM | ACTION TAKEN |
|---|---|
| (b)(4) | REMOVED FOR SANITIZATION. |
| | |
| | |
| | |
| | |
| | SALINE BAG DATED.  RACKS SWEPT.  CART REMOVED. |
| | FEEDERS COVERED. |
| | SINK WAS CLEANED AT RECEIPT OF AUDIT (CLEANED AGAIN ANYWAY). |
| | |
| | SCALE CLEANED. |
| | CONTAINERS REMOVED FOR LABELLING.  CARTS CLEANED. |
| | |
| | DUSTED. |
| | FILTER HOUSING CLEANED. |
| | |
| | ANIMALS IN ROOM.  FLOOR TO BE CLEANED WHEN ROOM IS EMPTIED. |
| | REQUEST TO CLEAN LIGHT COVERS SUBMITTED TO CLEANING SERVICES. |
| | |
| | |
| | |
| | RELABELLED |
| | EXTRA WATER HOSES REMOVED FROM ROOM |
| | EXTRA WATER HOSES REMOVED FROM ROOM |
| | SCALE REMOVED FROM ROOM |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | EXTRA WATER HOSES REMOVED FROM ROOM |
| | |
| | |
| | EXTRA WATER HOSES REMOVED FROM ROOM |

GOVERNMENT
EXHIBIT
15
Page 7 of 66
APHIS FORM 7070 (MAR 9)

**January 1997**
**Facility Inspection**
**January 21-28**

| Room # | Animals y/n | No | Problems | Light Covers(LC) Clean/repair/Kept Clean ace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V1 | | (NP) | | | Sprinkler head | | | | | | | |
| (b)(4) | | | | Clean LC | | Paint peeling Vent open, plant maintenance repairing? | Doesn't shut properly | | Chipping | | | |
| | | | | Clean LC | | | Doesn't shut properly | | Paint | | | |
| | | | | | | | | | Chipping | | | |
| | | | | | | | | | Chipping | | | |
| | | | | | | Noise coming from ventilation system | | | Chipping | | | |
| | | | | | | Paint peeling | | | Chipping | | | |
| | | | | | | | Doesn't shut properly | | Chipping | | | |
| | | | Leaking Sink | Clean LC | | | | | | | | |
| | | | | | | | | | Paint | | | |
| | | | | | | Paint peeling | | | Chipping | | | |
| | | | | Light out | | | | | | | loose | |
| | | | | | | Paint peeling | | | Chipping | | | |
| | | | | Clean LC | | | | | Chipping | | | |
| | | | | Clean LC | | | Doesn't shut properly | | Chipping | | | |

LSR0252

GOVERNMENT EXHIBIT
15
Page 8 of 66
APHIS FORM 7075 SKAR BB

January 1997
Facility Inspection
January 21-28

| Room # | Animals No | Problems | Light Covers(LC) Clean/repair/Repl ace | Caulk Pipes, Sprinkler head | Ceilings | Doors | Fillers | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) ██████ | | (MP) | | | | | | | | | |
| | | | | | | | | | | | |
| | | | Clean LC | | | | | Chipping | | | |
| | | | | | | | | | | | |
| | | Container of corrosive | | | Paint peeling | | | Repaint wall drain covers and | Repair/replace | | |
| | | | | | Water leak near garage door LA side | | | | | | |
| | | | | | Water leak near garage door LA side | | | | | | |

General  1.  Thermostats need to be cleaned and recaulked   2.  Floor-wall interfaces need to be recaulked   3.  Doors and door jams are chipped
4.  Old water lines and filters are still present in several rooms  5.  Computer cart cages need to be cleaned  6.  Crack in floor in hallway near's men's locker room

Page 2

21497KP^^CI1.XLS

GOVERNMENT EXHIBIT
15
Page 9 of 66

LSR0253

January 1997
Facility Inspection
January 21-28

| Room # (b)(4) | Animals No | Problems (PP) | Light Covers(LC) Clean/repair/Replace | Caulk Pipes | Ceilings | Doors | Filters | Paint | Floors | Covers Outlet | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ace | | | | | | | | |
| | | | clean light | | | | | | Needs power scrub | | |
| | | | clean light | sprinkler head | | | | | | | |
| | | | clean light | | | | | | | | |
| | | | clean light; covers(internal) | | | | | | | | |
| | | | clean light; covers(internal) | sink leaks | | | | | Needs power | Power Scrub | Replace open wires/ |
| | | | replace lights | | | | | | Scrub | missing | Jungling |
| | | | out/clean light | | | | | | Needs power | broken hose | broken cover |
| | | | clean light | | | change filter | | Scrub | faucet | |
| | | | clean light; covers(internal) | | | change filter | | Needs power | broken hose | |
| | | | clean light; covers(internal) | | | | | Scrub | faucet | broken hose |
| | | | clean light; covers(internal) | caulk sprinkler | | | change filter | walls peeling | Resurface | broken cover/usly sink | replace post |
| | | | clean light; covers(internal) | head ceiling/sprinkler head | cracks in ceiling; Exit door to wing needs to be sealed | | | | Needs power scrub | replace | Remove trash in |
| | | | Replace rusty sinks in Lrooms | | | | | | Needs power scrub | | repair cut of water pipes |
| | | | covers(internal) | leaky water line | repair cracks | | | | | | |
| | | | clean light; covers(internal) | leaky water lines | clean/close panel | does not close flush | | | | broken cover light cover | broken cover light cover |
| | | | one cracked | | chipped paint | broken door | | | resurface | broken/missl | |
| | | | clean light; covers(internal) | | clean; | guard molding | dirty | | | broken | |
| | | | clean light; covers(internal) | | chipped paint | cracked | | | cracked/repair | | |
| | | | clean light; covers(internal) | | panel warped/water leaks | | | | | replace | broken post replace; Sunken dead flies in |
| | | | clean light; covers(internal) | | dirty/rust | does not close flush | change | | | broken cover | exposed wires on flush system |
| | | | clean light | sink leaks | | does not close flush | water filter rusted | filter covers peeling | | | leaking |
| | | | clean light; covers(internal) | sink faucet leaks | | paint | | | | | |
| | | | clean light; pipe paint | chipped | ceiling panel | paint | | | | | drain cover missing |
| | | | clean light; covers(internal); chipped | | chipped paint/rust on ceiling panel. | chipped | | | cover | | replace drain cover |

LSR0254

24497INS*PC11.XLS

GOVERNMENT
EXHIBIT
15
Page 10 of 66

January 1997
Facility Inspection
January 21-28

| Room # | Animals y/n | No | Problems | Light Covers(LC) Clean/repair/replace | Caulk | Pipes | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | (NP) | covers(internal) | | | vent cover missing | | | paint walls | | | |
| | | | | Clean | | leaky water line | | | | | power scrub | rusty hose clamps | sink rusty-replace |
| | | | | Clean | | | | | | | | | |
| | | | | covers(internal) | | | | | | | | | |
| | | | | Clean | | | | | | | | | |
| | | | | covers(internal) | | | | | | | | | |
| | | | | Clean | | | | | | | | | |
| | | | | covers(internal) | | | | | | | need resurfacing | | rusty sink/hose |
| | | | | Clean | | | | | | | | | |
| | | | | covers(internal) | | | | | | | | | |
| | | | | Clean | | | | | | | need resurfacing | | holes in wall above sink |
| | | NP | | Clean | | | | | | walls | resurfacing | loose | |
| | | | | Clean | | | | | | | | | |
| | | | | Clean | | cracks around light fixture | | paint peeling | replace dirty/broken | | resurfacing | replace | rusty |
| | | | | Clean | | | | | | | need resurfacing | missing | sink/hose |
| | | | | covers(internal) | | | | | | | | replace | |
| | | | | Clean | | | | | | | | | hose clamps |
| | | NP | | | | | | | | | | | |
| | | NP | | | | | | | | | | | holes in wall |
| | | NP | | | | | | | | | | | |
| | | (NP) | | covers(internal) | | sprinkler head/hose faucet broken | sprinkler head loose | | rusty water filter | | repair/replace cracked: | cover broken/faucet | broken hose |

Pg. 4

GOVERNMENT
EXHIBIT
16
Page 11 of 66
AFMS FORM 7070 (MAR 95)

2/4/97IHI=ºC11 XLS

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Problems | Light Covers(LC) clean/repair/Repl | Caulk | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | No | No (tp) | | | | | | | | | |
| | | | | | | | | paint walls | | | |
| | | | | | | | paint housing | chipping wall | drain needs surrounding | | |
| | | | | | | | | small paint | | | |
| | | | | | | | | chipped chip-walls walls | | | |
| | | | | | | | | chipping wall | drains | | |
| | | | | | | | | chipping near drains | recaulk around drains | | |
| | | | | | | | | chipping near pipes | | | |
| | | | | | seal around phone wires jams; | | | paint room | seal floor floor grates need repair; | replace missing | open drain/needs |
| | | | | seal holes in block walls | | replace broken paint door | | | | | |
| | | | | caulk hole/sn exterior door | | | | | | | |
| | | | | caulk around doors | | | | | | | |
| | | | | caulk sprinkler heads | | | | | | | |
| | | | | sprinkler head repair sprinkler head | | | | | | | |
| Door | | | | Pipes *X | | | | | | | |
| | | | | | | | | Walls | | | |
| | | | | | | | | walls | Repair | | |
| | | | | sink leaking | paint peeling | | | paint filter housings | | | |
| | | | | | | repair/does not close | | walls cracks/joint | repair/does | | |
| | | | | | | Add sweep to door | | cracks in wall joints | power scrub | caulk cover for thermostat | |
| | | clean/water spots | peeling/water damage | | | | | | total damage drain seal/cover | repair thermostat | |
| | | Clean(internal) | seal vent/paint | | | | clean ceiling filter | wall cracks/paint | Power scrub | | |
| | | | paint/seal | paint/seal | | Install crash doors; | | paint walls | | | |

2/4/97INSPCT1.XLS

LSR0256

GOVERNMENT EXHIBIT
15
Page 12 of 66
APHIS FORM 7079 8/AAR 95

**(b)(4)**

January 1997
Facility Inspection
January 21-28

| | Light Covers(LC) Clean/repair/Rep | Caulk | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | sprinkler head | | | | | | | |
| | | caulk holes in wall | seal pipes; | paint | replace vent screw | walls | power scrub | replace covers | need drain covers |
| | | caulk holes in wall | cracked/replace vent | paint | screw | walls | | | |
| | | paint/clean/seal sprinkler heads | paint | paint | replace vent | ceiling/walls | | | |
| | | caulk ceiling paint/repair cracks | repair/paint | paint | paint vent cover | paint vent walls;vent | | | |
| | | | seal vent | paint | vent screw | covers | repair/clean | | |
| | (clean/internal) | | | paint | | cracks;door/ wall | grates loose | caulk/paint | |
| | | | repair leaky ceiling;remove bucket of not sealed to | close Exterior door does not | | | | | remove wooden |
| | clean(internal) | repair hole in ceiling | seal trap door/crack | paint frames | paint water cover | walls | power scrub | | |
| NP | | seal water pipe | seal hatch; repair/paint | paint | on water replace seal | walls | drain cover does not seal thermostat | | |
| | | | | paint | housing replace vent | paint | power scrub | | |
| HP | | | paint | paint | paint vent cover | ceiling/wall joints crack/paint | power scrub | | |
| | | | | | | | | | |
| (HP) | Problems ace | Pipes | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | centipde in drain | Other |

Page 8

GOVERNMENT EXHIBIT
16
Page 13 of 26

LSR0257

January 1997
Facility Inspection
January 21-28

(b)(4)

| Room # | Animals No | Problems | Light Covers(LC) Clean/repair/Replace | Caulk | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (NP) | Pipes, sprinkler head | Caulk holes in wall | | | | | | | |
| | | No entry Door | place | | | joint | vents replace | walls | repair hole in floor | loose/replace to seal | exposed wire/hole in |
| Incineration Room | | | | | | Seal door | | | | | |

2/4/97INSPCT1.XLS

LSR0258

GOVERNMENT EXHIBIT

15

Page 14 of 66

APHIS FORM 7070 (MAR )

January 1997
Facility Inspection
January 21-28

| Room # | Animals p/h | Expired Reagents | Safety | Cleaning Utensils | Floors | Rack Changes | Misc | General cleaning |
|---|---|---|---|---|---|---|---|---|
| 1 | (b)(4) | | | | | | | |
| | | | | | | | Remove extra water hoses | |
| | | | | | | | | |
| | | | | | | | Remove extra water hoses Cart in hallway, prevents door from closing | |
| | | | | | | | | |
| | | | | | | | Excess water on floor and racks, room scheduled for | |
| | | | | | | | | |
| | | | | | | | Equipment appears to be stored in room | |

2/4/97INSPCT1.XLS

LSR0259

GOVERNMENT
EXHIBIT
16
Page 15 of 66
APHIS FORM 7075 (MAR 9)

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expled | Reagents | Safety | Cleaning | Utensils | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|---|---|
| | (b)(4) | | | | | | | | | |
| | | | | | | | | | Remove extra water hoses | cleaning |
| | | | | | | | | | related garbage can | |
| | | | | | | | | | Remove extra water hoses | |

Page 9

2/4/97INSPCT1.XLS

GOVERNMENT
EXHIBIT
16

Page 16 of 66
APHIS FORM 7079 (MAR 1

January 1997
Facility Inspection
January 21-28

**(b)(4)**

| Room # | Animals | Reagents Expired | Safety | Cleaning Utensils | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | some mirrors missing | |
| | | | | | | | wrong # on Thermometer | |
| | | | | | | | some mirrors missing | |
| | | | | | | | some mirrors missing | |
| | | Expired PenG | discard needles on broom | replace broken broom | | | evidence of drinking cups in room | |
| | | | | | | | some missing mirrors | |
| | | | | | | | some missing mirrors | cleaning |

21497INSPC11.XLS

LSR0261

GOVERNMENT EXHIBIT
16
Page 17 of 66

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired Reagents | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|--------|---------|------------------|--------|----------|--------|--------------|------|---------|
| (b)(4) | | | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | clean utensils | | | Clean Sink | |
| | | | | clean utensils | | | | |
| | | | | | | | | |
| | | | | | clean | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | clean | | | |
| | | | | | | | | |

Page 10

2/4/97INSPCT1.XLS

LSR0262

GOVERNMENT
EXHIBIT
16
Page 18 of 66

January 1997
Facility Inspection
January 21-28

| Room # (b)(4) | Animals | Expired Reagents | Safety | Cleaning Utensils | Floors | Rack Changes | Misc | General cleaning |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | clean out cabinets and drawers | |
| | | | | | | | clean scale in room / clean cans in room, label / alcohol container with all | |
| | | | | | | | dust | Dust filters/outlet |
| | | | | | | | Clean filter housings | |
| | | | | De-scale prior to use | | | Dust light covers | |
| | | | | | | | lamp not recessed | |

Page 12

2/4/97INSPCT11.XLS

LSR0263

GOVERNMENT EXHIBIT 16 Page 19 of 66 APHIS FORM 7078 DEAR 98