GOVERNMENT
EXHIBIT
16
Page 20 of 66

X

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | Remove & sanitize filter container | |
| | | date saline bag for exp | | | | Sweep under papers | Remove cart in room | |
| | | | | | | | Exposed J feeders | |
| | | | | | | | Clean sink | |
| | | | | Clean prior to use | | | clean hoods,vents,drains | |
| | | | clean eye wash station | Replace/clean | scrub drains | | | |
| | | | clean eye wash | clean | scrub drains | replace sanitization card | Replace cracked chamber glass | Dust /clean ceiling vents; |
| | | | clean eye wash | | | | vent cleaning/dusting/clean | remove needles left in |
| | | | | | | | general dusting | remove dirty feeders |
| | | Expired feed in room | replace eye wash station | Need sanitization tag | | | general cleaning | |
| | | | | dirty broom | | | | |
| | | | | dirty broom | | | General dusting | remove cloth chair |

LSR0264

January 1997
Facility Inspection
January 21-28

| Room # | Animals | Expired | Safety | Cleaning | Floors | Rack Changes | Misc | General |
|---|---|---|---|---|---|---|---|---|
| (b)(4) | | Reagents | | Utensils | | | | cleaning |
| | | | | | | | | |
| | | label 1M waiting return | | | | | General dusting/cleaning | |
| | | | | | | | Cover trash | |
| | | | | | | | General dusting/cleaning | |
| | | | | | | | | |
| | | | | | | | | |

GOVERNMENT EXHIBIT 16
Page 21 of 66

LSR0265

Huntingdon
Life Sciences

*MEMORANDUM*

TO: All Employees

FROM: The Huntingdon Life Sciences Institutional Animal Care and Use Committee

CC: IACUC File

DATE: June 10, 1997

SUBJ: Methods for Reporting Deficiencies in Animal Care and Treatment

---

Any employee who observes an animal procedure or animal treatment which they perceive as unnecessarily painful or stressful is obligated to confidentially report these observations in writing, in as much detail as possible, to a member of the IACUC (listed below), or to their supervisor. Any reporting of animal mistreatment or improper animal care will be kept strictly confidential. The person receiving this report is required by company policy to forward the observation to the IACUC chair, who will review the observation and determine if it represents a departure from the Animal Welfare Act. If a significant departure is noted, it will be reviewed by the full IACUC and thoroughly investigated. The IACUC will forward the results of this investigation to senior management, with its recommendations for corrective action.

The following is a quote from the Animal Welfare Act:

*No facility employee, committee member or laboratory personnel shall be discriminated against or be subject to any reprisal for reporting violations or standards under The Act.*

LSR0266

Huntingdon
Life Sciences

# INTERDEPARTMENTAL MEMORANDUM

TO: IACUC File

[redacted]

SUBJECT: IACUC Appointment

Date: 17 June 1997

Effective 17 June, 1997, [redacted] will serve as scientific advisor to the IACUC.

GOVERNMENT EXHIBIT 16

# Huntingdon Life Sciences

## INTERDEPARTMENTAL MEMORANDUM

TO          IACUC File

████████████████████████

SUBJECT     IACUC Appointment

Date        17 June, 1997

Effective 17 June, 1997, ████████ will replace ████████ as chairman of the IACUC. In addition, ████████ have been appointed to the IACUC for a term ████████

GOVERNMENT EXHIBIT 16

Huntingdon Life Sciences

# INTERDEPARTMENTAL MEMORANDUM

TO: IACUC File

[redacted] [redacted]

[redacted] [redacted]

SUBJECT: IACUC Appointment

Date: 06 March 1997

Effective 01 March 1997, [redacted] will replace [redacted] as chairman of the IACUC.

GOVERNMENT EXHIBIT 16
Page 55 of 66



MEMORANDUM

TO: All Employees

FROM: The Huntingdon Life Sciences Institutional Animal Care and Use Committee(IACUC)

DATE: 06 March 1997

SUBJECT: Methods for reporting deficiencies of animal care and treatment as required by the Animal Welfare Act(AWA)

---

Any employee who observes an animal procedure which he/she perceives as unnecessarily painful or stressful may confidentially report his observation in writing, in as much detail as possible to a member of the IACUC(listed below). While the report must be signed, the identity of the reporter will be kept strictly confidential. The person receiving the report is required by company policy to give the observation to the IACUC chair, who must review the observation and determine if it represents a significant deficiency of the Animal Welfare Act(AWA). (A significant deficiency is one which is, or may be, a threat to the health or safety of the animals) If the deficiency is significant, it will be reviewed by the full IACUC and thoroughly investigated and appropriate action taken as needed.

The following is a quote from the Animal Welfare Act:

> "No facility employee, committee member, or laboratory personnel shall be discriminated against or be subject to any reprisal for reporting violations or standards under the act."

GOVERNMENT EXHIBIT 16

LSR0270

# MEMORANDUM

TO: All Employees

FROM: The Huntingdon Life Sciences Institutional Animal Care and Use Committee(IACUC)

DATE: 25 November 1996

SUBJECT: Methods for reporting deficiencies of animal care and treatment as required by the Animal Welfare Act(AWA)

---

Any employee who observes an animal procedure which he/she perceives as unnecessarily painful or stressful may confidentially report his observation in writing, in as much detail as possible to a member of the IACUC(listed below). While the report must be signed, the identity of the reporter will be kept strictly confidential. The person receiving the report is required by company policy to give the observation to the IACUC chair, who must review the observation and determine if it represents a significant deficiency of the Animal Welfare Act(AWA). (A significant deficiency is one which is, or may be, a threat to the health or safety of the animals). If the deficiency is significant, it will be reviewed by the full IACUC and thoroughly investigated and appropriate action taken as needed.

The following is a quote from the Animal Welfare Act:

> "No facility employee, committee member, or laboratory personnel shall be discriminated against or be subject to any reprisal for reporting violations or standards under the act."

LSR0271

GOVERNMENT
EXHIBIT
16

MEMORANDUM

TO: All Employees

FROM: The Huntingdon Life Sciences Institutional Animal Care and Use Committee(IACUC)

DATE: 5 September 1996

SUBJECT: Methods for reporting deficiencies of animal care and treatment as required by the Animal Welfare Act(AWA)

---

Any employee who observes an animal procedure which he/she perceives as unnecessarily painful or stressful may confidentially report his observation in writing, in as much detail as possible to a member of the IACUC(listed below). While the report must be signed, the identity of the reporter will be kept strictly confidential. The person receiving the report is required by company policy to give the observation to the IACUC chair, who must review the observation and determine if it represents a significant deficiency of the Animal Welfare Act(AWA). (A significant deficiency is one which is, or may be, a threat to the health or safety of the animals). If the deficiency is significant, it will be reviewed by the full IACUC and thoroughly investigated and appropriate action taken as needed

The following is a quote from the Animal Welfare Act:

> "No facility employee, committee member, or laboratory personnel shall be discriminated against or be subject to any reprisal for reporting violations or standards under the act."

LSR0272

GOVERNMENT
EXHIBIT
16

# MEMORANDUM

TO: All Employees

FROM: The Huntingdon Life Sciences Institutional Animal Care and Use Committee(IACUC)

DATE: 22 February 1996

SUBJECT: Methods for reporting deficiencies of animal care and treatment as required by the Animal Welfare Act(AWA)

---

Any employee who observes an animal procedure which he/she perceives as unnecessarily painful or stressful may confidentially report his observation in writing, in as much detail as possible to a member of the IACUC(listed below). While the report must be signed, the identity of the reporter will be kept strictly confidential. The person receiving the report is required by company policy to give the observation to the IACUC chair, who must review the observation and determine if it represents a significant deficiency of the Animal Welfare Act(AWA). (A significant deficiency is one which is, or may be, a threat to the health or safety of the animals). If the deficiency is significant, it will be reviewed by the full IACUC and thoroughly investigated and appropriate action taken as needed

The following is a quote from the Animal Welfare Act:

> "No facility employee, committee member, or laboratory personnel shall be discriminated against or be subject to any reprisal for reporting violations or standards under the act."

GOVERNMENT
EXHIBIT
16


# MEMORANDUM

TO: All Employees

FROM: The Huntingdon Life Sciences Institutional Animal Care and Use Committee(IACUC)

le

DATE: 30 January 1996

SUBJECT: Methods for reporting deficiencies of animal care and treatment as required by the Animal Welfare Act(AWA)

---

Any employee who observes an animal procedure which he/she perceives as unnecessarily painful or stressful may confidentially report his observation in writing, in as much detail as possible to a member of the IACUC(listed below). While the report must be signed, the identity of the reporter will be kept strictly confidential. The person receiving the report is required by company policy to give the observation to the IACUC chair, who must review the observation and determine if it represents a significant deficiency of the Animal Welfare Act(AWA). (A significant deficiency is one which is, or may be, a threat to the health or safety of the animals). If the deficiency is significant, it will be reviewed by the full IACUC and thoroughly investigated and appropriate action taken as needed.

The following is a quote from the Animal Welfare Act:

> "No facility employee, committee member, or laboratory personnel shall be discriminated against or be subject to any reprisal for reporting violations or standards under the act."

LSR0274



To: IACUC file

[redacted] [redacted]

Date: November 25, 1996

Subject: IACUC APPOINTMENTS

The following individuals have been appointed or reappointed to the IACUC. They are:

[redacted]

[redacted]

Membership will be for a term of at least [redacted]. Specific membership criteria will be decided upon and approved by the IACUC.

[redacted]

GOVERNMENT EXHIBIT
16

AD-HOC MEETING OF THE INSTITUTIONAL ANIMAL CARE AND USE COMMITTEE (IACUC)
Huntingdon Life Sciences
March 5, 1997

A directed meeting of the IACUC was held on March 5, 1997, to discuss the protocol for study

I. MEMBERS PRESENT: (b)(6)

X

MEMBERS ABSENT:

OTHERS PRESENT: None

II. AGENDA ITEM:

A. (b)(4)

B.

GOVERNMENT EXHIBIT 16
Page 32 of 16
APHIS FORM 7079 (MAR 89)

March 5, 1997 N

(b)(4)

III. Signatures

(b)(6)

X

11-MAR-97

Date

12 Mar 97

Date

GOVI
E

March 5, 1997 Minutes

(b)(6)
[redacted]

X

12 March 1997
Date

18 Mar 97
Date

Date

13 Mar 97
Date

19 MAR 97
Date

12 MAR 97
Date

The signatures of the IACUC members listed above indicated their approval of these minutes. Any member who does not approve these minutes is free to file a minority report that will be amended to these minutes.

Accepted by:

(b)(6)
[redacted]

X

original signed 19 March 1997

Date This copy Re-signed June 17 1997

GOVERNMENT EXHIBIT 16
Page 34 of 16

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
August 6, 1996

A meeting of the IACUC was held on Tuesday, August 6, 1996 in the Atrium Conference Room. The meeting was preceded by the semi-annual facility inspection.

I. MEMBERS PRESENT:

X

MEMBERS ABSENT:

OTHERS PRESENT:

II. AGENDA ITEMS:

A. The minutes from the April 23, 1996 meeting were approved and accepted.

B. Review of facility inspection

The results of the inspection held today are attached. The facility was found to be acceptable.

C Semi-annual Review of the Animal Care and Use Program

2. Sops

X

GOVERNMENT EXHIBIT 16

3. Hazardous Agents

[redacted]

X

[redacted] [redacted]

4. Occupational Health

The IACUC reviewed the written description of the Occupational Health program submitted by [redacted] Based on this submission and subsequent questions, the committee voted to refrain from approving this portion of the AAALAC program. The committee will review the new program once it has been developed.

ACTION: [redacted] Management team to review and modify current Occupational Health program and provide the IACUC with the plan developed for approval.
It is recommended that this be done within the next thirty days.

[redacted] is planning to provide a lecture on [redacted] in the near future.

5. Pest Control Program

[redacted]

X

6. Adequate Laboratory Staffing

With the addition of approximately [redacted] the current level of laboratory staff appears adequate

[redacted]

GOVERNMENT EXHIBIT 16

7. Adequate Veterinary Care

==The IACUC felt that our current veterinary practices provided for adequate veterinary care.==

D. Protocols

[redacted] ✗

E. Process for Notifying IACUC of upcoming work/authorized studies

==Action: Due to recent staff changes, [redacted] will confirm that all IACUC members are receiving a weekly list of authorized studies for review==

F. Literature Searches ==Completed by [redacted] in April==

Was in First Copy

==[redacted] exception of the Occupational Health Program which requires modification.==

G. OLD Business

[redacted]

H. Incomplete Business

[redacted]



I. New Business

GOVERNMENT EXHIBIT 16
Page 38 of 66



August 6, 1996 Minutes

III. (b)(6)

18 Sept 96
Date

28 Aug. 96
Date

3 Sep 96
Date

27 Aug 96
Date

[illegible]
Date

30 Aug 96
Date

4 Sept 96
Date

17 Sept 96
Date

GOVERNMENT EXHIBIT 16
Page 39 of 66