August 6, 1996 Minutes

The signatures of the IACUC members listed above indicated their approval of these minutes. Any member who does not approve these minutes is free to file a minority report that will be amended to these minutes.

Accepted by:

▮▮▮▮▮▮▮▮▮

_____
                    Date

GOVERNMENT
EXHIBIT
16

IACUC Facility Inspection Report

To:
CC:
From

Date:   August 23, 1996

Please see the attached results from the IACUC facility inspection which took place on
August 6, 1996. All deficiencies, with the exception of physical plant issues in occupied
animal rooms, must be corrected within two weeks. Each area is required to provide the
IACUC with a written response indicating the corrective action taken. A schedule or
memo addressing the physical plant findings must also be issued within two weeks. If you
have any questions, please contact me.

GOVERNMENT
EXHIBIT
116

Page 1

| Room # | Animals y/n | No Problems/Cleanliness (NP) | Light Covers/LC Replace | Caulk Pipes, | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Vermin | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | | |
| | | | | Thermostat | | Stick-doesn't close | Cover broken-dirty | | | | | |
| | | | Dirty Light covers | Water pipe-hole | | | Dirty | | | | | Dumpsters overflowing |
| | | | Dirty Light covers | | | | | Chipped | | | | |
| | | | Dirty Light Covers | Leaky water pipe | | Doesn't close (Back) | | Chipped | Very Worn | Broken | in floor crack | Replace sink drain |
| Extras | | | Dirty Light Covers | | | | | | Cracked-fill | | | Hatch does not sit closed |
| | | | Dirty Light Covers | | | | | Chipped | | Caulk | | Sink stained-replace |
| | | | Dirty Light Covers | Water pipe dripping | | | | | Filled | | | |
| | | | | | | | | Chipped | Cracked | | | |
| | | | | | | | | Chipped | Cracked | | | |
| | | | | | | holes-caulk | | Chipped | | | | |
| | | | | | | | | Chipped | | | | |
| NP | | | | | Chipped/rust | holes-caulk/paint | replace cover | Chipped | Cracked-fill | doesn't close | Water filter leaking rust |
| | | | Cracked Light Cov | | | rust doesn't close | Dirty | Chipped | | cracked-remove doesn't close | One evident | Sink leaking |
| | | | | | | | | | | | | Remove ceiling tiles store |
| | | | | | | | | Chipped | | Install | | |
| | | | | | | | dirty-replace | | | Install | | |
| | | | | | | | dirty-replace | | | Install | | |
| | | | | | | paint | | | | Install | | |
| | NP | needs paint | | | | | | | | | | |
| | NP | no entry | | | | | | | | | | dirty-replace alt filter door doesn't close |

Facilities

| Room # | Animals y/n | No. Problems Cleanup/print (NP) | Light Covers/LCC replace | Caulk pipes | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Vermin | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | NP | | ∇ | | | dirty-replace | | repair/drains | | | |
| | NP | | | | needs paint | | dirty-replace | | cracks in floor | | | |
| | | | | | needs paint | | dirty-replace | | cracks in floor | | | |
| | | | | | needs paint | | | | need scrubber | | | |
| | | | | | needs paint | | | | cracks in floor | | | |
| | | NP | | | | | | | cracks in floor | | | |
| | Quar | | | | | | dirty-replace | | cracks in floor | | | |
| | | | crackd-repair | | crackd-repair | | dirty-replace | | hatch in room not stained | | | |
| | | NP | | | | | | | | | flies | |
| | | | | | | doesn't close | | | dirty-scrubben | | | |
| | | Dirty | | | | | | | dirty-scrubber | | | |
| | | Dirty | | | | | | | dirty-scrubber | | | |
| | | Dirty | | | | scratched | | | dirty-scrubber | | | |
| | | Dirty | | | | Add sweep | | | dirty-scrubber | | | |
| | | Dirty | | | | doesn't close | | | dirty-scrubber | | | |
| | | Dirty | | | | doesn't close | | | dirty-scrubber | | | |
| | | Dirty | | | | doesn't close | | | dirty-scrubber | | | |
| | | Dirty | | | | | dirty | | dirty-scrubber | | | |
| | | Dirty | | | | doesn't close | | | dirty-scrubber | | | |
| | | Dirty | | | | | | | dirty-scrubber | | | |
| | | Dirty | | | | add sweep | | | dirty-scrubber | | | |
| | | Dirty | | | | | | | dirty-scrubber | | | |
| | | Dirty | | | | | | | dirty-scrubber | | | |
| | | Dirty | | | | | | | dirty-scrubber | | | |
| | | Dirty | | | | | | needs scrubber | | | Sweep/clean floors |
| | | | | | | | | Repair cracks | refinish-repair slope | | | |
| | Pg | | | 2 pipes rusted-leak | Dirty-clean paint | | Dirty | Worn by door | Caulk | | cricket seen | |
| | | | | | | | | Needed | | | | |
| | | | | | | | | Needed | repair slope | | | Pipe at sink leaking |
| | | | | | | | | Chipped | | | | Caulk holes in door |
| | | | | | | Doesn't close | | Wall-born marks | | | | replace rusted sink |
| | | | | | | Doesn't close | | | | | | |
| | | | | | | | | Chipped | Descale | | | Dripping water pipe |
| | | | | | | | | Chipped | Descale | | | Drain cover rusted-replace |
| | | | | | | | | Chipped | Need drain cover | | | Lg. ye holes in wall/sink rd |

LSR0287

GOVERNMENT EXHIBIT 16
Page 43 of 66

Facilities ✗

| (b)(4) Room # | Animals | No Problems (NP) | Light Covers/LC Clean/repair Replace | Caulk Pipes | Ceilings | Doors | Filters | Paint | Floors | Outlet Covers | Vermin | Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | NP | | | | | | | | | | |
| | | | | x | | | | | Replace | | | |
| | | | | | needs repair | | | | | | | repair holes in wall by sink |
| | | | | | Complete repair | | | | scrape/paint drains | | | |
| | | | | | | | | | scrape/paint drains | | | |
| | | | | | | | | | scrape/paint drains | | flies | |
| | | | | | Repair | | | scorched w | scrape/paint drains | | flies | |
| | | | | | Repair | | | | repair/paint drains | | | |
| | | | | | Repair | | | | repair/paint drains | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |
| | | out of service | | | | | | | | | | |

GOVERNMENT
EXHIBIT
16
Page 44 of 66

LSR0288

7ox

| Room # | Animals y/n | Sprinkler heads | Expired Reagents | Safety | Cleaning Utensils | Floors | Misc. |
|---|---|---|---|---|---|---|---|
| [b](4) | X | | | | | Dirty floor wall joints | wet papers-clean daily |
| | | | | | | Dirty floor wall joints | faces under sink |
| | | | | | | | Dirty coils in room |
| | | | | | | | Door frame-dirty, Corn oil on walls |
| | | | | | dirty-clean/replace | | Remove dirty coils in room |
| | | | | | | | Leaky mouse rack |
| | | | | | | unauifeces on floor | |
| | | | | | | Dirty floor/wall joints | rack leaking |
| | | | | 4 | water in bucket | water on floor | Replace trash can label |
| | | | | | Remove equip-sink | | Replace trash can label |
| | | | | | Dirty | | 2 racks leaking |
| | | | | | Sanitize/replace | | 1 rack leaking |
| | | | | | Sanitize/replace | faces on floor | remove racks stored sanitize room |
| | | | | | | | remove racks stored in room |
| | | | | | | water on floor | 1 rack leaking |
| | | | | | | | Remove trash in can |
| | | | | | | | Unlabeled wblda powder |
| | | | | | | | Unlabeled reagents, equip clutter |
| | | | Expired eye wash | | | clean | remove equip clutter |
| | | | Expired eye wash | | | | |
| | | | Expired eye wash | | | | |
| | | | Expired eye wash | | | | |
| | | | Expired eye wash | | | | |
| | | | Expired eye wash | [1] | | | phosphine tank in room |

LSR0289

GOVERNMENT EXHIBIT
16
Page 45 of 66

Page 5

| Room # | Animals y/n | sprinkler heads | Expired Reagents | Safety | Cleaning Utensils | Floors | Misc. |
|---|---|---|---|---|---|---|---|
| (b)(4) |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | 2 racks missing sanitization crd |
|  |  |  |  |  |  |  | 1 rack missing sanitization card |
|  |  |  |  |  |  | dirty sink | 1 rack missing sanitization card |
|  |  |  |  |  |  |  | remove misc. storage |
|  |  |  |  |  |  |  | remove misc. storage |
|  |  |  |  |  |  |  | remove stored racks/clean room |
|  |  |  | | No bite kit |  |  | remove stored cages |
|  |  |  |  |  |  |  | remove stored cages |
|  |  |  |  |  |  |  | remove dirty sling |
|  |  |  |  | No bite kit |  |  | remove dirty slings, misc equip |
|  |  |  |  |  |  |  | clean refrigerator |
|  |  |  |  |  |  | clean floors |  |
|  |  |  |  | No bite kit |  |  | remove junk,supplies in room |
|  |  |  | syringes |  |  |  | remove dirty equip/misc storage |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  | 1:1 |  |  |
|  |  |  |  |  |  | water on floor | dirty candleholders in room-remove |
|  |  |  |  |  |  |  | haphazard storage-clean |
|  |  |  |  |  |  | dirty | Dirty cart in room |
|  |  |  |  |  |  | Needs scrubbing | Water on floor into hall |
|  |  | dirty |  |  | Add lid to trash ca | dirty | haphazard storage-remove equip |

GOVERNMENT
EXHIBIT
16
Page 46 of 66
AFMS FORM 7079 (MAR 95)



LSR0290

| Room # | Animals y/n | sprinkler heads | Expired Reagents | Safety | Cleaning Utensils | Floors | Misc. |
|---|---|---|---|---|---|---|---|
| (b)(4) | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | Daily | |
| | | | | | | | Remove coil in room |
| | | | | | | | Clean/flush drains; replace cover |
| | | | | | | | |

GOVERNMENT
EXHIBIT
16
Page 47 of 66
APHIS FORM 7078 (MAR 90)

LSR0291

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee (IACUC)
APRIL 23, 1996

A meeting of the IACUC was held on Tuesday, April 23, 1996 in the Atrium Conference Room.

I.      MEMBERS PRESENT:        

        MEMBERS ABSENT:

        OTHERS PRESENT:         None

AGENDA ITEMS:

A       The minutes from the January 30, 1996 meeting were approved and accepted.

B       Review of facility inspection (January 30, 1996)

        Plant maintenance is making progress on rectifying facility issues noted during the
        inspection. The maintenance staff is keeping abreast of the current rooms occupied
        and a plan is in place to paint/or refurbish rooms as they are emptied out. A floor
        contractor has also been called in to evaluate repairing or replacing the floor problems
        previously noted. We will be able to evaluate the status during our July facility inspection.

C       Review of Staffing concerns

        Based on the current volume of work, staff is being added to the ▮▮▮▮▮▮▮
        department. ▮▮▮ people have been added already with another ▮▮ slated for
        addition in the near future. This should alleviate the concerns brought up during
        the previous meeting ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



GOVERNMENT
EXHIBIT
116
Page 43 of 66

D    Accidental Deaths

_____ issued a memo to the post-life staff on classification of accidental deaths  Only _____ or a pathologist may make the designation of accidental death  _____ said in some cases this classification may change once the pathology is completed

Action _____ to set up a log to track accidental deaths.  Data to be tracked will be ███████████████████████

E    Hazardous materials

██████████████████████████████████████████

████████████████████████████████

F    Herpes B/Zoonosis lectures

_____ has agreed to provide these lectures if someone will coordinate the time, place and list of attendees  _____ requested that the training be opened to the company at large   This will be done secondary to the in-life staff.

████████████████████████████████████

████████████████████████████████

G    Protocol Review Process(Routine and Acute)

i   The committee discussed  the areas which should be reviewed during the protocol review/approval process  These included:  test material, vehicles, dose levels dose volumes literature searches, and the 3 R's(Reduction, Refinement, Replacement)   The IACUC needs to have more information on proposed study in order to make an informed decision with respect to protocol approval   To do this, the necessary information should be provided at the time of IACUC approval   It was decided that the best way to handle this was by modifying the IACUC approval form.

GOVERNMENT
EXHIBIT
16

Action ████████ to modify the IACUC approval form

2   The review and approval of ██████ protocols was also discussed.  Some
concerns were expressed on the use of the ████ in place of the limit test.
Primarily, one client in particular is involved ████████ agreed to
discuss this with the study director and advise the client accordingly.

Action: ██████████ to meet with ████████ and the ████ client.

3   The committee was advised that protocol procedures which affect the
approval process were being formalized   A protocol or draft experimental
design must be signed as approved by the IACUC prior to animal order, or
transfer to study   The exception is the ordering of colony primates

H   Chronic catheterization in primates

████████ issued a memo to the IACUC chair regarding chronic catherization
of animals   The full committee approved the memo as written   The memo will be
circulated to all staff members

Action ████████ to distribute memo and cover page

I   The role of the Veterinarian

████ does make ████ rounds throughout the animal facility in addition to
responding to vet requests   The committed discussed the need for formal
documentation of this process



GOVERNMENT
EXHIBIT

LSR0294



K   USDA inspection report

USDA inspection took place on April 15, 1996 and no citations were issued.  The inspector did mention the need to update

Action   Holly Vartanian to investigate improvements to the program and revise SOP

L   Colony Protocols



M   Ebola update

CDC has placed restrictions on primate imports

Restrictions may impact primate availability in the near future



GOVERNMENT EXHIBIT

III. (b)(6)

1 Jul 96
Date

1 July 96
Date

2 July 96
Date

1 Jul, 96
Date

6 August, 1996
Date

1 Jul 96
Date

2 Ju 96
Date

10 Jul 96
Date

GOVERNMENT
EXHIBIT
16
Page 52 of 66
AFMB FORM 7077 (AAR 90)

III   Signatures

The signatures of the IACUC members listed above indicated their approval of these minutes   Any member who does not approve these minutes is free to file a minority report that will be amended to these minutes



Aug 6 1996
-----------------------------------
Date

GOVERNMENT
EXHIBIT
16

## MEETING OF THE HUNTINGDON LIFE SCIENCES
### Institutional Animal Care and Use Committee (IACUC)
### NOVEMBER 25, 1996

A meeting of the IACUC was held on Monday, November 25, 1996 in the Atrium Conference Room

I.     MEMBERS PRESENT:

       MEMBERS ABSENT:

II     AGENDA ITEMS:

       A     The minutes from the August 6, 1996 meeting were approved and accepted.

       B

       C     Staff Training
             has completed staff training on
                                                          She is scheduling a
             series of training/certification sessions for the

             In addition, the technical staff is working on perfecting                for use
             on future

                     training is done with each new hire into the
             Group.

       D     Primate Enrichment

       E     Primate Housing
             The IACUC has re-approved        housing primates utilized on toxicology
             studies   A suggestion was made that any young primates ordered strictly as
             colony animals without the intent of being placed on study   should be considered
             for     housing on arrival   This may be attempted in the future



F.        Occupational Health and Safety



G.        Protocol Amendments



III    New Business

    A.    Review of NJABR training seminar

Participants in the off-site NJABR IACUC training seminar discussed the workshops they attended. Members provided feedback on areas they felt may need to be addressed by the IACUC in the near future. The following is a list of these areas and the proposed changes:



GOVERNMENT EXHIBIT



2    Ordering animals

4    Membership criteria

5    New Members

6    Old Members

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ will be leaving the committee   Their assistance over the past year s has been appreciated

GOVERNMENT
EXHIBIT

November 25, 1996 Minutes

IV (b)(6)

29 Dec 96
Date

18 Dec 96
Date

19 Dec 96
Date

16 Dec 96
Date

9 JAN. 97
Date

27 Dec 96
Date

20 Dec 96
Date

26 DEC 96
Date

GOVERNMENT
EXHIBIT
16
Page 57 of 66
APHIS FORM 7070 (MAR 9

November 25, 1996 Minutes



................................
Date

The signatures of the IACUC members listed above indicated their approval of these minutes.  Any member who does not approve these minutes is free to file a minority report that will be amended to these minutes



15 T— 1997
................................
Date

GOVERNMENT
EXHIBIT
16

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
Thursday, April 24, 1997 - Lower Administration Conference Room
IACUC Agenda

A meeting of the IACUC was held on April 24, 1997 in the Lower Administration Conference Room.

I     MEMBERS PRESENT:    

      MEMBERS ABSENT:     All Present

      OTHERS PRESENT:     None

II    AGENDA ITEMS:

      A   The minutes from the January 22, 1997 meeting were approved and accepted.

      B   New Business

          1.  IACUC Chairperson

              resigned as chairperson of the IACUC as of February 19, 1997.
              designated as the new chairperson, was introduced to the full
              IACUC.

          2   Committee Members

              have been fully trained in the IACUC
              protocol review process.

          3   Discussion of Recent USDA Inspection

              The committee reviewed the comments and proposed resolutions to the USDA
              Inspection conducted March 26 and April 7, 1997

              a   The dog exercise program implemented consists

              b   The SOP outlining primate environmental enhancement will be modified
                  to include

              c   The comment concerning sanitization was corrected at the time of
                  inspection.

LSR0303



*IACUC Minutes - April 1997*

3   Discussion of Recent USDA Inspection (continued)

    d.   The IACUC report to the Institutional Official is currently under modification to include a specific plan/schedule for correction of deficiencies noted in the IACUC Facility Inspection and Program Review with a prioritization of deficiencies to be corrected.

    e.   An IACUC review of the criteria used by the study directors to assess/determine if animals experienced pain/distress will be completed by May 23, 1997.  Upon approval, an IACUC approval sheet will be attached.  A Standard Operating Procedure will be instituted concerning

    f.   Non-surgical radiographs will no longer be conducted in the surgery suite



    i.   The annual report to APHIS will be modified to include IACUC-approved exceptions to the standards and regulations, a brief explanation of the exceptions, affected species and the number of animals affected.

4   Upcoming AAALAC Inspection

    a.   The annual report to APHIS will be modified to include IACUC-approved exceptions to the standards and regulations, a brief explanation of the exceptions, affected species and the number of animals affected.

    b.    has been designated (by management) to supervise the accreditation process.

5   AAALAC Program Description

6   Discussion of MARSQA Meeting

The focus of the meeting on 27 March 1997 was *Quality Animal management: Changing Approaches to AAALAC Accreditation*.  A summary of the meeting has been provided to all of the IACUC members (included as an attachment to these minutes)



*IACUC Minutes - April 1997*

7   Primate Euthanasia

The IACUC discussed the implementation of using a ███████████
████████████████████████ for sedation of primates prior to
euthanasia.   The decision to switch was made and the standard operating
procedure will be updated ████████████████████

8   Protocol Review Concerns



9   SOPs

 a



 b
  1)
  2)

C   Old Business

1   Hazardous Agents



2   Occupational Health and Safety (OHS)

Progress Review - currently being revised.   Completion and review by no later
than the next IACUC meeting in July.

GOVERNMENT
EXHIBIT
16

*IACUC Minutes - April 1997*

3   Facilities Inspection Report

Upon review of the report, IACUC recommended that dates for implementation of corrective actions be indicated on the responses   To be resubmitted and reviewed

4   Literature Searches

████████████████ The review procedure process under revision. Responsibility for the searches is currently undecided, to be resolved by the July IACUC meeting

5   Protocols



a

b

c

d

6   Animal Enrichment

To be reviewed at the next IACUC meeting

III   Signatures



_____   MB 15 Jun 97
                            Date

_____   13 Jun 97
                            Date

GOVERNMENT
EXHIBIT
16

*IACUC Minutes - April 1997*



_____ 12 Apr 97 _____
Date

_____ 18 Jun 1997 _____
Date

------------------------------- _____
Date

_____ 18 Jun 97 _____
Date

_____ 18 Jun 97 _____
Date

The signatures of the IACUC members listed above indicates their approval of these minutes. Any member who does not approve these minutes is free to file a minority report that will be amended to these minutes.

Accepted by:

_____ Jun 19 1997 _____
Date

GOVERNMENT
EXHIBIT
16
Page 63 of 66

MEMORANDUM

TO:          IACUC FILE
FROM:        ███████████
DATE:        18 June, 1997

SUBJECT.      AD-HOC MEETING OF THE IACUC

MEMBERS PRESENT.    ████████████████████████████████████████

MEMBERS ABSENT:     ██████████

An ad-hoc meeting of the IACUC was held on 10 June 1997 to update/inform IACUC members that PETA had filed allegations of Animal Welfare Act violations with the USDA. The meeting also consisted of a brief review of the current media coverage.

GOVERNMENT EXHIBIT
16

MEMORANDUM

TO:        IACUC FILE
FROM:      ▮▮▮▮▮▮▮
DATE:      11 June 1997

SUBJECT:   IACUC Review of Surgical Procedure for Studies ▮▮▮▮▮▮▮

Recently appointed members ▮▮▮▮▮▮▮▮▮ that had not previously reviewed this
surgical procedure were informed that the surgical phase ▮▮▮▮▮▮ was scheduled to
begin on 17 June 1997. The members were encouraged to observe either the surgical
procedure or the condition of the animals after the surgery. A copy of the protocol was
also made available to those members. Members were instructed to direct any questions
or concerns regarding the procedures to ▮▮▮▮▮ (study director) ▮▮▮▮▮▮ or to
the full IACUC committee.

GOVERNMENT
EXHIBIT
16



# MEMORANDUM

TO:        All Employees

FROM:      The Huntingdon Life Sciences Institutional Animal Care and Use
           Committee (IACUC)

DATE:      16 July, 1997

SUBJECT:   Methods for reporting deficiencies of animal care and treatment

---

Any employee who observes an animal procedure or animal treatment which he/she
perceives as unnecessarily painful or stressful is obligated to confidentially report his
observation in writing, in as much detail as possible, to a member of the IACUC (listed
below) or to their supervisor. Any reporting of animal mistreatment or improper
animal care will be kept strictly confidential. The person receiving the report is
required by company policy to forward the observation to the IACUC chair, who will
review the observation and determine if it represents a departure from the Animal Welfare
Act. If a significant departure is noted, it will be reviewed by the full IACUC and
thoroughly investigated. The IACUC will forward the results of this investigation to senior
management, with its recommendations for corrective action.

The following is a quote from the Animal Welfare Act.

*"No facility, employee, committee member or laboratory personnel shall be discriminated
against or be subject to any reprisal for reporting violations of standards under the act."*

IACUC Members



GOVERNMENT
EXHIBIT
16

# M E M O R A N D U M

(b)(4), (b)(6)

LSR2133



GOVERNMENT
EXHIBIT
8
Page 1 of 38
APHIS FORM 7070 MAR 95



**(b)(4), (b)(6)**

**(b)(6)**

18 Sept 96

For Huntingdon Life Sciences Institutional Animal Care and Use Committee

**(b)(6)**

8 Sep 96

Sept 96

18 Sep 96

LSR2134

GOVERNMENT
EXHIBIT
8
Page 2 of 98

**(b)(4), (b)(6)**

# M E M O R A N D U M

DAT  (b)(4), (b)(6)

TO:

FRO

RE:

CC:

LSR2135



GOVERNMENT
EXHIBIT
8

Page 3 of 98

APHIS FORM 7075 BAR 80

To:          IACUC file
Date:        November 19, 1996
Subject:     (b)(4)

(b)(4), (b)(6)

LSR2139

GOVERNMENT
EXHIBIT
8
Page 7 of 58
APHIS FORM 7070 (MAR 98)





LSR2140

GOVERNMENT
EXHIBIT

8

Page 8 of 98

APHIS FORM 7070 MAR 98

MEETING OF THE HUNTINGDON LIFE SCIENCES
Institutional Animal Care and Use Committee(IACUC)
NOVEMBER 25, 1996

A meeting of the IACUC was held on Monday, November 25, 1996 in the Atrium Conference Room.

I.    MEMBERS PRESENT: 

      MEMBERS ABSENT:    Dr. Arpad Madarasz

II.   AGENDA ITEMS:

   A.    The minutes from the August 6, 1996 meeting were approved and accepted.

   B.    

   C.    Staff Training

         _____ has completed staff training on _____ _____ She is scheduling a series of training/certification sessions for _____

         In addition, the technical staff is working on perfecting _____ for use on future Pk studies.

         _____ training is done with each new hire into the _____ Group.

   D.    Primate Enrichment
         

   E.    Primate Housing
         The IACUC has re-approved _____ housing primates utilized on toxicology studies. A suggestion was made that any young primates, ordered strictly as colony animals without the intent of being placed on study, should be considered for _____ housing on arrival. This may be attempted in the future.

GOVERNMENT EXHIBIT 8

LSR2231