UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN DEFENSE OF ANIMALS, )<br>      )<br>      Plaintiff, )<br>      )<br>      v. )<br>      )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, )<br>      )<br>      Defendant, )<br>      )<br>      and )<br>      )<br>LIFE SCIENCES RESEARCH, INC., )<br>      )<br>      Intervenor-Defendant. )<br>      ) | Civil Action No. 02-557-RWR |

ORDER

Plaintiff has requested the court to undertake an *in camera* review of certain documents withheld by Defendants to determine whether they and others like them satisfy the requirements of Exemption 4 of the Freedom of Information Act. The court has determined that such review would be helpful in ruling on the cross-motions for summary judgment.

Therefore, it is this 6th day of March, 2007 hereby:

ORDERED:  that Defendants shall, on or before April 6th, 2007, produce for the court's *in camera* review the documents designated by Plaintiff in its Notice of Filing (Nov. 8, 2006) [dkt #55] at n.1, *viz*.:  (1) 56 pages of the Institutional Animal Care and Use Committee Minutes (*Vaughn* Index at 121-28); (2) 27 pages of "Internal USDA Investigatory Materials" (*Vaughn* Index at 128-32); (3) 16 pages of "Communications from Huntingdon to USDA" (*Vaughn* Index

at 132-35); and (4) 13 pages of "Communications Between Huntingdon and Clients" (*Vaughn* Index at 135-37).  The documents should clearly indicate which portions defendants seek to withhold from plaintiff under Exemption 4.

/s/

Louis F. Oberdorfer
UNITED STATES DISTRICT JUDGE