```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
IN DEFENSE OF ANIMALS,        )
                              )
     Plaintiff,               )
                              )
     v.                       )   Civil Action No. 02-557 (RWR)
                              )
UNITED STATES DEPARTMENT      )
OF AGRICULTURE, et. al.,      )
                              )
     Defendants.              )
_____)
```

**FINAL JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that judgment be, and hereby is, ENTERED for the plaintiff on its FOIA claim. It is further

ORDERED that within sixty days of this judgment, the USDA shall provide the plaintiff with all information that has been withheld under Exemption 4 and that remains at issue except for those specific portions of the records that reveal

    (1)  test protocols and protocol amendments;

    (2)  the express identification of any compound, product, or pharmacological class of compounds;

    (3)  the identity of any customer of HLS;

    (4)  Standard Operating Procedures, but not discussions, notations, comments, or other references concerning such procedures that bear in any fashion on animal treatment or condition or any concerns expressed by

-2-

USDA on alleged legal violations, including but not limited to alleged AWA and Good Laboratory Practice violations;

(5) animal tracking and assessment records; or

(6) dosing charts.

The fact that a particular page may contain one of the foregoing items is not a basis on which the entire page may be withheld.  Rather, only the specific information that falls within these categories may be deleted from the records.  Accordingly, whenever any of these items is deleted from a document, the document shall include in each specific portion a code that correlates to the nature of the material withheld, e.g., "T" for test protocols, "C" for compound identity, "D" for dosing charts, "I" for customer identity, and so forth.  Along with the documents, the USDA shall furnish the plaintiff with a clear explanation of the code and how it has been applied to the materials.

SIGNED this 18th day of September, 2009.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge